CAUSE NUMBER 1:07-cv-00599-EGS

United States District Court
For the District of Columbia

**RECEIVED**

JUN 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rhett Webster Pease
Plaintiff

v.

**FILED**

JUN 0 1 2007  11:09 AM


DISTRICT CLERK
LEE COUNTY, TEXAS

OFFICE OF CHILD SUPPORT ENFORCEMENT, et. al.  DEPUTY
Defendants

### PLAINTIFF'S NOTICE OF REMOVAL AND JOINDER

Plaintiff, Rhett Webster Pease, files this notice under 28 U.S.C. §§ 1441, 1443 and 1446.

Plaintiff has and is removing Cause No. 12380 filed in the 21st DISTRICT COURT, LEE COUNTY, TEXAS and joining with the above cause number in this court. A copy of suit has previously been filed with the court on April 5, 2007.

#### A. Introduction

1. In Cause No. 12380, Defendant is RHETT WEBSTER PEASE; Plaintiff is OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF TEXAS.

2. On January 17, 2007, the OFFICE OF THE ATTORNEY GENERAL filed suit for Enforcement of Child Support Order.

3. On March 28, 2007, filed a complaint in the United States District Court for the District of Columbia.

4. On April 5, 2007, Plaintiff filed notice of removal to federal court in the office of the Lee County District Clerk. (Attachment A, attached hereto and incorporated herein) The case is an integral part and evidence of the civil rights violations alleged in Pease's suit.

5. Plaintiff's civil rights have been repeatedly violated in the Lee County District Court. Further evidence of that is the fact that Plaintiff noticed Lisa Teinert, Lee County District Clerk on April 5, 2007 of the removal, which she ignored, as she ignores all filings and documents of Plaintiff.

6. Plaintiff, believing the case to have been removed, and not noticed of a hearing on April 13, 2007, was tried in absentia in a court from which jurisdiction had been removed.

7. Plaintiff is currently incarcerated in Lee County Jail as a result of a capias issued by Lisa Teinert on April 13, 2007.

### B. Basis for Removal

9. Removal is proper because all causes naming Rhett Webster Pease as a defendant in Lee County District Court show evidence of continual deprivation of due process, refusal to file defense documents for Pease and violations of Pease's constitutionally protected rights.

7. Venue is proper in this district under 28 U.S.C. §1443 because this district and division embrace the place where the removed action has been pending.

8. Defendant will file promptly a copy of this notice of removal with the clerk of the state court where the action has been pending.

### C. Jury Demand

9. Plaintiff did demand a jury in the state court action therefore Rhett Webster Pease demands a jury trial.

### D. Conclusion

10. The violations of Federal Law concerning but not limited to Plaintiff's Unalienable and Civil Rights is cause for removal of all cases pending in Lee County against Plaintiff to Federal Court.

Respectfully,

I, Rhett Webster Pease, declare under penalty of perjury that I have read the above notice of removal and joinder and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By, _____
Rhett Webster Pease
P. O. Box 255
Lexington, Texas 78947

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of PLAINTIFF'S NOTICE OF REMOVAL AND JOINDER was personally served on Lisa Tienert, who is the Lee County District Clerk and whose address is 289 Main, Giddings, Texas.

By, _____

Cause Number 12380

Rhett Webster Pease

v.

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

COMES NOW Rhett Webster Pease, an elector in Texas and files this notice of removal of this cause to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA cause number 1:07-cv-00599-EGS pursuant to 28 USC 1443.
This case is removed for the criminal actions of public officials under color of law which have deprived Rhett Webster Pease of his god given right to parenthood.
Said public officials have refused to do their duty.

Rhett Webster Pease
Counter-Defendant

certificate of service

This notice along with the underlying district court complaint and a waiver of summons was mailed to Robert Orazco by certified mail number 7006 0100 0003 6681 9294 on this the 4th day of April, 2007.

A copy of the complaint and a notice was given by hand and mailed certified to Lisa Teinert, certified number 7006 0100 0003 6681 9188 on this the 4th day of April, 2007.

FILED
APR 0 5 2007  9:30 AM
DISTRICT CLERK
LEE COUNTY, TEXAS
Entered _____ DEPUTY

CAUSE NUMBER 13165

CRAE ROBERT PEASE                    IN THE 335th DISTRICT COURT
V.                                   LEE COUNTY TEXAS
FIRST NATIONAL BANK OF GIDDINGS

## NOTICE OF FILING OF
## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Rhett Webster Pease, defendant in the above-entitled action, on June 1, 2007, filed his Notice of Removal in the office of the Clerk of the United States District Court for the District of Columbia. Attached hereto is a copy of the Notice of Removal in accordance with 28 U.S.C. § § 1441, 1143 and 1446 which requires the filing of a second copy of the Notice of Removal with the District Clerk of Lee County, Texas.

