# UNITED STATES DISTRICT COURT
## WASHINGTON, DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rhett Webster Pease | } | CAUSE NUMBER |
| | } | |
| V. | } | 1:07-cv-00599-EGS |
| | } | |
| OFFICE OF CHILD SUPPORT | } | EMERGENCY MOTION FOR |
| ENFORCEMENT, LEE COUNTY | } | WRIT OF CERTIORARI |
| TEXAS, OFFICE OF THE ATTORNEY | } | |
| GENERAL OF TEXAS, JANELL PEASE | } | |
| RIQUE BOBBITT, LISA TEINERT, | } | |
| TERRELL FLENNIKEN, ROBERT | } | |
| ORAZCO, OFFICE OF THE SHERIFF, | } | |
| LEE COUNTY, TEXAS, LISA ANN | } | |
| KUBACEK. | } | |

**RECEIVED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW, Pease, Rhett Webster Pease (hereinafter, Pease), and moves this court (1) to issue an emergency *Writ of Certiorari* directed to LISA TEINERT (hereinafter, TEINERT), (2) to order TEINERT to cease and desist with any further action, which is in violation of 28 USC § 1776 (d), in her court, and (3) order her to file court file in Cause Number 12380 in the 21st Judicial District of Lee County, Texas with this court and cease any further actions in State court. Further, Pease would show the court the following:

## BACKGROUND

This is a case of severe judicial punishment, exacted by TERRELL FLENNIKEN (hereinafter, FLENNIKEN) against Pease, Pease, for unknown reasons. FLENNIKEN had presided over a case wherein Pease was requesting the return of his property (a Chrysler Van), so that he could return to work and support his children. Pease possessed the van and clear title to the van when the van was stolen by James

Nickelatti (hereinafter, NICKELATTI) under the pretense that he was owed money. NICKELATTI retained the van for two years while Pease filed two law suits (one in small claims court) seeking return of the van, though NIKELATTI's attorney had both cases dismissed without any judicial determination of possession of the van.

At the hearing, FLENNIKEN ruled the following: (1) that Pease had no right to ask for the property, (2) that Peace had to pay the thief $1500.00 for his stealing Pease's property, (3) declared that Peace was a vexatious litigant for filing the suit, and (4) dismissed the case "sua sponte", without ever legally disposing of the matter regarding possession of the property. FLENNIKEN later communicated to the clerk of the court, TEINERT, that Pease could not file into any existing case files without the permission of FLENNIKEN.

In addition, Pease has been held to the standard of a protective order for family violence. Yet, no such order exists and TEINERT and FLENNIKEN refuse to allow Pease access to the court, thereby denying Pease parenthood. Since the time that FLENNIKEN made the ruling, Pease has been arrested numerous times by the Lexington Police Department and others. Pease continues to be deprived of his God given right to parenthood. On one occasion, the Lexington police traveled eight miles out of town – out of their jurisdiction – and arrested Pease after beating a concussion into Pease, then stated that Pease self-inflicted the injury.

## APPLICATION FOR EMERGENCY WRIT OF CERTIORARI

1. On or about April 4th or 5th 2007, a Waiver of Summons was mailed to each, TEINERT, FLENNIKEN, ORAZCO, KUBACEK, BOBBITT, and Janell Pease. All

have refused to waive service and are aware of this suit.

2. FLENNIKEN, ORAZCO, KUBACEK, TEINERT, and JANELL PEASE have violated the "status quo", and have conspired to have Pease imprisoned until such time when the *Service of Summons* will have expired in this case. Pease believes that the court will find this defense in a civil case to be unique.

3. Pease was served with Citation from the civil court in a Title IV-D Master's court and said Citation stated Pease had 20 days to answer. Said Citation was served on Pease on January 17, 2007, a true and correct copy of the Citation and Motion are attached to and incorporated into this application by reference as "Exhibit A". Said Motion stated that Pease had 50 days for production of documents.

4. Along with the Citation was another document, executed by KUBACEK – a document that contained no file stamp or seal of any court, or any type of evidence of filing in the court. Said document is attached to incorporated into this application by reference as "Exhibit B". Pease received no documents responsive to Pease's document request. The Citation stated that Pease had twenty days to answer, yet, February 2, 2007 was just 16 days. Pease had no duty to respond to said unsealed document with no file stamp. Said document stated that, "*RHETT WEBSTER PEASE has been requested to produce, at or prior to said hearing:....*". The Citation contradicts said statement and the statement has no justification in fact.

5. Pease attempted to file an answer to the Citation and stated that he was unable to pay child support, apologized to the Court for his condition, and included an

order from this Court as an exhibit. Said documents are attached to and incorporated into this application by reference as "Exhibit C". TEINERT, and her deputies refused to file Pease's answer into the court and then put the deed in writing, by stating that it was, "shown to Judge Flenniken was instructed to mark it received." (See attached "C"). The clerk and her deputies refuse to file Pease paperwork or allow Pease any access to his children.

