**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                      |   |
|---|---|
| RHETT W. PEASE,                      ) |
|                                      ) |
|     Plaintiff,   ) |
|                                      ) Civil Action No. 07-599 (EGS) |
|     v.           ) |
|                                      ) |
| CECELIA BURKE, *et al.*,             ) |
|                                      ) |
|     Defendants.  ) |

## ORDER

    Pending before the Court's is pro se plaintiff's "Emergency Motion for Writ of Certiorari," which asks the Court to order the removal of a state court case to this Court. The state court case is *In re Webster C. Pease et al.*, Cause No. 12380, proceeding in the 21st Judicial District Court of Lee County, Texas. *See* Pl.'s Exs. A-G. Under the removal statute, however, this case cannot be removed to this Court because an action may only be removed "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a); *see Kotan v. Pizza Outlet, Inc.*, 400 F. Supp. 2d 44, 46 (D.D.C. 2005); 28 U.S.C. § 1446(a) (describing procedure for removal). In addition, there is no evidence that service of the defendants has been effected, in which case the Court cannot act on them. *See Cambridge Holdings Group, Inc. v. Federal Ins. Co.*, __ F.3d __, 2007 WL 1745315, at

*4 (D.C. Cir. 2007) ("Indeed, unless the procedural requirements of effective service of process have been satisfied, the court lacks personal jurisdiction to act with respect to that defendant at all.").  Therefore, it is by the Court hereby

**ORDERED** that plaintiff's motion is **DENIED.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            June 21, 2007**