# UNITED STATES DISTRICT COURT

## WASHINGTON, DISTRICT OF COLUMBIA

Rhett Webster Pease  }      CAUSE  NO.

**RECEIVED**

JUN 2 1 2007

}
}

V.                    }      1:07-cv-00599-EGS

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

}
OFFICE OF CHILD SUPPORT        }
ENFORCEMENT, LEE COUNTY        }
TEXAS, OFFICE OF THE ATTORNEY  }
GENERAL OF TEXAS, JANELL PEASE }    First amended Petition
RIQUE BOBBITT, LISA TEINERT,   }    to enforce protected rights
TERRELL FLENNIKEN, ROBERT      }    and for declaratory and
ORAZCO, OFFICE OF THE SHERIFF  }    injunctive relief and damages
LEE COUNTY, TEXAS, LISA ANN    }
KUBACEK                        }

1.    Rhett Webster Pease, (Plaintiff) files this, his First Amended Petition to enforce

rights protected under the Constitution of the United States and for declaratory and

injunctive relief and damages.    It is necessary for Pease to amend his original

pleadings, as, inadvertently it contained in his original pleading.

2.    At al times, in all planes of jurisdiction, and in all places relevant hereto, Plaintiff

invokes the constitution of the United States as amended A.D. 1791 and the organic

Constitution of Texas,    the same being in full force and effect, and shows the

honorable court:

1.

## JURISDICTION

3.    This is a suit for injunctive, declaratory relief, and a request for damages against

Defendants, as well as a criminal complaint against said Defendants for continuing acts,

under color of law, which deprived and continue to deprive Plaintiff of rights secured

under the Constitution of the United States and the Texas Constitution, for conspiring

for the purpose of personal gain and impeding and hindering the due course of justice, with intent to deny Plaintiff equal protection of laws; and for refusing or neglecting to prevent such deprivations and denials to Plaintiff.

4.      This Court has jurisdiction under the Foreign Sovereign Immunities Act, Public Law 94-583, Oct. 21, 1976, 90 Stat. 2891 by amending Title 28 U.S.C. through the addition of section 1330. This court also has jurisdiction under Title 28 Section 1332(a)(2).  This court also has jurisdiction pursuant to Title 28 U.S.C. Section 1331, the right of the people to be secure in their persons, house, papers, and effects against unreasonable searches and seizures, shall not be violated; and no Warrants shall issue, but upon probable cause supported by Oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized under the Fourth Amendment to the Constitution of the United States, under the   under due process under the Fifth Article of Amendment to the Constitution of the United States, specifically Title 18 U.S.C. Section 241 and Title 18 U.S.C. Section 1001 and when held to a crime, the accused has the right to assistance of counsel for his defense, under the Sixth Amendment to the Constitution of the United States.

The Court has further jurisdiction under 18 U.S.C. § 241 and 242 as well as Title 18, Chapter 25, §§ 513, 514.

A diversity of citizenship is presented to this court in excess of $75,000, pursuant to 28 USC Section 1332.

II.

VENUE

5.      Plaintiff lives on the land on Texas as noted in #24 and is entitled to the

protection of the law of the land under the protection of the Constitution of United States and has been endowed with his Creator with certain unalienable rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed. That he is entitled to the protection of any government instituted by Men, and invokes those protections in Texas.

6.    Defendants, being federal citizens or persons have no venue or jurisdiction within the boundaries of Texas as in #24.

7.    Defendants, being federal citizens or persons have no power to determine who has right to title, use or possession of property situated within the venue of the boundaries of Texas is in #24.

II.

PARTIES

8.    Plaintiff Rhett Webster Pease is a Citizen of Texas within the meaning of the Constitution of the United States, Article IV, Section 2 and does not have dual federal citizenship. Rhett Webster Pease is an inhabitant of Texas, one of the posterity named in the Preamble to the Constitution of the United States and is domiciled on Lee county Texas within the boundaries of Texas as in #24 below. The attached document entitled *Affidavit, Proof of Identity, Status, Capacity and Political Self-Determination, Verified Claim* recorded as #2007104591 in the records of the Travis county clerk, is incorporated herein as if set out at length.

9.    Defendant, Office of Child Support Enforcement of the United States can be served by serving the Office of the Director, Cecelia Burke, 370 L'Enfant Promenade,

S.W. Washington, D.C. 20447. Defendant, Office of Child Support Enforcement of the United States is doing business with the UNITED STATES under federal account number which is at this time unknown but will be furnished after discovery, and is exterior to the boundaries of Texas as in #24 below.

10.    Defendant Office of Attorney General of Texas, (hereinafter "OAG") may be served by serving Robert Orazco at 103 North Main St., Bryan, TX 77803. The OAG is doing business with the UNITED STATES under federal account number 74-6000057 and is exterior to the boundaries of Texas as in #24 below.   At all times mentioned, Defendant OOCCSE and OAG conspired with the other defendants to deprive Plaintiff of rights.

11.    Defendant, COUNTY OF LEE, has contracted with Defendants OOCSE and OAGT for the enforcement of child support payments. Said Defendant can be served by serving Evan Gonzales, Lee County Judge at 200 South Main, Giddings, TX. COUNTY OF LEE is doing business with the UNITED STATES under a federal account number which its agents refuse to furnish to Plaintiff.   Said Defendant conspired with the other Defendants, by way of an inter-agency agreement with those Defendants, to deprive Plaintiff of rights. Defendant has a pecuniary interest in the underlying deprivations.

12.    Defendant, Rique Bobbitt, is a federal citizen of the United States and a resident alien in relation to Texas residing in Cameron County, TX and is doing business with the United States under a federal account number exterior to the boundaries of Texas as in #10 below.   Defendant can be served at 105 E. Main, Cameron, TX 76520. Defendant is a licensee of THE STATE OF TEXAS, an administrative division of the

UNITED STATES, and is licensed to practice law in only a specific federal area, i.e., THE STATE OF TEXAS, and operates under the #02534000. Defendant has a pecuniary interest in the underlying deprivations.

13.    Defendant, Janell Pease, is a federal citizen of the United States and a resident alien in relation to Texas, uses a federal account number and applies for benefits using same. Defendant has a pecuniary interest in the underlying deprivations. Defendant resides at 530A Cutty Trail, Lakeway, TX 78734.

14.    Defendant, Terrell Flenniken, is a federal citizen of the United States and a resident alien in relation to Texas.  Defendant Flenniken uses a Social Security number, and is a District Court Judge for THE STATE OF TEXAS and is, and was at all times mentioned, operating under "Color of Law". Defendant is a licensee of THE STATE OF TEXAS, an administrative division of the UNITED STATES exterior to the boundaries of Texas as in #24 below.  Terrell Flenniken is licensed only to do the business of practicing law within the UNITED STATED under license number 07636200. Defendant is a federal employee fraudulently holding himself out and pretending to be a judicial officer of the State of Texas.  Defendant has no proper oath of office, no proper seal or bond and has no oath of office as mandated by 1 Stat 23.    Defendant can be served at 100 E. Main, Suite, 305, Brenham, TX 77803. Defendant Flenniken is being sued in his official and individual capacity. Defendant has a pecuniary interest in the underlying deprivations.   Terrell Flenniken has no immunity.   Relying on *Stump v. Sparkman*, 435 U.S. 349, (1978), only judicial officers performing official judicial acts have immunity.  Plaintiff is not seeking financial damages against Flenniken in his official capacity.

