# UNITED STATES DISTRICT COURT
## WASHINGTON, DISTRICT OF COLUMBIA

RECEIVED
JUN 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rhett Webster Pease }
}
V. }
}
OFFICE OF CHILD SUPPORT ENFORCEMENT, LEE COUNTY TEXAS, OFFICE OF THE ATTORNEY GENERAL OF TEXAS, JANELL PEASE RIQUE BOBBITT, LISA TEINERT, TERRELL FLENNIKEN, ROBERT ORAZCO, OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS, LISA ANN KUBACEK. }

CAUSE NUMBER

1:07-cv-00599-EGS

NOTICE OF REFUSAL TO WAIVE SUMMONS

COMES NOW Rhett Webster Pease and notices this court that the following persons in this case have refused to waive summons and would show the court the following:

On or about the 4th and 5th days of April, 2007 Rhett Webster Pease sent a request for waiver of summons to the following people:

| | | | |
|---|---|---|---|
| Janell Pease | Lisa Teinert | Terrell Flenniken | Lisa Ann Hubacek |
| Robert Orazco | Rique Bobbitt | | |

None of the people waived service and Rhett Webster Pease is in the process of hiring a process server and serving the defendants in this case.

A true and correct copy of the notice of waiver of service along with the Postal Tracking Code confirming delivery is attached to and incorporated into this notice by reference.

Rhett Webster Pease
% 1032 PR 7039
Lexington, Texas 78947
512-253-0218

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing notice was sent to the defendants in this case on June 15, 2007, by regular First Class mail.

Rhett Webster Pease

Rhett Webster Pease
1032 PR 7039
Lexington, Texas 78947

7006 0100 0003 6681 9324

April 5, 2007

TO: LISA ANN HUBACEK, 300 E. 26th St., 116A, Bryan, Texas 77803

Certified Mail Number 7006 0100 0003 6681 9324

I acknowledge receipt of your request that I waive service of summons in the action of Rhett W. Pease v. Cecilia Burke, et al, cause number 1:07-cv-00599-EGS in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after April 5, 2007, or within 90 days after that date if the request was sent outside of the United States.

____________________
Date

______________________________
Signature

LISA ANN HUBACEK

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the plaintiff to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter or the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may and will be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.





# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0003 6681 9324**
Status: **Delivered**

Your item was delivered at 12:34 PM on April 9, 2007 in BRYAN, TX 77803.

Additional Details > Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >



Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

Rhett Webster Pease
1032 PR 7039
Lexington, Texas 78947

7006 0100 0003 6681 9188

April 4, 2007

TO: Lisa Teinert, 289 South Main, Giddings, Texas, 78942

I acknowledge receipt of your request that I waive service of summons in the action of Rhett W. Pease v. Cecilia Burke, et al, cause number 1:07-cv-00599-EGS in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after April 4, 2007, or within 90 days after that date if the request was sent outside of the United States.

_______________________
Date

_______________________
Signature

Lisa Teinert, District Clerk
Lee County Texas

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the plaintiff to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter or the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may and will be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.





# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0003 6681 9188**
Status: **Delivered**

Your item was delivered at 9:54 AM on April 5, 2007 in GIDDINGS, TX 78942.

Additional Details > Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >



Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

Rhett Webster Pease
1032 PR 7039
Lexington, Texas 78947

7006 0100 0003 6681 9294

April 4, 2007

TO: Robert Orazco, 103 N Main, Bryan, Texas 77803

Certified Mail Number 7006 0100 0003 6681 9294

I acknowledge receipt of your request that I waive service of summons in the action of Rhett W. Pease v. Cecilia Burke, et al, cause number 1:07-cv-00599-EGS in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after April 4, 2007, or within 90 days after that date if the request was sent outside of the United States.

____________________
Date

____________________________________
Signature

ROBERT ORAZCO, ASS. ATT. GEN.

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the plaintiff to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter or the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may and will be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.





# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0003 6681 9294**
Status: **Delivered**

Your item was delivered at 11:10 AM on April 5, 2007 in BRYAN, TX 77803.

Additional Details > Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >


Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

Rhett Webster Pease
1032 PR 7039
Lexington, Texas 78947

7006 0100 0003 6681 9195

April 5, 2007

TO: RIQUE BOBBITT, 105 East Main, Cameron, Texas 76520

Certified Mail Number 7006 0100 0003 6681 9195

I acknowledge receipt of your request that I waive service of summons in the action of Rhett W. Pease v. Cecilia Burke, et al, cause number 1:07-cv-00599-EGS in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after April 5, 2007, or within 90 days after that date if the request was sent outside of the United States.

____________________
Date

____________________________________
Signature

RIQUE BOBBITT

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the plaintiff to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter or the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may and will be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.





# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0003 6681 9195**
Status: **Delivered**

Your item was delivered at 8:25 AM on April 9, 2007 in CAMERON, TX 76520.

*Additional Details >* *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. *Go >*


Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

Rhett Webster Pease
1032 PR 7039
Lexington, Texas 78947

7006 0100 0003 6681 9300

April 5, 2007

TO: Janell Pease, 530A Cutty Trail, Lakeway, Texas 78734

Certified Mail Number 7006 0100 0003 6681 9300

I acknowledge receipt of your request that I waive service of summons in the action of Rhett W. Pease v. Cecilia Burke, et al, cause number 1:07-cv-00599-EGS in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after April 5, 2007, or within 90 days after that date if the request was sent outside of the United States.

____________________
Date

________________________________
Signature

JANELL PEASE

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the plaintiff to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter or the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may and will be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.




Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0003 6681 9300**
Status: **Delivered**

Your item was delivered at 2:09 PM on April 9, 2007 in AUSTIN, TX 78734.

Additional Details > Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS Preserving the Trust site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

Rhett Webster Pease
1032 PR 7039
Lexington, Texas 78947

7006 0100 0003 6681 9317

April 5, 2007

TO: Terry Flenniken 100 East Main, Suite 305, Brenham, Texas 77803

Certified Mail Number 7006 0100 0003 6681 9317

I acknowledge receipt of your request that I waive service of summons in the action of Rhett W. Pease v. Cecilia Burke, et al, cause number 1:07-cv-00599-EGS in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after April 5, 2007, or within 90 days after that date if the request was sent outside of the United States.

Date

Signature

TERRY FLENNIKEN

# DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of summons and complaint. A defendant located in the United States who, after being notified of an action and asked by the plaintiff to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter or the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may and will be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.




Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0003 6681 9317**
Status: **Delivered**

Your item was delivered at 10:44 AM on April 9, 2007 in BRENHAM, TX 77833.

Additional Details > Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

JUN 2 1 2007