AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER: 1:07-CV-00599-EGS

TO: (Name and address of Defendant)

COUNTY OF LEE
% EVAN GONZALES
200 SOUTH MAIN
GIDDINGS, TEXAS 78942

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

DATE  MAY 21 2007

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE June 12, 2007 |
| NAME OF SERVER (PRINT) Zacharie Larsen | TITLE Private Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 35 | SERVICES 75 | TOTAL $100 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/07       Zach Larsen
            Date           Signature of Server

PO BOX 255 Lexington, TX 78947
Address of Server

MAY 1 S 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:  1:07-CV-00599-EGS

TO: (Name and address of Defendant)

LISA TEINERT
289 South Main
Giddings, Texas 78942

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              MAY 2 1 2007

CLERK                                                  DATE

*Jackie Thomas*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE June 12, 2007 |
| NAME OF SERVER (PRINT) ZACHAREE LARSEN | TITLE Private Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Clerk's Office 289 S. Main Giddings Texas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 35 | SERVICES 75 | TOTAL $100 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/07   _Zach Larsen_
                Date      Signature of Server

PO Box 255, Lexington, TX 78947
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER: 1:07-CV-00599-EGS

TO: (Name and address of Defendant)

ROBERT ORAZCO
103 North Main
Bryan, Texas 77803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         MAY 21 2007
CLERK                                           DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | JUNE 11, 2007 |
| NAME OF SERVER (PRINT) CACHAREE LARSEN | TITLE | PRIVATE SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: PRISCILLA 1086. MAIN BRYAN, TX 77803

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | 114 | SERVICES | $75 | TOTAL | 120 |
|---|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/07     [signature] Zach Larsen
              Date          Signature of Server

PO BOX 255, LEXINGTON, TX 78947
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:    1:07-CV-00599-EGS

TO: (Name and address of Defendant)

**LISA ANN HUBACEK**
300 East 26th Street, Suite 116A
Bryan, Texas 77803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                MAY 2 1 2007

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | | DATE June 11, 2007 |
| NAME OF SERVER (PRINT) ZACHAREE LARSEN | | TITLE PRIVATE SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 300 E. 26TH ST. #116A BRYAN TEXAS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 114 miles | SERVICES 75 | TOTAL $ 120 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/11/2007    *Zach Larsen*
           Date            Signature of Server

PO BOX 255 LEXINGTON TX 78947
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:   1:07-CV-00599-EGS

TO: (Name and address of Defendant)

JANELL PEASE
530 A Cutty Trail
Lakeway, Texas 78734

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             MAY 2 1 2007

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE June 9, 2007 |
| NAME OF SERVER *(PRINT)* Zachariee Larshn | TITLE Private Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 5304 Cutty Trail, Lakeway Texas 78734

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | 160 | SERVICES | 75 | TOTAL $150 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/9/2007        *Zach Larsen*
              Date              Signature of Server

PO Box 255 Lexington, Texas 78947
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:   1:07-CV-00599-EGS

TO: (Name and address of Defendant)

OFFICE OF THE SHERIFF, LEE COUNTY TEXAS
% RODNEY MEYER
424 South Main
Giddings, Texas 78942

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Nancy Mayer Whittington_                    _May 31 2007_
CLERK                                                          DATE

_/s/_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 9, 2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DESSIE MARIA AVONMUS | PRIVATE SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: OFFICE OF THE SHERIFF LEE COUNTY 424 So. MAIN, #54 GIDDINGS, TX

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _JIM GULOE, DEPUTY_

☐ Returned unexecuted: ___

☐ Other (specify): ___

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 120 MILES | | 120.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/9/2007
             Date    Signature of Server

c/o 6715 SKINOOK DRIVE, AUSTIN, TEXAS
Address of Server

JUN 21 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.