AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:   1:07-CV-00599-EGS

TO: (Name and address of Defendant)

GREG ABBOTT
TEXAS ATTORNEY GENERAL
300 West 15th Street
Austin, Texas 78701

**RECEIVED**
JUL 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                      MAY 2 1 2007

CLERK                                                        DATE

_Jackie Francy_

(By) DEPUTY CLERK

440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/9/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael Ray Lutz | Private Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served to service agent for A6 Daniel Ramirez @ 3:00 pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 100.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/9/07
Date

Signature of Server

c/o 6715 Skyrock Dr, Austin, Texas, USA
Address of Server

Received
Mail Room
JUL 19 2007
Nancy Mayer-Whittington, Clerk
U.S. District Court, District of Columbia

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.