Defendant incorporates by reference the following as exhibits:

Entire Clerk's file in possession of the Lee County Clerk for Cause No. 13165

DATED: June 1, 2007.

Respectfully,

_____
Rhett Webster Pease
P. O. BOX 255
Lexington, Texas 78947

FILED

JUN 0 1 2007  11:09 AM

_____
DISTRICT CLERK
LEE COUNTY, TEXAS

_____
DEPUTY

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Filing of Notice of Removal was served in accordance with the Texas Rules of Civil Procedure by hand delivered on June 1, 2007 to:

LISA TEINERT
LEE COUNTY DISTRICT CLERK
289 Main
Giddings, Texas

WRIGHT & GREENHILL
T. Mark Rogstad
221 W. 6th St. Suite 1800
Austin, Texas 78788

Dessie Maria Andrews

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rhett Webster Pease                )
                                   )   CASE NO. 01:07-CV-00599-EGS
Vs.                                )
                                   )
                                   )
OFFICE OF CHILD SUPPORT            )
ENFORCEMENT, et al                 )
                                   )

TO THE HONORABLE JUDGE OF SAID COURT:

### NOTICE OF PROBABLE CONTEMPT OF FEDERAL JURISDICTION

To:   Lee County Sheriff's Office
      Rodney Meyer
      P. O. Box 98
      Giddings, Texas 78942

      ROBERT L. OROZCO
      P. O. Box 5701
      Bryan, TX 77805-0080

      LISA TEINERT
      LEE COUNTY DISTRICT CLERK
      Giddings, Texas

FILED
JUN 0 1 2007  11:09 AM
DISTRICT CLERK
LEE COUNTY, TEXAS
DEPUTY

RE:   Failure to remove state case to federal jurisdiction after notice.

## *NOTICE:*

Rhett Webster Pease acting in his individual capacity does hereby give Notice to the below named entities and individuals, as is set out in the Certificate of Service below, of this **NOTICE OF PROBABLE CONTEMPT OF FEDERAL JURISDICTION**.

On April 5, 2007, Notice of Removal was filed into Lee County District Court noticing the Clerk of the Court, Lisa Teinert, to remove Cause No. 12380 to the United States District

Court for the District of Columbia, Cause No. 1:07-cv-00599-EGS. See Attachment 1, attached hereto and incorporated herein. District Court Clerk Lisa Teinert refused to do so.

On May 2, 2007, Notice of Removal was filed into Lee County District Court noticing the Clerk of the Court, Lisa Teinert, to remove Cause No. 13165 to the United States District Court for the District of Columbia, Cause No. 1:07-cv-00599-EGS. See Attachment 2, attached hereto and incorporated herein. District Court Clerk Lisa Teinert refused to do so.

28 U.S.C. § 1443 states that any civil action or criminal prosecutions commenced in a State court may be removed by the defendant to the district court of the United States.

Removal is not a discretionary action on the part of the clerk of the court to which notice is given, but a ministerial duty. Lisa Teinert has shown contempt for the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, in her refusal to remove the cases to federal court.

28 U.S.C. §1446 (c)(3) states that the filing of a notice of removal of a criminal prosecution shall not prevent the State court in which such prosecution is pending from proceeding further, except that a judgment of conviction shall not be entered unless the prosecution is first remanded.

Is Cause No. 12380 a criminal prosecution? No. Rhett Webster Pease was served with civil process, a summons and the language which states he was to file an answer within 20 days of service. It would appear it is a civil action. Was Rhett Webster Pease criminally prosecuted after notice of removal? Yes, he was arrested and is currently held in the Lee County jail.

The removal notice was filed into the court on April 5, 2007, removing jurisdiction in a civil case from Texas. However, Lisa Teinert, with full knowledge Rhett Webster Pease had never been given notice of a hearing, held or allowed to be held a hearing in her court on April

13, 2007 and issued a criminal capias with a cash only bond of $10,000.00. A violation of the Constitution of the United States, Amendments 1, 4, 5, 6, 7 and 8 and the Texas Constitution, Art. 1, Secs. 11 and 13.

Had Pease been given notice of the April 13th hearing, he could have reported the trespass to the Federal court at that time. Instead, Lisa Tienert, Lee County District Clerk, having full knowledge of the notice of removal and her loss of jurisdiction, surreptitiously issued a capias and is holding Rhett Webster Pease in the Lee County jail to a $10,000.00 cash only bond.