6. The justification for this law suit is TEINERT's refusal to file Pease's answer and subsequently arresting Pease. Further, ORAZCO, KUBACEK and Janell Pease had previously refused to recognize Pease's inability to pay as a defense and had previously attempted to jail Pease for six months, though Pease had no assistance of counsel. Pease was released on the charge after 5 days in jail.

7. On February 2, 2007, KUBACEK and ORAZCO executed an ORDER FOR ISSUANCE OF A CAPIAS. A true and correct copy is attached to and incorporated into this application by reference as "Exhibit D". The ORDER is file stamped on February 15, 2007 and February 22, 2007. FLENNIKEN signed the order the same day he told the clerk not to file Pease's answer.

8. On March 23, 2007, Pease was arrested for "Non-payment of Child Support" -- a state felony. Pease bonded out on the felony by borrowing $5000.00 to pay the all cash bond. The Pease was told by the magistrate, Judge Fisher, that the ATTORNEY GENERAL'S OFFICE set the bond. A true and correct magistration form is attached to and incorporated into this application by reference as "Exhibit E". As of the date of the requesting of this application, Pease has not been contacted by the DA as to any hearings in this felony charge. Pease is unaware

of any complaint and has no knowledge of any indictment in this matter.

9. On March 28, 2007, this suit was filed.

10. After Pease gave notice of this suit to each of the defendants, Pease was arrested again on May 30, 2007. Pease was operating under the assumption that this case was removed and Pease had given notice of the removal to TEINERT. Unbeknownst to Pease, TEINERT apparently failed to file said notice. Through an agent, Pease removed the underlying case (the cause of the Constitutional deprivations) to this court on June 4, 2007 (See case file).

11. Said removal was brought pursuant to 28 USC § 1776(d), which states that once noticed the defendants can take no further action in the case, 28 USC § 1446 (d) "Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded." TEINERT, ORAZCO, KUBACEK, Janell Pease, and the OFFICE OF THE SHERIFF continue on after they have all received notice in violation of the law.

11. TEINERT, ORAZCO, KUBACEK, Janell Pease, THE OFFICE OF THE SHERIFF, and FLENNIKEN, all refused to recognize the removal of the case to this court and instead proceeded to hold Pease in jail.

12. On June 8, 2007, in contempt of this court, TEINERT, KUBACEK, ORAZCO, THE OFFICE OF THE SHERIFF and Janell Pease, held a hearing. Pease was present, in custody. At the hearing KUBACEK determined that Pease was indigent (a defense to contempt) and KUBACEK assigned a court appointed

attorney for Pease. Further, KUBACEK ordered Pease imprisoned until July 27, 2007, at which time she would find Pease in contempt. A true and correct copy of the reset order is attached to and incorporated into this application as "Exhibit F". Said reset order holds Pease in jail for 50 days to allow him to prove that the case has been removed to federal court. KUBACEK stated that it would, "take a federal court order to prove to her that she did not have jurisdiction." By reading to KUBACEK, 28 USC § 1776(d), Pease attempted to show the court that the court did not have jurisdiction, but KUBACEK refused to recognize the rule. Pease testified that Pease was employed in the field of medical billing and that the being jailed would end his employment. KUBACEK stated in open court that she was not interested in the support of the children as much as she was interested in imposing the laws of the STATE OF TEXAS on Pease. TEINERT refuses to recognize the removal and has stated that the case is not removed.

13. Pease was forced to borrow an additional $10,000.00 and post it as cash bond in order to free himself so that Pease could prosecute this suit. Said "ransom" was paid in order to write this *Emergency Motion for Writ of Certiorari*. Pease holds the position that it was the intent of the above mentioned defendants to hold Pease in jail until the time had passed for Pease to serve summons on the defendants in this case. Recall that the defendants, including the public officials, had previously refused to do their duty to waive service.

14. Pease will be requesting a hearing to recover cost of service of summons because of the defendants' refusal to do their duty and waive service.

## REQUEST FOR WRIT OF CERTIORARI

WHEREFORE considering the above mentioned application along with the exhibits, Rhett Webster Pease, requests the judge of this court to review this motion and issue an order to the defendants GRANTING the issuance of the writ and ordering the removal of the underlying case to this court and determine that indeed the defendants did have notice of the removal;

and order the defendants to show cause why they are not in contempt of this court for refusing to remove the action voluntarily;

Pease also requests this court to enjoin law enforcement from further attempts to criminalize, Pease's attempts to exercise his parental rights

Further, defendants should be held jointly and severally liable, and made to pay damages for the false imprisonment of Pease, while they were in contempt of this court and for the costs associated with the filing of this application;

And any and all relief that this court believes necessary.

### DECLARATION OF Rhett Webster Pease

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this EMERGENCY MOTION FOR WRIT OF CERTIORARI is true and correct.