15.    Defendant, Robert Orozco, is a federal citizen of the United States and a resident alien in relation to Texas.   Defendant is an agent for the OAG, and is being sued in his individual and official capacity. Defendant can be served at 103 North Main St., Bryan, TX 77803. Orozco is a licensee of THE STATE OF TEXAS, an administrative division of the UNITED STATES, and is licensed to practice law in only a specific federal area, i.e., THE STATE OF TEXAS and operates under the number 15311300 Orozco has a pecuniary interest in the underlying deprivations and has continually committed fraud against the Plaintiff in order to secure a judgment for his employer.

16.    Defendant, Lisa Teinert, is a federal citizen of the United States and holds the office of the LEE COUNTY DISTRICT CLERK. Defendant Teinert is being sued in her individual and official capacity. Lisa Teinert is a federal employee fraudulently holding herself out and pretending to be the clerk of the district court of Lee county, Texas. The district court of LEE COUNTY, TX is not a court of strictly judicial character.   Said court acts only under the executive department and denies due process under the fifth Article of Amendment to the Constitution of the United States un violation of the separation of powers doctrine.    Said court is a commercial entity authorized to do business under a federal employer identification number only in a specific unincorporated federal area, i.e, THE COUNTY OF LEE in THE STATE OF TEXAS, an administrative division of the UNITED STATES.   Said court does not use an official seal authorized by law.   Lisa Teinert does not have an official bond in compliance with Article I, Section10, Clause 1 of the Constitution of the United States.   Lisa Teinert is not property qualified for office under the law.   Lisa Teinert is not a judicial officer

under the law and has no capacity to exercise any portion of the judicial or sovereign power of the incorporated de jure "The State of Texas".   Lisa Teinert has no immunity. Relying on *Stump v. Sparkman*, 435 U.S. 349, (1978), only judicial officers performing official judicial acts have immunity.   At all times mentioned, Teinert acted under color of law to deprive Plaintiff of rights. Teinert at all times refused to list Plaintiff on the Docket Sheet and refuses, on her own and apparently without an order, to allow Plaintiff to file into the underlying State case, depriving Plaintiff of property and his rights as a parent, and subjecting said Plaintiff to harassment and imprisonment. Defendant can be served at 289 South Main, Giddings, TX 78942.

17.    Defendant, Lisa Ann Hubacek, is a federal citizen and a resident alien in relation to Texas.   Defendant is an administrator hired and paid by the OFFICE OF COURT ADMINISTRATION and the OAG to render judgments in favor of the AG in exchange for employment. Hubacek is a licensee of THE STATE OF TEXAS, an administrative division of the UNITED STATES, and is licensed to practice law under the # 00788087 in only a specific federal area, i.e., THE STATE OF TEXAS, an administrative division of the UNITED STATES exterior to the boundaries of Texas as in #9 below.   Hubacek has a pecuniary interest in the underlying deprivations and at all times acted under color of law. Hubacek is not entitled to any immunity, she is an employee of the Office of Court Administration and the OFFICE OF THE ATTORNEY GENERAL.   Defendant can be served at 300 E. 26th St., Suite 116A, Bryan TX 77803.

18.    Defendant, OFFICE OF SHERIFF OF LEE COUNTY, TX can be served by serving Rodney Meyer, acting Sheriff. At all times mentioned, all agents from the OFFICE OF SHERIFF, acted under color of law. Defendant Meyer has a pecuniary

interest in the underlying deprivations. Defendant can be served at the Sheriff's Office in Giddings, TX.

19.    Defendants Teinert, Flenniken, Orozco, Bobbitt and Hubacek all have superior knowledge and training in the law and believe Rhett Webster Pease to be ignorant of the law and are using that superior knowledge and training in the law in a studied attempt to take advantage of Rhett Webster Pease and deceive Rhett Webster Pease Rhett Webster Pease through misrepresentations of material facts and misrepresentation of matter of law to induce and entrap Rhett Webster Pease to enter into a controversy entirely, falsely and fraudulently fabricated by the OAG.

20.    Relying on the legal theory set out in Safety Casualty Co. v. McGee 127 S.W. 2d 176 (1939); A.L.R. 1236, Rhett Webster Pease is entitled to relief for the misrepresentation of material facts and misrepresentations of matter of law made by the OAG, its officers, agents and employees, to wit:   "Relief may be predicated on misrepresentations of law or of legal right, where one who himself knows the law deceives another by misrepresenting the law to him or knowing him to be ignorant of it takes advantage of him through such ignorance".

21.    All Defendants have made uses of and endorsed false writings or documents specifically the "SUMMONS", "CITATIONS", CAPIAS'S and all administrative process executed through the OAG which gave the appearance of judicial process, ,i.e., all related pleadings or documents entered into THE JUDICIAL DISTRICT OF LEE COUNTY TEXAS Case Nos. 12380 and 13165, knowing the same to contain materially false, fictitious, or fraudulent statements or entries and causing irregular and void process to issue from a private administrative court of a jurisdiction and venue foreign in

relation to the State of Texas as in #24 below, while causing such false writings to bear an appearance to regular judicial process.    Plaintiff accepted the irregular process as bona fide regular process of the bona fide de jure "The State of Texas".    Defendants committed these acts for the purpose of entrapping and illegally causing Rhett Webster Pease to part with rights, privileges and property secured by the Constitution and the laws of the United States, specifically deprivation of due process of law under the Fifth Article of Amendment of the Constitution of the United States in violation of Title 18 U.S.C. Sections 241, 242 and 1001 for the unjust enrichment of all Defendants to the prejudice of Rhett Webster Pease, all in violation of the separation of powers doctrine.

## REQUEST FOR TEMPORARY INJUNCTION
## AND FEDERAL INVESTIGATION OF CRIMINAL COMPLAINT

22.    Plaintiff requests that the Court issue an injunction preventing Defendants, LEE COUNTY, and the OAG from receiving any Title IV-D funds from OOCCSE while this case is pending, or until they can comply with federal regulations. Plaintiff alleges and can show through discovery that the Defendants have conspired to make Plaintiff stand under a debt that does not exist, (hereinafter, "fictitious debt"). Further, Defendants have previously subjected Plaintiff to abuse, false arrest and imprisonment, as well as having filed numerous fraudulent securities against Plaintiff in violation of 18 U.S.C. § 241, and/or 18 U.S.C. § 242, and numerous violations of 18 U.S.C., Chapter 25 §§ 513, 514, all pursuant to collecting the fictitious debt. Defendants have used the mails and electronic means to attempt to collect on the fictitious debt using a fraudulent security (see attached criminal complaint).

23.    If an immediate injunction is not issued against said LEE COUNTY, OOCCSE

and OAG, Plaintiff will be made to suffer what could be life imprisonment for the fictitious debt. Due to actions of Defendants, Plaintiff has no remedy at law.