Pease has a civil rights case pending in the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA claiming among other things, due process violations such as the one being perpetrated at this time. Rhett Webster Pease has been denied due process, access to the courts and has been persecuted and prosecuted by retaliatory public servants who believe they can get away with denying Rhett Webster Pease his unalienable rights.

District Clerk Lisa Tienert has now shown her defiance, disregard and contempt for the authority and jurisdiction of a federal court.

Actual Notice of the filing of the civil rights suit has been perfected and noticed to all relevant parties as to Cause number 1:07-cv-00599-EGS styled as Rhett Webster Pease vs. Office of Child Enforcement, et al, including Lisa Teinert, Lee County District clerk, the Office of the Sheriff of Lee County and Robert Orozco, Attorney for the Office of the Texas Attorney General. Since the ongoing incarceration is in defiance of and probable contempt of the jurisdiction of the United States District Court now properly and lawfully invoked and noticed and perfected, any proceedings in state court or by state actors will be in direct contravention of 28 U.S.C. §§ 1441, 1443 and 1446, et seq and the jurisdiction conferred thereby to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA in Washington DC.

A copy of this notice is being filed with the United States District Court. Further proceedings, including an application for injunctive relief and sanctions will be filed in the event the offending probable contemptuous activity continues.

Any response to this notice is required within seven (7) days of receipt of notice.

_____
Rhett Webster Pease
P. O. Box 255
Lexington, Texas 78947

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has on this the 1st day of June, 2007 been served and noticed to the following and in the manner indicated or otherwise served and delivered via first class United States Postal Service mail or hand delivery and to the following named parties at the addresses and/or fax numbers listed as follows:

    Lee County Sheriff's Office
    Sheriff Rodney Meyer
    P. O. Box 98
    Giddings, Texas 78942
    HAND DELIVERED

    ROBERT L. OROZCO
    P. O. Box 5701
    Bryan, TX 77805-0080
    FAX #: (979) 823-0220

    LISA TEINERT
    LEE COUNTY DISTRICT CLERK
    Giddings, Texas
    HAND DELIVERED

    Ted Weems
    Lee County Attorney
    Giddings, Texas
    HAND DELIVERED

_[signature]_

Cause Number 12380

Rhett Webster Pease

v.

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

COMES NOW Rhett Webster Pease, an elector in Texas and files this notice of removal of this cause to the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA cause number 1:07-cv-00599-EGS pursuant to 28 USC 1443.
This case is removed for the criminal actions of public officials under color of law which have deprived Rhett Webster Pease of his god given right to parenthood.
Said public officials have refused to do their duty.

Rhett Webster Pease
Counter-Defendant

certificate of service

This notice along with the underlying district court complaint and a waiver of summons was mailed to Robert Orazco by certified mail number 7006 0100 0003 6681 9294 on this the 4th day of April, 2007.

A copy of the complaint and a notice was given by hand and mailed certified to Lisa Teinert, certified number 7006 0100 0003 6681 9188 on this the 4th day of April, 2007.

FILED
APR 0 5 2007  9:30 AM

DISTRICT CLERK
LEE COUNTY, TEXAS

Entered _____
DEPUTY

Cause Number 13165

| | | |
|---|---|---|
| CRAE ROBERT PEASE | } | IN THE DISTRICT COURT |
| V. | } | LEE COUNTY TEXAS |
| FIRST NATIONAL BANK, ET. AL. | } | 335TH JUDICIAL DISTRICT |

NOTICE OF REMOVAL

COMES NOW Rhett Webster Pease and files this notice of removal of this case immediately to the District Court of the United States for the District of Columbia Case number 1:07-cv00599-EGS for violations by the Lee County Sheriff's Office of Federal Bankruptcy law and for the actors of the court for substantive due process violations.

Therefore this suit is being removed and joined pursuant to 28 USC 1452 and 28 USC 1443.

The reason for the removal is that the court has determined that once labeled a vexatious litigant, petitioner has no rights and cannot be heard, which is the basic principle underlying the federal action.

This is the evidence of the policy and practice of Lee County and their actors.

Respectfully,

Rhett Webster Pease
1032 PR 7039
Lexington, TX 78947
(512) 253-0218

FILED

MAY 2 2007  11:44 a.m.

DISTRICT CLERK
LEE COUNTY, TEXAS
DEPUTY

COPY

## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that a true and correct copy of this notice of removal has been sent by first class mail on this the 3rd day of May, 2007 to the following:

Wright & Greenhill
Mark Rogstadt
221 W. 6th St., Suite 1800
Austin, Texas 78768

Nancy Mayer-Whittington, District Clerk
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001