Presented to this court by,

Rhett Webster Pease
c/o 1032 PR 7039
Lexington, Texas [78947]
(512) 835-0218

## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that I have sent a true and correct copy of my EMERGENCY MOTION FOR WRIT OF CERTIORARI to the following defendants at the mentioned addresses by First Class Mail on this the 12th day of June, 2007:

OFFICE OF THE SHERIFF
LEE COUNTY, TEXAS
424 SOUTH MAIN
GIDDINGS, TEXAS 78942

JANELL PEASE
530A CUTTY TRAIL
LAKEWAY, TEXAS 78734

RIQUE BOBBITT
105 EAST MAIN
CAMERON, TEXAS 76520

LEE COUNTY
% EVAN GONZALES
200 SOUTH MAIN
GIDDINGS, TEXAS 78942

OFFICE OF CHILD SUPPORT ENFORCEMENT OF THE UNITED STATES
% CECILIA BURKE
370 L'ENFANT PROMENADE, SW
WASHINGTON, DC 20447

GREG ABBOTT, TEXAS ATTORNEY GENERAL
300 WEST 15TH STREET
AUSTIN, TEXAS 78701

TERRELL FLENNIKEN
100 EAST MAIN, SUITE 305
BRENHAM, TEXAS 77803

Rhett Webster Pease

LISA TEINERT,
LEE COUNTY DISTRICT CLERK
289 SOUTH MAIN
GIDDINGS, TEXAS 78942

Notice was hand delivered to ORAZCO at 103 North Main, Bryan, Texas and HUBACEK at 300 East 26th Street, Bryan Texas, on June 11, 2007.

## CITATION

### Cause No. 12,380

THE STATE OF TEXAS                    PLACE OF EMPLOYMENT:

RHETT WEBSTER PEASE
1040 CR 348
LEXINGTON, TEXAS 78947
(512) 253-6156

The accompanying pleading was filed on the 29TH day of September, 2006 in the indicated court of Lee County, Texas. You are directed to file a written answer to the accompanying pleading on or before 10:00 a.m. on the Monday next following the expiration of twenty days after you were served with this citation and accompanying pleading.

OAG Number:        #0010460611
Cause Number       #12,380
Parties to this action:    THE STATE OF TEXAS
                           JANELL PEASE

### N O T I C E

**"YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."**

Issued under my hand and seal of Court, this 8TH day of January, 2007.

Robert L. Orozco                       Lisa Teinert, Clerk
Assistant Attorney General             District Court, Lee County, Texas
P. O. Box 5700
Bryan, Texas  77805-5709              By _Pauline Wachsmann_
(979) 823-0080 (Phone)                   Pauline Wachsmann, Deputy
(979) 823-0220 (Fax)

## Exhibit "A" 6 pages

Service
Copy

1 B of 4

## SERVICE RETURN

This process was received on the ___8___ day of ___January___, _2007_ , at ___2P___.m.

(✓)  I served a true copy of this process endorsed with the date of delivery, together with the accompanying documents, on ___Rhett Russel_____ in person at: ___Fedor ostaros_____ on the __17__ day of ___January___, _07_ , at _230p_ .m.

( )  Not executed because _____
_____

My fee $ _____    ____Joe Graden_____
                                     Sheriff/Constable
                                     _____ County, Texas
                                     By _____
                                        Deputy

### VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

STATE OF TEXAS

COUNTY OF _____

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public,

by _____, this _____ day of _____, _____.

_____

19 of 24

RC

NCP Name:   *RHETT WEBSTER PEASE*
CP Name:    *JANELL PEASE*
OAG Number: 0010460611
LAC:   **MENF**

ATTORNEY GENERAL'S OFFICE
RECEIVED

OCT 0 4 2006

AREA 7, LOCAL OFFICE
BRYAN, TEXAS

**CAUSE NUMBER** *12380*

IN THE INTEREST OF

    *WEBSTER C PEASE*
    *BRENNAN C PEASE*

CHILDREN

§  IN THE *21ST JUDICIAL DISTRICT COURT*

§

§          OF

§

§  *LEE* COUNTY, TEXAS

**MOTION FOR ENFORCEMENT OF CHILD SUPPORT ORDER**

1.    The ATTORNEY GENERAL OF TEXAS, pursuant to Texas Family Code Chapter 231, files this pleading for which discovery is intended to be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

**JURISDICTION**

2.    This Court has continuing jurisdiction of the children the subject of this suit because of prior proceedings.

**CHILDREN**

**FILED**

3.    The following children are the subject of this suit:

SEP 2 9 2006 10:00

| Name | Sex | DOB | Birthplace |
|------|-----|-----|------------|
| WEBSTER C PEASE | M | 8/3/1993 | |
| BRENNAN C PEASE | M | 8/24/2001 | LEE COUNTY, TEXAS |

DISTRICT CLERK

DEPUTY

No property, other than personal effects, is owned by any child the subject of this suit.

**PERSONS ENTITLED TO NOTICE**

4.    The children reside with JANELL PEASE, the *mother* of the children. The ATTORNEY GENERAL OF TEXAS requests the issuance and service of process on this person in accordance with the attached service information sheet.

5.    *RHETT WEBSTER PEASE* is the *father* of the children. The ATTORNEY GENERAL OF TEXAS requests the issuance and service of process on this person in accordance with the attached service information sheet.