## STATEMENT OF FACTS

24.    Plaintiff initially filed for divorce as Plaintiff in an action against Janell Pease.    At that time, he believed the courts to be in Texas and governed by Texas law under the Texas Constitution. Plaintiff was fraudulently deceived into believing the court to be one of strictly judicial character and that it would be governed by legal process.    The case was assigned to Judge Harold Towslee. Plaintiff had previously made the political self determination that he was a Texan living on the land of Texas generally described as: All the land within the boundaries described as: the State of Texas, one of the sovereign States of the several States united, styled "The United States of America," with the following boundaries, to wit: Beginning from the mouth of the Sabine River upstream midchannel of the Sabine River to the 32nd  parallel of longitude thence due north to the Red River then upstream midchannel of the Red River to 100th meridian of longitude then due north 36° 30□ then due west to the 103rd meridian then due south to the 32nd parallel, then due west to the Rio Grande, then midchannel down the Rio Grande to the Gulf of Mexico, 3 mile or 3 leagues into the gulf of Mexico,   along the coast back to the place of the beginning, all being without and exterior in relation to any federal area, insular possession or place within the exclusive legislative jurisdiction of the United States Congress (hereinafter "Congress") excepting only those places that may have been ceded by the de jure legislature of Texas and purchased by the United States Congress in strict accordance with Article I, Sec. 8, Cl. 17 of the Constitution for the United States of America and the body politic of inhabitants of Texas.

25.    Plaintiff was unaware at that time that the court and the defendants resided in this State, i.e., THE UNITED STATES, a place unknown and foreign to him.

26.    After initiating the divorce action Plaintiff realized that the "law" being followed in the court was different than the laws he was reading in the law books, so on or about August 1, 2003, Plaintiff filed a motion to recuse Judge Harold Towslee for gender bias, a constitutional ground. Despite the fact that under Texas law, Towslee had to either 1) remove himself voluntarily, or 2) schedule an administrative hearing to contest the recusal, Towslee refused to recognize said motion and on August 4, 2003, without notice to Plaintiff, Towslee over-ruled said motion "sua sponte", and proceeded to issue numerous orders including a "Final Decree of Divorce". Evidence of the need to remove Towslee from this case is the "Final Decree of Divorce". Said decree was at all times the creation of Defendants Bobbitt and Janell Pease. Bobbitt created a scenario of Janell Pease being the "victim" of domestic abuse. Janell Pease had called and continues to call "law enforcement" and allege spousal abuse. Defendant Janell Pease has called said law enforcement over 60 times, yet not one time has Plaintiff ever been arrested nor charged with domestic violence. Defendant Janell Pease continues to promote this fraud.

27.    The divorce order also states that Plaintiff must have a psychological evaluation for domestic violence and names the one psychologist in THE STATE OF TEXAS by whom he may be examined. The standard of evidence which would allow the court to order Plaintiff to said evaluation is a protective order. No protective order ever issued against Plaintiff and no evidence of domestic violence exists. Plaintiff has had to endure this defamation for three years. Bobbitt is directly responsible for the fact that Plaintiff

has not been allowed to have access to his children in three years due to the fraud Bobbitt authored and perpetrated. Said actions are criminal and Bobbitt should be sanctioned accordingly. Bobbitt's actions are tantamount to abusive use of a Bar card.

28.    In another case, Bobbitt was instrumental in conspiring to have Plaintiff declared a vexatious litigant, the result of which has disabled Plaintiff in his efforts to exercise his right of access to a court of law. None of these actions could have been taken without Flenniken issuing orders to Teinert and, then Teinert engaging in these actions. Subsequent to Flenniken having declared Plaintiff a vexatious litigant, Plaintiff has been arrested multiple times and beaten – with no legal means of defending himself due to Flenniken's unlawful order and the unlawful interpretation of punishment of vexatious litigant as practiced by Teinert and Flenniken.

29.    At all times all Defendants were aware of their duty to the Constitution and their duty to protect rights enumerated therein. Defendants have acted with premeditation, and under color of law, to deny Plaintiff access to any court, either as a plaintiff or a defendant. Said actions have resulted in Plaintiff being denied right and equal access to the law and his rights. The aforementioned actions were taken by or under the Texas Bar Association, and under color of law, with the intent to seize any or all of Plaintiff's rights, thereby, denying Plaintiff his parental rights and forcing Plaintiff into peonage.

30.    As a result of their concerted unlawful and malicious abuse of Plaintiff, above mentioned Defendants intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, deprived Plaintiff of his right to equal protection of the laws and have impeded the due course of justice, in violation of the Fourth, Fifth and Sixth Amendments to the Constitution of the United States and 18 USC Sections 241, 242

and 1001.

## COUNT 1
### DENIED ACCESS TO THE LAW DUE TO CONFLICT OF INTEREST

31.    At all times complained of, all of the Defendants had, and now have, a pecuniary interest in the child support system through the Defendant, OOCCSE. Plaintiff relies on the findings in *Tumey v. Ohio*, 273 U.S. 510 (1927) and *Gibson v. Berryhill*, 411 U.S. 564 (1973) which state that when the law compensates officials with additional money for judgments in a case, there is a violation of the 14th amendment.

32.    At all time complained of, OOCCSE has promulgated the rules and regulations concerning Title IV-D payments, including the guidelines and safeguards that give rise to the payments, the rules and regulations of which are nationwide. The headquarters for said Defendant, OOCCSE, is Washington, D.C. In addition, to collect on court ordered child support, all payments into OOCCSE are made by Defendants, LEE COUNTY, and OAG, either through the mails or electronically, in exchange for benefits, in the form of payments from OOCCSE.

33.    At all times complained of, all of the judges and prosecutors are licenses of THE STATE OF TEXAS and practice private law only in a specific unincorporated federal area.  At no time mentioned has Plaintiff hired an attorney to represent him, nor is he licensed by THE STATE OF TEXAS to practice private law.  As such he has been denied access to the Court, has no voice in the Court, has no rights in the Court, (even though the Court felt free to engage in the illegal taking of the Plaintiff's children and his property).

34.    At all times complained of, Defendant Teinert has refused to issue subpoenas, refused to file motions for protection and refused to allow Plaintiff to file any papers into Cause Number 12380 -- a divorce action -- in the Lee County District Court, subsequent

allegedly to a verbal order from Defendant Flenniken.

35.    WHEREFORE, Plaintiff, Rhett Webster Pease, demands judgment against Defendants -- Janell Pease, Teinert, Bobbitt and County, jointly and severally, for compensatory damages in an amount determined by a jury, and Plaintiff further demands judgment against each of said Defendants (except County), jointly and severally, for punitive damages in the amount of $500,000.00.  Plaintiff additionally demands declaratory and protective relief from the vexatious litigant order (either allow Plaintiff to file and engage in his own defense, or do not issue any more process against Plaintiff), plus costs of this action and such other relief as the Court deems just and equitable.