**DETERMINATION OF DISCLOSURE OF ADDRESS**

6.    The Court should enter appropriate orders concerning the disclosure of the addresses of the parties.

**PRIOR CHILD SUPPORT ORDER**

7.    On *8/25/2003* the Court ordered *RHETT WEBSTER PEASE* to pay current child support of *$443.75 monthly*, beginning *8/15/2003*, and *monthly* thereafter. The amount and frequency of *RHETT WEBSTER PEASE*'s child support obligation remains unchanged.

20 of A

## CHILD SUPPORT ARREARAGE

8.     *RHETT WEBSTER PEASE* failed to pay court ordered child support as follows:

|   |   |
|---|---|
| a. Prior arrears as of *7/30/2005* | $6,156.23 |
| b. Support accrued since *8/1/2005* | $5,768.75 |
| c. Interest accrued since *8/1/2005* | $491.40 |
| d. Support paid since *8/1/2005* | $0.00 |
| e. Total arrearage as of *8/22/2006* | $12,416.38 |

Exhibit A, which is attached and incorporated by reference, is a true and correct copy of a payment record indicating the occasions Obligor violated the above-referenced order and committed a separate act of contempt by each indicated failure to pay support in full on or before its due date.

9.     *RHETT WEBSTER PEASE* has repeatedly violated the child support order and the ATTORNEY GENERAL OF TEXAS anticipates that he will similarly continue to violate the order.

## CONTEMPT

10.     The Court should hold *RHETT WEBSTER PEASE* in contempt and punish him by a fine of not more than $500.00 and/or by commitment to the county jail for not more than six months. If appropriate, the Court should place *RHETT WEBSTER PEASE* on community supervision.

Additionally, the Court should order *RHETT WEBSTER PEASE* committed to the county jail until he pays the child support arrearage, accrued interest, reasonable attorney fees, and court costs.

## JUDGMENT ON ARREARS

11.     The Court should confirm and enter judgment for all support arrearage and accrued interest as of the hearing date. The Court should order payment and income withholding to liquidate the judgment pursuant to Texas Family Code Chapters 157 and 158.

## WITHHOLDING FROM EARNINGS FOR SUPPORT

12.     The Court should order all support withheld from disposable earnings pursuant to Texas Family Code § 158.006. The Court should order all payments of support processed pursuant to Texas Family Code Chapter 231 for distribution according to law. If appropriate, the Court should order *RHETT WEBSTER PEASE* to post a bond or security.

21 OF 24

## REQUEST FOR PRODUCTION OF DOCUMENTS

13.    *RHETT WEBSTER PEASE* has in his possession documents that will show the nature and extent of his ability to pay child support. The ATTORNEY GENERAL OF TEXAS, pursuant to Rule 196, Texas Rules of Civil Procedure, requests him to produce and permit the ATTORNEY GENERAL OF TEXAS to inspect and copy the originals, or true copies, of the following documents in his possession, custody or control: (a) his IRS federal tax returns for the past two years, (b) all payroll stubs, vouchers, records of commissions and all other written records or evidence of income received by him within the last six months, (c) the most recent Social Security Administration Form SSA-7005, showing his income history, sent to him three  months before his last birthday, (d) statements of accounts for all checking or saving accounts in which he has held an interest within the last six months, (e) all evidence (policies, premium schedules, records of premiums paid, etc.) of health insurance available at his place of employment that may provide coverage for dependent children, (f) copies of loan applications made within the last six months, (g) current statement of benefits and account balances for all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested, including but not limited to employer- or union-sponsored defined benefit or defined contribution plans and individual retirement accounts (IRAs), and (h) summary plan description of all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested. The ATTORNEY GENERAL OF TEXAS requests production of the specified documents at:

    The Office of the Attorney General
    PO BOX 5700
    BRYAN, TX 77805-5700

on or before 3:00 p.m. on the 50th day following the date of service of this request.

## ATTORNEY FEES AND COSTS

14.    The Court should order *RHETT WEBSTER PEASE* to pay reasonable attorney fees and all other costs of this proceeding.

## PRAYER

    The ATTORNEY GENERAL OF TEXAS prays that the Court grant all relief requested herein. The ATTORNEY GENERAL OF TEXAS prays for general relief.

22 of 24

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

Office of the Attorney General
    *PAMELA PITTMAN TUCKER TX BAR NO. 00784768*
    *ROBERT L. OROZCO TX BAR NO. 1531130*
    *NORBERT C. MAHNKE TX BAR NO. 12836770*
    *JEANNINE M. HAWS TX BAR NO. 24034475*
    *PO BOX 5700*
    *BRYAN, TX 77805-5700*
    Telephone No. *(979)823-0080*
    Toll Free 1-800-587-8270
    Fax No. *(979)823-0220*

23 of 24

NCP Name:    *RHETT WEBSTER PEASE*
CP Name:     *JANELL PEASE*
OAG Number: **0010460611**

**CAUSE NUMBER** *12380*

IN THE INTEREST OF                                    §    IN THE *21ST DISTRICT COURT*

    *WEBSTER C PEASE*                          §
    *BRENNAN C PEASE*                         §                          OF

CHILDREN                                              §    *LEE* COUNTY, TEXAS

**ORDER TO APPEAR AND SHOW CAUSE**

On this date the application for hearing on the matters presented in the pleading on file in this cause was presented to the Court.