## COUNT 2
## PERMANENTLY DENIED ALL PARENTAL RIGHTS
## WITHOUT DUE PROCESS

36.    Plaintiff re-alleges the previous count, with the same force and effect as if fully stated herein.

37.    By Teinert following Flenniken's unwritten order, Teinert, in violation of her sworn duty, thereby denied Plaintiff the right to file into the alleged divorce action. Said process permanently precluded Plaintiff from ever seeing his children again. Yet the trial court was more than eager to continue to impress upon Plaintiff the duty to pay for children he will not ever see again. Without assistance from this Court, the Defendants will continue to deprive Plaintiff of his liberty until he pays the fictitious obligation. Plaintiff has no ability to pay said obligation and no evidence of any income to Plaintiff was presented at trial or at any hearing since.   Plaintiff was arrested without warrant for attending a school function at his child's school.   Said actions have permanently

and irrevocably damaged both the Plaintiff and his children. Plaintiff is being held to the crime of family violence with no proof, on the unverified motion by Bobbitt. Owing to the aforementioned actions, combined with the vexatious litigant title, Plaintiff has been permanently barred from exercising his parental rights.  These actions smack of a conspiracy on the part of the Defendants to deprive Plaintiff of his constitutionally protected rights.

38.    As a result of their concerted unlawful and malicious abuse of Plaintiff and his children, above mentioned Defendants intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, deprived Plaintiff of his right to equal protection of the laws and impeded the due course of justice, in violation of the Fifth Amendment of the Constitution of the United States and 18 USC Sections 241, 242 and 1001.

39.    WHEREFORE, Plaintiff, Rhett Webster Pease, demands judgment against Defendants -- Janell Pease, Teinert, Bobbitt and Flenniken jointly and severally, for compensatory damages in an amount determined by a jury, and Plaintiff further demands judgment against each of said Defendants (except Flenniken), jointly and severally, for punitive damages in the amount of $1,500,000.00.  Plaintiff additionally demands the return of his children and declaratory and protective relief from the vexatious litigant order (either allow Plaintiff to file, or do not issue any more process against Plaintiff), plus costs of this action and such other relief as the Court deems just and equitable.

## COUNT 3
## DENIED PROPERTY WITHOUT DUE PROCESS

40.    Plaintiff re-alleges the previous counts, with the same force and effect as if fully

stated herein.

41.    Owing to the denial of due process, including a hearing to Plaintiff, Plaintiff has been subjected to the forfeiture of all of his property including any means of transportation (a van)   by order of the LEE COUNTY trial court in Cause No. 12,527. Plaintiff requested the use of his property -- property to which Plaintiff held clear title -- and Plaintiff requested that Flenniken return the property to Plaintiff.

42.    Plaintiff could show that the person in possession for more than two years, did not ever file a lien and did not have a judgment as required to remain in possession.

43.    Plaintiff pleaded with Flenniken to be allowed transportation in order to support his children. Though the void divorce order stated that Plaintiff was entitled to possession, Flenniken not only refused to allow Plaintiff the right to transportation, he ordered that Plaintiff not be allowed to ever file another lawsuit in THE STATE OF TEXAS, rewarded the grand theft by refusing to return Plaintiff's rightful property, and ordered Plaintiff to pay $1500 to the thief for stealing the property.

44.    Plaintiff paid more than $35,000.00 for the van and in the stroke of a pen, said investment was taken, Plaintiff was penalized for asking for its return, and Plaintiff was disabled from making a living.

45.    As a result of the concerted, unlawful, and malicious abuse of Plaintiff, the above mentioned Defendants did intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, deprive Plaintiff of his right to equal protection of the laws and his right to property; further, Defendants impeded the due course of justice, in violation of the Fifth Amendment of the Constitution of the United States and 18 USC Sections 241 and/or 242.

46.   WHEREFORE, Plaintiff, Rhett Webster Pease, demands judgment against Defendants -- Janell Pease, Teinert, Bobbitt and County, jointly and severally, for compensatory damages in an amount determined by a jury, and Plaintiff further demands judgment against each of said Defendants (except County), jointly and severally, for punitive damages in the amount of $500,000.00.  Plaintiff additionally demands declaratory and protective relief from the vexatious litigant order (either allow Plaintiff to file, or do not issue any more process against Plaintiff), plus costs of this action and such other relief as the Court deems just and equitable.

## COUNT 4
## FALSELY ARRESTED AND IMPRISONED FOR FICTITIOUS DEBT

47.   Plaintiff re-alleges the previous counts, with the same force and effect as if fully stated herein.

48.   As a result of their concerted, unlawful, and malicious abuse of Plaintiff,  the above mentioned Defendants did intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, in 2005 did falsely imprison Plaintiff for 5 days based on the fictitious debt, in violation of the Fourth and Fifth Amendments of the Constitution of the United States and 18 USC Sections 241, 242 and 1001.

49.   At the time of this amendment, Plaintiff has once more been kidnapped and taken to debtor's prison, LEE COUNTY JAIL on May 30, A.D. 2007.  Plaintiff was kidnapped under Capias, in violation of the Fourth Amendment to the Constitution of the United States.  He is being held pending extortion of $10,000.00 ransom, an amount Plaintiff does not have and has no access to funds of any kind, in violation of 18 U.S.C. sections 1582 and 1590.

50.    The child support enforcement scheme in THE STATE OF TEXAS is enforced in the following manner:

An attorney, (Kubacek), is chosen to sit as an associate judge in child support issues by the administrative judges in the Office of Court Administration.   The associate judge receives partial compensation from the Office of the Attorney General. This action is substantiated by an interagency agreement called TEXAS STATE PLAN CHILD SUPPORT ENFORCEMENT PROGRAM OFFICE OF THE ATTORNEY GENERAL.

An assistant attorney general, (Orazco), who is paid by the Office of the Attorney General, prosecutes the charge.

The facility in which the hearing is held appears to look like the District Court, but in fact, is rented from the district for Attorney General matters.

The OAG gets an order in the rented courtroom and issues a capias to enforce the order.   The order for capias is signed by a sitting District Judge, (Flenniken) (the associate judge being purely an enforcement administrator), whose pension fund receives additional recompense as a consequence of funding from the federal government.

The Sheriff of the county has an agreement with the county commissioners to enforce payment of child support, so the Sheriff receives a fee for arresting the debtor.

The AG submits the amount of child support collected to the Federal Government subject to Title IV of Title 42 funding, and receives remuneration of up to 1.6 times the amount collected.

So, the executive officer, the Texas Attorney General, who can not sue or be sued, sues a debtor/obligor, rents a court, pays an associate judge to render a verdict in his favor, pays the sheriff to incarcerate for extortion purposes an "obligor/debtor", submits the funds to the Feds and in return receives funds back from the Feds up to 1.6 time the amount he submitted, and the funds the AG gets from the Feds go first to payment of judicial pensions.

Every state and county officer in THE STATE OF TEXAS who touches an enforcement for child support is compensated by contractual agreement, a violation of the Fourth and Fifth Amendments to the Constitution of the United States.