This matter has been referred to the Associate Judge appointed pursuant to Texas Family Code Chapter 201, Subchapter B.

The Court ORDERS *RHETT WEBSTER PEASE* to appear, before this Court *LEE COUNTY DISTRICT COURT BUILDING, 289 MAIN, GIDDINGS, TX* on the *2ND* day of *February, 2007*, at *9:00* o'clock *A.* M., and to respond to the pleading served with this order. **Failure to appear as ordered may result in issuance of a Capias for the arrest of *RHETT WEBSTER PEASE*, entry of a default order, or both.** The Court ORDERS the clerk of this court to cause a copy of this order and the pleading to be served on *RHETT WEBSTER PEASE*.

*RHETT WEBSTER PEASE* has been requested to produce, at or prior to said hearing: (a) his IRS federal tax returns for the past two years with all schedules included with the returns and all W-2s and 1099s attached to such returns, (b) any and all W-2 statements, all 1099s, and all documents showing income received by Respondent from any source for the two tax years preceding the date of filing of this action, (c) all payroll stubs, vouchers, records of commissions and all other written records or evidence of income received by him within the last six months, (d) the most recent Social Security Administration Form SSA-7005, showing his income history, sent to him three months before his last birthday, (e) statements of accounts for all checking or saving accounts in which he has held an interest within the last six months, (f) all evidence (policies, premium schedules, records of premiums paid, etc.) of health insurance available at his place of employment that may provide coverage for dependent children, (g) copies of loan applications made within the last six months, (h) current statement of benefits and account balances for all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested, including but not limited to employer- or union-sponsored defined benefit or defined contribution plans and individual retirement accounts (IRAs), and (i) summary plan description of all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested.

Signed this _4th_ day of _December_, _2006_

_Kira Hubacek_
ASSOCIATE JUDGE PRESIDING

# Exhibit "B" 1page

17 of

Rhett Webster Pease
P.O. Box 255
Lexington, Texas 78947

Lisa Teinert
P.O. Box 176
Giddings, TX 78942

February 20, 2007

RE: FEDERAL ORDER ON INABILITY TO PAY

Ms. Teinert,

Please find enclosed my apology to the court along with a federal order determining me to be
without the ability to pay.

Please file the original and return the copy to me in the stamped enclosed envelope.

Thank you

Rhett Webster Pease

Exhibit "C" 2 pages

Rec'd 2/21/07
9:36AM.
Lara Mail

2/22/07 Shown to Judge Flenniken
was instructed to mark
it rec'd.   DPM

entered

FILED

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rhett Webster Pease, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.    **06 0539** |
| | ) | |
| United States of America, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum, it is this **20**ᵗʰ day of March

2006,

ORDERED that plaintiff's application to proceed *in forma pauperis* [# 2] is

GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice for lack of subject

matter jurisdiction.

_____
United States District Judge

4

NCP Name: _Rhett Webster Pease_
OAG Number: _00104606 11_

CAUSE NUMBER _12380_

IN THE INTEREST OF
_Webster C. Pease_
_Brennan C. Pease_
CHILDREN

§  IN THE _21ot Judicial District_
§  _Court_  OF
§  _Lee_  COUNTY, TE **FILED**

## ORDER FOR ISSUANCE OF CAPIAS

On the _2nd_ day of _February_, 200 _7_, the Court held a hearing in this cause.

FEB 2 2 2007 10:50A
_DIST JUDGE_
DISTRICT CLERK
LEE COUNTY, TEXAS

The ATTORNEY GENERAL OF TEXAS appeared by an ASSISTANT ATTORNEY GEN~~ERAL~~

DEPUTY

The Court finds that

a.  _Rhett Webster Pease_, Obligor, was duly served with notice to appear at the designated date, time and place for a hearing on a Motion For Enforcement;

b.  Obligor failed to appear;

c.  a capias should be ordered for the arrest of _Rhett Webster Pease_

d.  the pleadings on file with the Court allege child support arrears of $._12,416.38_, and _JaH_

e.  the presumption pursuant to Texas Family Code § 157.101 has been rebutted and a reasonable **cash bond** would be $ _5000.00_ _JaH_

The Court ORDERS the clerk of this court to issue a capias, directed to any peace officer of any county within the State of Texas, commanding said peace officer to arrest _Rhett Webster Pease_, and confine him/her in the county jail until he/she can be brought before the Court to answer the allegations of the motion. If Obligor is arrested outside of this county, he/she shall be detained by the arresting authorities until such time as he/she can be transferred to the county jail of this County.