51.    WHEREFORE, Plaintiff, Rhett Webster Pease, demands judgment against all Defendants who have conspired to reduce Plaintiff to a state of peonage -- Janell Pease, Teinert, Bobbitt, Orozco, OAG, Hubacek and County, jointly and severally, for compensatory damages in an amount determined by a jury, and Plaintiff further demands judgment against each of said Defendants (except County), jointly and severally, for punitive damages in the amount of $1,500,000.00. Plaintiff additionally demands declaratory and protective relief from the fictitious obligation. Plaintiff has no legal relation with THE STATE OF TEXAS, has no contract which can be enforced by THE STATE OF TEXAS, has not now or ever willingly or knowingly waived his unalienable rights.   Plaintiff further requests this court to allow Plaintiff a passport, plus costs of this action and such other relief as the Court deems just and equitable.

## COUNT 5
## SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT

52.    Plaintiff re-alleges the previous counts, with the same force and effect as if fully stated herein.

53.    As a result of their concerted, unlawful, and malicious abuse of Plaintiff, above mentioned Defendants intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, deprived Plaintiff of his right to equal protection of the laws and impeded the due course of justice, in violation of the Fifth Amendment of the Constitution of the United States and 18 USC Sections 241, 242 and 1001.

54.    WHEREFORE, Plaintiff, Rhett Webster Pease, demands judgment against Defendants -- Janell Pease, Teinert, Bobbitt and County, jointly and severally, for

compensatory damages in an amount determined by a jury, and Plaintiff further demands judgment against each of said Defendants (except County), jointly and severally, for punitive damages in the amount of $500,000.00. Plaintiff additionally demands declaratory and protective relief from the vexatious litigant order (either allow Plaintiff to file, or do not issue any more process against Plaintiff), plus costs of this action and such other relief as the Court deems just and equitable.

## COUNT 6
## DENIED THE RIGHT TO PARTICIPATE IN COMMERCE
## AND TO CONTRACT

55. Plaintiff re-alleges the previous counts, with the same force and effect as if fully stated herein.

56. At all times mentioned, Janell Pease, Bobbitt, Flenniken and Teinert operating for the County, did then and there subject Plaintiff to an abrogation of his right to contract. Said order holds Plaintiff to a crime that was never alleged and for which no evidence exists, that of family violence. Defendants have refused to admit or rectify said situation due to the vexatious litigant label and are holding Plaintiff to a non existent crime. Said actions are cruel and unusual.

57. As a result of their concerted, unlawful, and malicious abuse of Plaintiff, above mentioned Defendants did intentionally, or with deliberate indifference and callous disregard of Plaintiff's rights, deprive Plaintiff of his right to equal protection of the laws and impeded the due course of justice, in violation of the Eight Amendment of the Constitution of the United States and 18 USC Sections 241, 242 and 1001.

58. WHEREFORE, Plaintiff, Rhett Webster Pease, demands judgment against Defendants -- Janell Pease, Teinert, Bobbitt, Flenniken and County, jointly and

severally, for compensatory damages in an amount determined by a jury, and Plaintiff further demands judgment against each of said Defendants (except County), jointly and severally, for punitive damages in the amount of $500,000.00. Plaintiff additionally demands the return of his children and complete custody of same pursuant to the agreed parenting agreement, plus costs of this action and such other relief as the Court deems just and equitable.

## COUNT 7

## FRAUDULENT FILING BY HUBACEK

59.    On or about December 4th, 2006, LI6SA ANN HUBACEK did then and there execute an order that stated that, "RHETT WEBSTER PEASE has been requested to produce, at or prior to said hearing...", when the record reflects that service of the underlying motion was made on January 17, 2007. HUBACEK knew that she was executing a fraudulent document and later issued a Capias for a $5,000.00 all cash bond without a hearing and without notice. The underlying motion gives 50 days from service to produce the requested items. At no time did Plaintiff have any items responsive to the request and HUBACEK has committed extortion in order to force Plaintiff into peonage.

60.    WHEREFORE, Plaintiff, Rhett Webster Pease, demands judgment against Defendants – HUBACEK, ORAZCO, FLENNIKEN, TEINERT, AND OAG, jointly and severally, for compensatory damages in an amount determined by a jury, and Plaintiff further demands judgment against each of said Defendants, jointly and severally, for punitive damages in the amount of $375,000.00. Plaintiff additionally demands the return of the property, that one certain $5,000.00 to its rightful owner, plus costs of this

action and such other relief as the Court deems just and equitable.

## CONCLUSION

61.    At all times mentioned the Defendants have willfully interfered with Plaintiff's Creator endowed parental rights by refusing to allow Plaintiff the right to see his children and further, they have held him to a non-existent protective order.   Plaintiff is paying the ultimate penalty for a crime he did not commit and for which he has not been accused.   In addition, Plaintiff is being denied any and all access to the Courts without any legal justification, merely political will emboldened by public policy and enforced by public employees.   Said actions have deprived Plaintiff of his unalienable rights and are in violation of his self determination and his religious beliefs.   Said religious beliefs override any and all statutory, presumed, alleged, or implied code.

62.    Plaintiff asks that any and all damages he has requested be granted, in addition to any other costs the Court deems proper.

62.    Plaintiff demands his parental rights be restored and that he be made whole.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, A.D. 2007

Rhett Webster Pease
Without prejudice
1032 PR 7039
Lexington, Texas [78947]
(512) 253-0218

The United States of America }
The State of Texas                        } ss.: AFFIDAVIT OF FIRST WITNESS
Travis county                             }

I, Dessie Maria Andrews, being competent to testify, do depose to tell the truth and provide the facts to the best of my knowledge and belief.   Upon my first hand knowledge and understanding, and under the penalties of perjury under the laws of The United States of America, I state the following to be true, correct, and not misleading:

My name is Dessie Maria Andrews.   I live on Travis county, Texas.   On this date I have personally read and examined the document styled, First Amended Petition for Rhett Webster Pease and for the purposes indicated, state the following:

I believe his First Amended Petition to be true and factual.   I have witnessed Crae Robert Pease, the second witness, read and witness the aforesaid Affidavit.

WITNESS MY HAND

_____

Dessie Maria Andrews, witness

ACKNOWLEDGMENT

The United States of America }
The State of Texas                        } ss.:
Travis county                             }

I, the undersigned, a properly qualified notary public, certify that on this 6th day of June A.D. 2007, Dessie Maria Andrews appeared before me and is known to me, or after having properly identifying herself, on relation to the State of Texas, was sworn to tell the truth and did swear or affirm that the foregoing is true and correct under the penalties of perjury under the Laws of the United States of America and signed the foregoing affidavit in my presence and the presence of two other witnesses, each of whose affidavits of witness are attached, acknowledged her signature and oath or affirmation to be her free and voluntary act of the purposes stated in the affidavit.

Paula Mathers
Notary Public
State of Texas
My Commission Expires
APRIL 22, 2008

Notary public, Travis county, Texas

The United States of America }
The State of Texas                    } ss.: AFFIDAVIT OF SECOND WITNESS
Travis county                         }

I, Crae Robert Pease, being competent to testify, do depose to tell the truth and provide the facts to the best of my knowledge and belief.   Upon my first hand knowledge and understanding, and under the penalties of perjury under the laws of the United States of America, I state the following to be true, correct, and not misleading:

My name is Crae Robert Pease.   I live on Lee county, Texas.   On this date I have personally read and examined the document styled, First Amended Petition for Rhett Webster Pease and for the purposes indicated, state the following:

I believe his First Amended Petition to be true and factual.   I have witnessed Crae Robert Pease, the second witness, read and witness the aforesaid Affidavit.