The Court ORDERS the arresting or detaining authorities to release Obligor upon the posting of a **cash bond** in the amount of $._5000.00_. If a cash bond is posted by Obligor or by anyone for him/her, the money shall be deposited in the registry of this Court and the bond shall be subject to forfeiture or assignment to pay child support arrears as provided in Texas Family Code Chapter 157, Subchapter C.

The Court ORDERS Obligor to contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and to appear at the next regularly scheduled F~~ILED~~ Associate Judge's Docket if he/she is released on bond.

_Signed 2.23.07._

ASSOC JUDGE

FEB 15 2007  9:30AM

_T.R.B., Judge Presiding_

DISTRICT CLERK
LEE COUNTY, TEXAS

DEPUTY

Exhibit "D" 2 pages

ORDER FOR ISSUANCE OF CAPIAS                                    Page _1_ of _2_

RECOMMENDED:

_MMfhbuah_
ASSOCIATE JUDGE PRESIDING

_2-2-07_
DATE

APPROVED AND ORDERED:

_____
JUDGE PRESIDING

_____
DATE

APPROVED:

_Tcut awp_
Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahkne SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

ORDER FOR ISSUANCE OF CAPIAS

**THE STATE OF TEXAS**
**COUNTY OF LEE**

## GIDDINGS MUNICIPAL COURT MAGISTRATE'S FORM

THIS IS TO CERTIFY that on the _24th_ day of _____, 20 _1_, at _1:50_ A.M. / P.M.
I administered the following warnings to:

Name: _Perce, Rhett_ _____ Age: ____

D.O.B.: _6-16-11_ SS#: _None_ DL# _None_

Address: _____ Lexington, TX 78916

☑ 1.  You are charged with the offense(s) of:
     _CAPIAS - Non Payment Child Support_ Fine/Bond _5000 cash_
     _____ Fine/Bond _Bond_
     _____ Fine/Bond _____

An affidavit charging you with this offense (has) (has not) been filed in Court.
(☑) 2.  You have the right to retain or hire an attorney.
(☑) 3.  You have the right to remain silent, the right to have an attorney present during any interview with peace officers or attorneys representing the State and the right to terminate the interview at any time.
(☑) 4.  You are not required to make a statement, and any statement made by you may be used against you.
( ) 5.  You have the right to an examining trail.
( ) 6.  If you are unable to employ an attorney, you have the right to request the appointment of an attorney by completing an Application and Affidavit of Indigent form.
(☑) 7.  This form is available for you to complete at this time, assistance in filling out this form is available. You may be ordered to reimburse the cost of an attorney if you are found guilty of the offense.
( ) 8.  Are you requesting the appointment of an attorney? YES or NO (Circle One)
( ) 9.  If you are not a United States Citizen, do you want us to contact your consulate? YES or NO (Circle One)

_____ , _____
Magistrate's Signature                Official Title

I hereby acknowledge that the foregoing warnings were administered to me in clear language and I fully understand the meaning of each and every warning.

_____          x _____
Witness                                         Defendant's Signature

## ORDER OF COMMITMENT

**IN THE NAME OF THE STATE OF TEXAS**
**TO THE SHERIFF OF LEE COUNTY, GREETINGS:**

_Rhett Perse_ _____ Who having been brought duly before me on this
_23_ day of _March_, 20 _07_ at _____ A.M. / P.M. charged with the offense of
_Non Payment Child Support_

And is committed to the custody of the Sheriff of Lee County, Texas, to be detained unless he/she complies with the conditions of the bond set on this date or any amendment or modification thereof.

- **DEFENDANT IS ORDERED TO APPEAR WHEN NOTIFIED BY THE APPROPRIATE COURT.**
- **IF DEFENDANT IS IN CUSTODY ON THE ABOVE DATE, THE SHERIFF IS HEREBY ORDERED TO PRESENT SAID DEFENDANT IN COURT ON SAID APPEARANCE DATE AND AT ALL TIMES SAID CHARGES ARE CALLED BEFORE SAID COURT, IF IN LEE COUNTY, TEXAS.**
- **BAIL IS HEREBY SET AT** _5000 00_ **CASH OR SURETY.**

The undersigned hereby certifies that the defendant has been warned of his rights under Article 15.17 of the Texas Code of Criminal Procedure. Herein fail not of this order but make due return showing how you executed same.

_____
Magistrate's Signature
Giddings, Lee County, Texas

Exhibit "E" 1 page

NCP Name:   *RHETT WEBSTER PEASE*
CP Name:   *JANELL PEASE*
OAG Number: 0010460611

**CAUSE NUMBER** *12380*

IN THE INTEREST OF                       §   IN THE *21ST JUDICIAL DISTRICT COURT*

 *WEBSTER C PEASE*                §                       OF
 *BRENNAN C PEASE*               §

CHILDREN                                §   *LEE* COUNTY, TEXAS

**RESET ORDER**

On the 8 day of June , 200 7 came on to be heard the above case set for hearing.

Obligor *RHETT WEBSTER PEASE* did/did not appear in person (and by attorney)

_____

Obligee *JANELL PEASE* did/did not appear.