WITNESS MY HAND

_____
                    Crae Robert Pease, witness

ACKNOWLEDGMENT

The United States of America }
The State of Texas                    } ss.:
Travis county                         }

I, the undersigned, a properly qualified notary public, certify that on this 7th day of June, A.D. 2007, Crae Robert Pease appeared before me and is known to me, or after having properly identifying himself, on relation to Texas, and was sworn to tell the truth and did swear or affirm that the foregoing is true and correct under the penalties of perjury under the Laws of the United States of America and signed the foregoing affidavit in my presence and two other witnesses, each of whose affidavits of witness are attached, acknowledged his signature and oath or affirmation to be his free and voluntary act of the purposes stated in the affidavit.

_____
Notary public, Travis county Texas

Paula Mathers
Notary Public
State of Texas
My Commission Expires
APRIL 20, 2008

The United States of America }
}
The State of Texas                } SS.: Affidavit: Proof of Identity, Status, Capacity,
}         and Political Self-Determination; Verified Claim
Travis county                     }



I, Rhett Webster Pease, (hereinafter I, my, me) depose that I am competent to testify, that my testimony is true and correct, binding on my conscience and without mental reservation, that my testimony is made under the Laws of Nature and Nature's God, the Constitution for the United States of America as amended A.D. 1791, the Organic Constitution of Texas A.D. 1845 and reflects my true intent of political self-determination as a beneficiary of the Organic Constitutions under a Republican Form of Government, the same being in full force and effect, depose the following as facts upon first hand knowledge:

This affidavit supersedes all other affidavits and declarations filed in the Travis county or Lee county clerk's office by me and is intended to correct and cure any errors that might exist in them. I have discovered that I have been deceived by the Congress of the United States, their agents, administrators and employees. Congress, having a duty of trust and confidence, used its superior knowledge of law with intent to mislead the people, and take legal, unconscionable economic and political advantage of them. Congress misrepresented the law, concealed the law, concealed material facts relating to the law, took advantage of the peoples ignorance and corruptly deceived the people by offering a "New Deal" in a foreign place in relation to the States where the Constitution does not apply and where Congress has absolute legislative authority and jurisdiction. The people trusted Congress, relied on Congress, would not have been induced to contract into the "New Deal," except for their trust in Congress. Because of this deception, I may have been induced and entrapped into making mistakes in previous documents filed of record.

1. The printed photograph is an accurate likeness of Rhett Webster Pease, (hereinafter I, me, my); My height is 5'11"; My weight is approximately 230 pounds; My eye color is hazel; My hair color is blond; My only domicile is on Lee county, more particularly described below; I have no memory of ever having been a resident of the United States or of owing a permanent allegiance to the United States; this document of identity is valid for life;

2. My father's name was Bobby Ray Pease, and he was born a free white man unenfranchised on relation to the United States on Richland county, Illinois, on July 9, A.D. 1938;

3. My mother's name was Dessie Maria Webster and she was born a free white woman unenfranchised on relation to the United States on October 27, A.D. 1939, Utah county, Utah;

4. My father married Dessie Maria Webster on February 27, A.D. 1959 on Payson, Utah county, Utah;

5. I was born a free white male unenfranchised on relation to the United States to Bobby Ray Pease and Dessie Maria Webster Pease on January 9, A.D. 1961 on Salt Lake City, Utah county, Utah;

6. I have been domiciled in Texas for more than five years past.

7. At all times and places relevant to this document, Texas is defined as all the land within the boundaries described as: the State of Texas, one of the sovereign States of the several States united, styled "The United States of America," with the following boundaries, to wit: Beginning from the mouth of the Sabine River upstream midchannel of the Sabine River to the 32nd parallel of longitude thence due north to the Red River then upstream midchannel of the Red River to 100th meridian of longitude then due north 36° 30' then due west to the 103rd meridian then due south to the 32nd parallel, then due west to the Rio Grande, then midchannel down the Rio Grande to the Gulf of Mexico, 3 mile or 3 leagues into the gulf of Mexico, along the coast back to the place of the beginning, all being without and exterior in relation to any federal area, insular possession or place within the exclusive legislative jurisdiction of the United States Congress (hereinafter "Congress") excepting only those places that may have been ceded by the de jure legislature of Texas and purchased by the United States Congress in strict accordance with Article I, Sec. 8, Cl. 17 of the Constitution for the United States of America and the body politic of inhabitants of Texas;

8. I am not a carrier; I do not engage in traffic or transportation; I do not use the public rights of way beyond the boundaries of Texas or the several united States of America;

9. By absolute right of political self-determination and by my own free will, I give notice to all persons of my intent to retain my birthright, status and capacity as a Texas State Citizen permanently domiciled within the boundaries of Texas within the meaning of Article IV, sec. 2 , cl. 1of the Constitution for the United States of America;

10. I claim the Republican Form of Government and the Guarantee of the same to the body politic of Texas by the Congress;

11. I claim the Guarantee of the Republican Form of Government to the people of Texas by body politic of The State of Texas;

12. Politically I always have been and remain an alien on relation to the United States enfranchised only to the Guaranteed Republican Form of Government as a choice of Law;

13. As condition precedent to all agreements, contracts, pledges and undertakings, the law of the place controlling such agreements, contracts, pledges and undertakings has always been and shall always be that of Texas and The United States of America as;

14. I have no memory of and have seen no proof that I have made any agreement, contract, pledge or undertaking in any place other than Texas or that would diminish my status and capacity as a Texan as above;

15. The purported Amendment XIV to the Constitution of the United States has not been ratified in strict compliance with Article V of the same and I have no memory of ever having ratified it;

16. I claim as a matter of Right by place of birth, blood and descent, *jus soli* and *jus sanguinis* all Liberty, Rights, Privileges and Immunities secured for Texans on Texas  by the Organic Constitutions as above;

17. My political allegiance is to Texas and no other;

18. I have always attached to, and have never abandoned, the principals of the Organic Constitutions for The United States of America and Texas and support the good order and happiness of the same;

19. I have never had a title of nobility;

20.   Of my own free will, I publically renounce and abjure any presumptions of federal enfranchisement, citizenship and permanent allegiance to the federal Congress excepting only any duties imposed by the seventeen enumerated powers that Congress may exercise over the several States;

21. As a Texan, with closely held Spiritual beliefs I cannot and do not accept any offers of benefits by Congress to federal citizens residing in a federal areas, insular possessions or places within the exclusive legislative jurisdiction of Congress; I specifically and particularly waive and reject all offers or inducements by the federal Congress to enter into any agreement, contract, pledge or undertaking to grant legal title of my property, real and personal to be held in trust with that of enfranchised federal citizens and participate in the communitarian theory of absolute legislative democracy which is contrary to the Guaranteed Republican Form of Government, my morality, the teachings of the Holy Bible and is an abomination in the eyes of the one divine Supreme Creator;