IT IS ORDERED that the hearing on the above entitled cause is recessed until _July 27 2007_ at 9:00 a.m. in the IV-D Master's Courtroom. The Court further ORDERS Obligor and Obligee to appear at said time and place without further notice. The Court ORDERS that failure to appear may result in a capias for his or her arrest. The Court also ORDERS that a default judgment may be taken against Obligor and/or Obligee.

The hearing is recessed for the following reason:

to allow obligor to produce proof of removal to federal court

Signed this 8 day of June , 2007

_____
ASSOCIATE JUDGE PRESIDING

_____
ROBERT L. OROZCO
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
Texas Bar No. 15311300
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

**Exhibit "F" 1 page**

NCP Name: **Rhett Webster Pease**
OAG Number: **0010460611**

CAUSE NUMBER **12380**

IN THE INTEREST OF

**Webster Pease**
**Brennan Pease**

CHILDREN

§ IN THE **21st District Court**
§
§ OF
§ **Lee** COUNTY, TEXAS

**CAPIAS**

TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED to arrest **Rhett Webster Pease**, for failing to appear at a hearing regarding a motion for enforcement and to confine him/her in the county jail of **Lee** County until he/she can be brought before the above stated Court to answer the allegations of the motion. If you arrest Obligor outside of **LEE** County, you shall detain him/her until such time as he/she can be transferred to the county jail of **LEE** County.

You shall release Obligor upon the posting of a **cash bond** in the amount of $ ~~2500.00~~ **5000.00** Jt 02-05. If Obligor is released from custody, he/she shall contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and appear before the next regularly scheduled IV-D Associate Judge's Docket. **You are directed to notify the Attorney General by telephone at (979) 823-0080 or by fax at (979) 823-0220 upon Obligor's arrest.**

ISSUED under my hand and seal of court this **23RD** day of **FEBRUARY**, 200 **7**.

Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahnkd SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
State Bar No.
PO BOX 5700
BRYAN TX 77805-5700
Phone (979)823-0080
Toll Free 1(800) 687-8270
Fax (979)823-0220
Attorney for Petitioner

_____ , District Clerk
**LISA TEINERT**
**LEE** County, Texas
**LEE COUNTY DISTRICT CLERK**
**P O BOX 176          2**
**GIDDINGS  TX  78942**

By: _____ , Deputy
PSHAUN JORDAN

**SERVICE RETURN**

This capias was received on the _____ day of _____ 200____ at ___:___ .m. It was
[ ] executed on the _____ day of _____ 200 ____ at _____ o'clock ___m., by
arresting _____ _____ and confining him/her/its in the county jail of
_____ County to await the further orders of the Court.

[ ] Not executed because: _____

[ ] _____
Efforts to find Obligor and information as to his/her whereabouts: _____

FEES: Serving one (1) copy    SHERIFF/CONSTABLE _____ County, Texas
Total $ _____    By: _____ , Deputy

CORRECTED COPY    Exhibit "G" 5 pages

**Return to Court Copy**

Entered

NCP Name: **Rhett Webster Pease**
OAG Number: **0010410611**

CAUSE NUMBER **12380**

IN THE INTEREST OF

**Webster C Pease**
**Brennan C Pease**

CHILDREN

§ IN THE **21st District Court**
§
§ OF
§
§ **Lee** COUNTY, TEXAS

## CAPIAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED to arrest **Rhett Webster Pease**, for failing to appear at a hearing regarding a motion for enforcement and to confine him/her in the county jail of **Lee** County until he/she can be brought before the above stated Court to answer the allegations of the motion. If you arrest Obligor outside of **Lee** County, you shall detain him/her until such time as he/she can be transferred to the county jail of **Lee** County.

You shall release Obligor upon the posting of a **cash bond** in the amount of $ **10,000.00**. If Obligor is released from custody, he/she shall contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and appear before the next regularly scheduled IV-D Associate Judge's Docket. **You are directed to notify the Attorney General by telephone at (979) 823-0080 or by fax at (979) 823-0220 upon Obligor's arrest.**

ISSUED under my hand and seal of court this **1st** day of **April May**, 200 **7**.

Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahnkd SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
State Bar No.
PO BOX 5700
BRYAN TX 77805-5700
Phone (979) 823-0080
Toll Free 1 (800) 687-8270
Fax (979) 823-0220
Attorney for Petitioner

**Lisa Teinert**, District Clerk
**Lee** County, Texas
P. O. Box 176
289 S Main
Giddings, Texas 78942

By _____, Deputy
Dora P. Muniz

## SERVICE RETURN

This capias was received on the _____ day of _____ 200_ at ___ : ___ .m. It was

[ ] executed on the _____ day of _____ _____ 200_ at _____ o'clock ___ m., by arresting _____ _____ _____ and confining him/her/its in the county jail of _____ County to await the further orders of the Court.