22. I have always objected to the use of debt obligations of the United States as a compelled substitute for lawful gold and silver Coin as a Tender in payment of Debt, and have no memory of ever engaging the IMF, World Bank, Federal Reserve Bank, or any other person for an enfranchisement of discharge of debt;

23. Congress has no power to compel any person to accept liability for the compelled use of its own debt obligations when Congress has created a legal absurdity for the people of the several States to obtain dollars when Congress refuses to exercise its power to Coin money, regulate and assure the value thereof; I accept no liability for the use of the debt obligations of the United States and accept no liability of discharge of debts, public or private;

24. The federal Congress has no power to compel any person to abandon the political status and capacity of a State Citizen or deny the Guarantee of a Republican Form of Government;

25. Congress has no power to compel any State Citizen to enter into an unincorporated place under the exclusive legislative jurisdiction of Congress, e.g., the purported and unincorporated abstraction doing business as the purported THE STATE OF TEXAS, TX, "this state," "in this state," or any other such place;

26. The purported officials of the purported THE STATE OF TEXAS are pretenders who have usurped the de jure official public offices though illegal perfidious acts, illegal concealment of material facts, and act in only a propriety capacity with no status or capacity to exercise any portion of the sovereign power of "The State of Texas;"

27. The United States Postal Service (USPS), a legislative creation and proprietary franchise of Congress that acquired the duties and obligations of the Post Office created by a grant of power of the people at Article I, Section 8, Clause 7 to deliver mail to Texas and the several States; I do not accept the presumption that the use of USPS "zip codes" and two letter postal abbreviations for the several States, i.e., TX, create federal citizenship, residency or an engagement to enfranchise within

the exclusive legislative jurisdiction of Congress;

28. I have discovered that all purported courts of the purported unincorporated THE STATE OF TEXAS and other purported administrative divisions of the United States are legislative extensions of the federal Congress created as business entities doing business exclusively in places within the exclusive legislative jurisdiction of Congress as federal employers using federal EIN numbers, denying due process of law in violation of the Separation of Powers Doctrine within the meanings of the Organic Constitutions for The United States of America and Texas; the purported officers of the same purported judiciary are pretenders who have usurped the judicial power of Texas by acts of perfidy are statutory federal citizens owing a permanent allegiance to Congress and none to Texas, and are unjustly enriching themselves and Congress through private judging and self-dealing to the prejudice of Texans while holding themselves out to be officials exercising lawful judicial power on Texas; any purported judgments of the purported courts are void *ab initio* and nullities for perfidy, illegality, fraud denial of due process of law and want of political jurisdiction in relation to bona fide Texans and have legally injured Texans;

29. I depose that as a beneficiary of the Organic Law as above and a claimant, the sole heir and assign to the estates of the late Bobby Ray Pease and Dessie Maria Webster Pease, I have status and capacity to claim, and have always claimed, all right of descent, all right of possession, all right of absolute title and all interest, fee simple absolute, the droit-droit, free of all liens and encumbrances on Texas without and exterior to any federal area, insular possession or place within the exclusive legislation of Congress.

30. I claim all parental rights, those rights being older and more sacred than any of man's governments, in the children given to me for stewardship by my Creator, Webster Cameron Pease, born on Austin, Travis county, Texas, August 3, A. D. 1993 and Brennan Cutler Pease, born on Austin, Travis county, Texas, August 24, A.D. 2001. I deny that my children are human resources and I mandate that they may not be used for purposes of chattel.

31. I claim all right title and interest as above in the following personal property: One 1991 Saab automobile, serial no. 2005859; one 1991 Saab automobile, serial number 1020642;; all items listed being free of all liens and encumbrances;

32. I depose that neither the United States nor the purported THE STATE OF TEXAS has a grant of power to compel me to grant any right, title or interest of any of my property, real or personal, to any person, encumber my property, or restrict the titles, use or possession of my property in any way; I have never voluntarily done so in any way.

FURTHER AFFIANT SAITH NAUGHT.

WITNESS MY
HAND_____

Rhett Webster Pease, Status only as above territorial to The United States of America, only as a Republic

ACKNOWLEDGMENT

The United States of America }
The State of Texas                     } ss.:
Travis county                          }

I, Russell Dale Mortland, a properly qualified notary public, certify that on this 30th day of May A.D. 2007, Rhett Webster Pease, known to me, or after having properly identifying himself, appeared before me on relation to the Texas State Republic, and was sworn to tell the truth and did swear or affirm that the foregoing is true and correct under penalty of perjury under the Laws of the United States of America and signed the foregoing affidavit in my presence and the presence of two other witnesses, each of whose affidavits of witness are attached, and acknowledged his signature and oath or affirmation to be his free and voluntary act of the purposes stated in the affidavit.

_____

RUSSELL MORTLAND
MY COMMISSION EXPIRES
September 22, 2008

Notary public, Travis county, Texas

---

The United States of America }
The State of Texas                     } ss.: AFFIDAVIT OF FIRST WITNESS
Travis county                          }

I, Dessie Maria Andrews, being competent to testify, do depose to tell the truth and provide the facts to the best of my knowledge and belief. Upon my first hand knowledge and understanding, and under the penalties of perjury under the laws of The United States of America, I state the following to be true, correct, and not misleading:

My name is Dessie Maria Andrews. I live on Travis county, Texas. I am the mother of Rhett Webster Pease and therefore have known him all his life. On this date I have personally read and examined the documents styled, <u>Verified Declaration of Rhett Webster Pease  Proof of Identity, Status and Capacity, Verified Claim, and Notice of Political Self-Determination</u> on this day for Rhett Webster Pease and for the purposes indicated, state the following:

The age, place of birth, height, weight, gender, hair and eye color and race as stated on the aforesaid Affidavit are true and correct to the best of my knowledge and belief. The photographic likeness of Rhett Webster Pease is an accurate likeness and he swore or affirmed and signed the Affidavit in my presence. He has behaved as a man of good moral character, attached to the principals of the Constitution of the United States of America, and well disposed to the good order and happiness of the same. I believe that the political self-determination as one of the Texas Republic as one of The United States of America was determined with full knowledge, intent and of his free will, and is his true political choice. I have witnessed Crae Robert Pease, the second witness, read and witness the aforesaid Affidavit.

WITNESS MY HAND

_____
Dessie Maria Andrews, witness

# ACKNOWLEDGMENT

The United States of America }
The State of Texas        } ss.:
Travis county           }

I, Russell Dale Mortland, a properly qualified notary public, certify that on this 30th day of May A.D. 2007, Dessie Maria Andrews appeared before me and is known to me, or after having properly identifying herself, on relation to the Texas State Republic, was sworn to tell the truth and did swear or affirm that the foregoing is true and correct under the penalties of perjury under the Laws of the United States of America and signed the foregoing affidavit in my presence and the presence of two other witnesses, each of whose affidavits of witness are attached, acknowledged her signature and oath or affirmation to be her free and voluntary act of the purposes stated in the affidavit.