[ ] Not executed because: _____

[ ] Efforts to find Obligor and information as to his/her whereabouts: _____

FEES: Serving one (1) copy    SHERIFF/CONSTABLE _____ County, Texas
Total $ _____    By: _____, Deputy

**RECEIVED**
**MAY 0 8 2007**
TIME _____

**Service Copy**

APR-13-2007 10:15 FROM:TEXAS ATTORNEY GENERAL 9798230220    TO:19795421226    P.4/6

NCP Name: __Rhett Webster Pease__
OAG Number: __0010410011__

## CAUSE NUMBER __12380__

IN THE INTEREST OF                                   § IN THE __21st District Court__
Webster Pease                                        §
Brennan Pease                                        §                  OF
CHILDREN                                             § __Lee__          COUNTY, TEXAS

### ORDER FOR ISSUANCE OF CAPIAS

On the __13th__ day of __April__, 200__7__, the Court held a hearing in this cause.
The ATTORNEY GENERAL OF TEXAS appeared by an ASSISTANT ATTORNEY GENERAL.

The Court finds that

a.   __Rhett Webster Pease__, Obligor, was duly served with notice to appear at the
     designated date, time and place for a hearing on a Motion For Enforcement;

b.   Obligor failed to appear;

c.   a capias should be ordered for the arrest of __Rhett Webster Pease__

d.   the pleadings on file with the Court allege child support arrears of $ __12,416.38__ __as of 8/22/2006__; and

e.   the presumption pursuant to Texas Family Code § 157.101 has been rebutted and a reasonable **cash bond**
     would be $ __10,000.00__

The Court ORDERS the clerk of this court to issue a capias, directed to any peace officer of any county within
the State of Texas, commanding said peace officer to arrest __Rhett Webster Pease__, and confine
him/her in the county jail until he/she can be brought before the Court to answer the allegations of the motion. If Obligor
is arrested outside of this county, he/she shall be detained by the arresting authorities until such time as he/she can be
transferred to the county jail of this County.

The Court ORDERS the arresting or detaining authorities to release Obligor upon the posting of a **cash bond** in
the amount of $ __10,000.00__. If a cash bond is posted by Obligor or by anyone for him/her, the money shall be deposited
in the registry of this Court and the bond shall be subject to forfeiture or assignment to pay child support arrears as
provided in Texas Family Code Chapter 157, Subchapter C.

The Court ORDERS Obligor to contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release
from jail and to appear at the next regularly scheduled IV-D Associate Judge's Docket if he/she is released on bond.

## FILED

APR 27 2007    9:40am
                late
                mail

DISTRICT CLERK
ORDER FOR ISSUANCE OF CAPIAS

DEPUTY

Signed __April 25, 2007__.

THE STATE OF TEXAS
COUNTY OF LEE
This is to certify that this
is a true copy of the original

MAY 1 2007

LISA TEINERT
DISTRICT CLERK
LEE COUNTY, TEXAS

RECOMMENDED:

_____
ASSOCIATE JUDGE PRESIDING

4/13/07
DATE

APPROVED AND ORDERED:

_____
JUDGE PRESIDING

_____
DATE

APPROVED:

_____
Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahluke SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

ORDER FOR ISSUANCE OF CAPIAS

THE STATE OF TEXAS } This is to certify that this
COUNTY OF LEE
Is a true copy of the original

MAY          2007          of     2



LISA TEINERT
DISTRICT CLERK
LEE COUNTY, TEXAS

THE STATE OF TEXAS
COUNTY OF LEE

## LEE COUNTY MAGISTRATES FORM

THIS IS TO CERTIFY that the undersigned Magistrate did, on the of , , At ___7:58 Am___
administer the following warnings to:

Name: PEASE,RHETT WEBSTER  Age: 46

| D.O.B. 01/06/1961 | S.S. ~~#~~ | D.L. # |
|---|---|---|

Address: 1032 PR 7039
LEXINGTON, TX/78947

( ) 1. You are charged with the offense(s) of:

1. 12380          LEE        NEGLECT CHILD/ CHILD SUPPORT    *Cash* BOND *10 000 00*
                                    *Fail to Appear*

An affidavit charging you with this offense (has) (has not) been filed in Court.

( ) 2. You have the right to retain or hire an Attorney

( ) 3. You have the right to remain silent, the right to have an Attorney present during any interview with peace officers or Attorneys represent the State and the right to terminate the interview at any time.

( ) 4. You are not required to make a statement, and any statement made by you may be used against you.

( ) 5. You have the right to an examining trial.

( ) 6. If you are unable to employ an Attorney, you have the right to request the appointment of an Attorney by completing an Application and Affidavit of Indigent form

( ) 7. This form is available for you to complete at this time, assistance in filling out the form is available. You may be ordered to reimburse the of an attorney if you are found guilty of the offense.

( ) 8. Are you requesting the appointment of an attorney? YES or NO (Circle One)

( ) 9. If you are not a United States citizen, do you want us to contact your consulate? YES or NO (Circle One)

_____        _____
Magistrate's Signature                 Official Title

I hereby acknowledge that the foregoing warnings were administered to me in clear language and I fully understand the meaning of each and every warning.

_____        _____
Witness                                  Defendant's Signature