_____

MY COMMISSION EXPIRES
September 22, 2008

Notary public, Rice county, Texas
Travis

---

The United States of America }
The State of Texas        } ss.: AFFIDAVIT OF SECOND WITNESS
Travis county           }

I, Crae Robert Pease, being competent to testify, do depose to tell the truth and provide the facts to the best of my knowledge and belief. Upon my first hand knowledge and understanding, and under the penalties of perjury under the laws of the United States of America, I state the following to be true, correct, and not misleading:

My name is Crae Robert Pease. I live on Lee county, Texas. I am the younger brother of Rhett Webster Pease and have known him all my life. On this date I have personally read and examined the document styled, Proof of Identity, Status and Capacity, Verified Claim, and Notice of Political Self-Determination on this day for Rhett Webster Pease and for the purposes indicated, state the following:

The age, place of birth, height, weight, gender, hair and eye color and race as stated aforesaid Affidavit on the are true and correct to the best of my knowledge and belief. The photographic likeness of Rhett Webster Pease is an accurate likeness and he swore or affirmed and signed the Affidavit in my presence. He has behaved as a man of good moral character, attached to the principals of the Constitution of the United States of America, and well disposed to the good order and happiness of the same. I believe that the political self-determination as one of the Texas Republic as one of The United States of America was determined with full knowledge, intent and of his free will, and is his true political choice. I have witnessed Dessie Maria Andrews, the second witness, read and witness the aforesaid Affidavit.

WITNESS MY HAND

_____
                    Crae Robert Pease, witness

ACKNOWLEDGMENT

The United States of America }
The State of Texas            } ss.:
Travis county                 }

I, Russell Dale Mortland, a properly qualified notary public, certify that on this 30th day of May, A.D. 2007, Crae Robert Pease appeared before me and is known to me, or after having properly identifying himself, on relation to the Texas State Republic, and was sworn to tell the truth and did swear or affirm that the foregoing is true and correct under the penalties of perjury under the Laws of the United States of America and signed the foregoing affidavit in my presence and two other witnesses, each of whose affidavits of witness are attached, acknowledged his signature and oath or affirmation to be his free and voluntary act of the purposes stated in the affidavit.

_____

                                        RUSSELL MORTLAND
                                        COMMISSION EXPIRES
                                        September 22, 2008

                    Notary public, Travis county, Texas

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS

*Dana DeBeauvoir*

Page 7                              2007 Jun 07 04:54 PM    2007104591
                                    BARTHOD $40.00

                        DANA DEBEAUVOIR COUNTY CLERK

                            TRAVIS COUNTY TEXAS

NCP Name:    *RHETT WEBSTER PEASE*
CP Name:    *JANELL PEASE*
OAG Number: **0010460611**

**CAUSE NUMBER** *12380*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *21ST DISTRICT COURT* |
| *WEBSTER C PEASE* | § | |
| *BRENNAN C PEASE* | § | OF |
| CHILDREN | § | *LEE* COUNTY, TEXAS |

**ORDER TO APPEAR AND SHOW CAUSE**

On this date the application for hearing on the matters presented in the pleading on file in this cause was presented to the Court.

This matter has been referred to the Associate Judge appointed pursuant to Texas Family Code Chapter 201, Subchapter B.

The Court ORDERS *RHETT WEBSTER PEASE* to appear, before this Court *LEE COUNTY DISTRICT COURT BUILDING, 289 MAIN, GIDDINGS, TX* on the *2nd* day of *February, 2007*, at *9.00* o'clock *A.* M., and to respond to the pleading served with this order. **Failure to appear as ordered may result in issuance of a Capias for the arrest of *RHETT WEBSTER PEASE*, entry of a default order, or both.** The Court ORDERS the clerk of this court to cause a copy of this order and the pleading to be served on *RHETT WEBSTER PEASE*.

*RHETT WEBSTER PEASE* has been requested to produce, at or prior to said hearing: (a) his IRS federal tax returns for the past two years with all schedules included with the returns and all W-2s and 1099s attached to such returns, (b) any and all W-2 statements, all 1099s, and all documents showing income received by Respondent from any source for the two tax years preceding the date of filing of this action, (c) all payroll stubs, vouchers, records of commissions and all other written records or evidence of income received by him within the last six months, (d) the most recent Social Security Administration Form SSA-7005, showing his income history, sent to him three months before his last birthday, (e) statements of accounts for all checking or saving accounts in which he has held an interest within the last six months, (f) all evidence (policies, premium schedules, records of premiums paid, etc.) of health insurance available at his place of employment that may provide coverage for dependent children, (g) copies of loan applications made within the last six months, (h) current statement of benefits and account balances for all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested, including but not limited to employer- or union-sponsored defined benefit or defined contribution plans and individual retirement accounts (IRAs), and (i) summary plan description of all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested.

Signed this *4th* day of *December, 2006*

_____
ASSOCIATE JUDGE PRESIDING

STATE OF TEXAS §
§ s.s.
COUNTY OF LEE §

## CONTRACT FOR CUSTODY

ON THIS THE 25TH DAY OF NOVEMBER, 2003, Rhett Webster Pease and Janell Pease (hereinafter "parents"), hereby enter into this contract for custody of the children herein described as Zacharee Clinton Larsen, Webster Cameron Pease, and Brennan Cutler Pease (hereinafter "children") and both Rhett Webster Pease and Janell Pease do hereby contract with each party that:

Each party will have a 50%/50% interest in the children of the marriage listed above. This contract is entered into willingly by both parents of the children.

In exchange for the participation in this contract, both parents agree to do their best in order to support said children and agree to determine what is in the interest of the three children exclusive of the State of Texas. It is declared that none of the children are wards of the state and that the parents of the children are to determine the fate of said children.

In exchange for the participation of the parents in this contract, it is hereby decreed that the parties of Janell Pease and Jane Moon will be held harmless for any criminal or civil violation of State Statute.

Further, in exchange for participation in this contract Rhett Webster Pease will not be subject to any further interference by police, sheriff's or any other law enforcement agency of the State of Texas concerning the custody of his children.

This contract is a Common Law contract and is not subject to any statute or code of the State of Texas.

Any legitimate act of violence, including the threat of arrest by either parent will subject this contract to be void and any parent initiating said act of violence hereby waives his or her right to custody of the children.

Should any law enforcement official be called wherein no violence occurred, the violating party waives their right to enforce this contract.

In exchange for an equal share of the custody of the children, each parent, but in particular the father of the children will provide whatever means necessary for the support of the children and in particular will provide for the mother of the children the ability to educate and employ herself for the good of the children.

Along with the signing of this document, the father in good faith provides to the mother, $200.00 as evidence of consideration of the contract.

This contract is valid only so long as both parents keep all of the children in Texas.

_____
Rhett Webster Pease, parent

_____
Janell Pease, parent

SWORN TO and SUBSCRIBED before me by the undersigned authority on the 25th day of November, 2003.

(SEAL)

JERRI L. LAMB
Notary Public, State of Texas
My Commission Expires
October 14, 2007

NOTARY IN AND FOR THE STATE
OF TEXAS

THE STATE OF TEXAS
COUNTY OF LEE
This is to certify that this
is a true copy of an original

JUN 07 2006



Lisa Teinert
LISA TEINERT
DISTRICT CLERK
LEE COUNTY, TEXAS