IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rhett Webster Pease, | } |
| | } |
| v. | } CIVIL ACTION NO. 1:07-CV-00599-EGS |
| | } |
| OFFICE OF CHILD SUPPORT | } |
| ENFORCEMENT, LEE COUNTY | } REQUEST FOR THE CLERK TO FILE |
| TEXAS, OFFICE OF THE ATTORNEY | } AN ENTRY OF DEFAULT |
| GENERAL OF TEXAS, JANELL PEASE, | } AND MOTION FOR DEFAULT |
| RIQUE BOBBITT, LISA TEINERT, | } JUDGMENT AGAINST |
| TERRELL FLENNIKEN, ROBERT | } JANELL PEASE |
| ORAZCO, OFFICE OF THE SHERIFF | } |
| LEE COUNTY, TEXAS, LISA ANN | } |
| HUBACEK | } |

COMES NOW Rhett Webster Pease, plaintiff in the above styled and numbered cause of action and moves the clerk of the court to enter default judgment against Janell Pease and would show the court the following:

**REQUEST FOR ENTRY OF DEFAULT BY CLERK**

1. Janell Pease was mailed a request for waiver of service and was made aware of the current cause of action on April 5, 2007. She received said notice on April 9, 2007, a true and correct copy of the request and the certified mail confirmation is attached to and incorporated into this motion as plaintiff's exhibit, "A".

2. Janell Pease was served with a copy of the amended complaint and a copy of the summons at a hearing on June 8, 2007. See attached copy of affidavit of Rhett Webster Pease, which is attached to and incorporated into this motion as plaintiff's exhibit, "B".

**RECEIVED**

JUL 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. Janell Pease was served with a copy of the amended complaint and the original summons on June 9, 2007. See attached affidavit of service and a true and correct copy of the summons, which are attached to this motion as plaintiff's exhibit, "C".

4. Janell Pease has been made well aware of this cause of action and has defaulted.

## REQUEST FOR DEFAULT JUDGMENT

5. Plaintiff incorporates paragraphs 1 through 5 in this request for default judgment and moves this court to enter default judgment against Janell Pease for the following:

   a. Judge Towslee did not follow statutory procedure and denied Plaintiff a divorce hearing before a fair and unbiased lawgiver after being disqualified; said order is void;

   b. Plaintiff has been held to the standard of a protective order without any evidence supporting said punishment; said actions are a violation of his civil liberties;

   c. Plaintiff has been subjected to the pains and penalties of a vexatious litigant order with the requisite evidence; said actions are a violation of his civil liberties;

   d. Plaintiff has been held to child support order that is not substantiated and was made without any hearing or opportunity for plaintiff to be heard: said debt is fictitious; said actions are violation of his civil liberties;

   e. Plaintiff entered into a legal binding contract with Janell Pease concerning the custody of the children of the marriage and Janell Pease is in default on said contract; said default has caused the children of Janell Pease to be father-less without any need what so ever;

   f. $3,500,000.00 punitive damages as stated in the first amended complaint;

   g. Any and all unliquidated damages;

   h. Costs of this suit;

I. Any and all other relief to which the court believes plaintiff is entitled.

Respectfully,

Rhett Webster Pease
%1032 PR7039
Lexington, Texas [78947]
(512) 835-0218

## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that a true and correct copy of the foregoing motion for default judgment against Janell Pease was sent to the following parties and their attorney's on this the 12th day of July, 2007, by either first class mail or by certified mail:

Janell Pease
530A Cutty Trail
Lakeway, Texas 78734 Certified No. 7006 0100 0003 6681 9430

PATTON BOGGS, Attorneys for Lee County, Texas
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201

Rique Bobbitt
105 East Main
Cameron, Texas 76520

Robert Orazco
103 North Main
Bryan Texas 77803

Lisa Ann Hubacek
300 East 26th Street, Suite 116A
Bryan, Texas 77803

Cecilia Burke
370 L'Enfant Promenade, SW
Washington, DC 20447

Terrell Flenniken, hand delivered on the 13th of July, 2007 Lee County, District Courthouse

Rhett Webster Pease
1032 PR 7039
Lexington, Texas 78947

```
7006 0100 0003 6681 9300
```

April 5, 2007

TO: Janell Pease, 530A Cutty Trail, Lakeway, Texas 78734

Certified Mail Number 7006 0100 0003 6681 9300

I acknowledge receipt of your request that I waive service of summons in the action of Rhett W. Pease v. Cecilia Burke, et al, cause number 1:07-cv-00599-EGS in the United States District Court for the District of Columbia. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based upon a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me if an answer or motion under Rule 12 is not served upon you within 60 days after April 5, 2007, or within 90 days after that date if the request was sent outside of the United States.

_____                              _____
Date                                                                         Signature

                                                                             JANELL PEASE

P"A"



# Track & Confirm

### Search Results

Label/Receipt Number: **7006 0100 0003 6681 9300**
Status: **Delivered**

Your item was delivered at 2:09 PM on April 9, 2007 in AUSTIN, TX 78734.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

## Affidavit of Zacharee Larsen

STATE OF TEXAS
COUNTY OF TRAVIS

On this day, Zacharee Larsen appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

"My name is Zacharee Larsen. I am more than 18 years of age and capable of making this affidavit.

On June 9, 2007, I served a copy of civil suit and a summons to Janell Pease at 530A Cutty Trail, Lakeway, Texas. I am also aware of the fact that Janell Pease called the Lakeway Police and attempted to charge Rhett W. Pease with criminal trespass for driving me to serve her.
The police call number is 07-007414 and the responding officers were, Purcell, A., Brinkman, J., and Latham, R.. All can testify to the fact that Janell Pease was served with the complaint and summons.

Further affiant sayeth not."

_____
Zacharee Larsen

SWORN TO and SUBSCRIBED before me by Zacharee Larsen on this the 6th day of July, 2007.

Paula Mathers
Notary Public
State of Texas
My Commission Expires
APRIL 22, 2008

_____
Notary Public in and for
the State of Texas

## Affidavit of Rhett Webster Pease

STATE OF TEXAS
COUNTY OF TRAVIS

On this day, Rhett Webster Pease appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

"My name is Rhett Webster Pease. I am more than 21 years of age and capable of making this affidavit.

I have personal knowledge that Janell Pease was served with a waiver of summons in this case and I saw at a hearing on July 8, 2007 that she was served with a copy of the complaint and a copy of the summons on that day. In addition I took Zacharee Larsen to 530A Cutty Trail in Lakeway Texas and saw that he delivered a copy of the complaint and the summons to that address.
In addition, I talked with two Lakeway Police officers on the phone later that evening in response to Janell Pease calling the police and alleging that a protective order was in place against me. The police had no protective order and none exists.

Further affiant sayeth not."

_____
Rhett Webster Pease

SWORN TO and SUBSCRIBED before me by Rhett Webster Pease on this the 6th day of July, 2007.

Paula Mathers
Notary Public
State of Texas
My Commission Expires
APRIL 22, 2008

_____
Notary Public in and for
the State of Texas

P"C"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-CV-00599-EGS

TO: (Name and address of Defendant)

JANELL PEASE
530 A Cutty Trail
Lakeway, Texas 78734

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK  *Jackie Frances*

DATE  MAY 21 2007

P"B"

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | JUNE 12, 2007 |
| NAME OF SERVER (PRINT) ZACHARIE LARSEN | TITLE PRIVATE SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 35 | 75 | $100 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/07
Date

Zach Larsen
Signature of Server

PO BOX 255 LEXINGTON, TX 78947
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Nancy M. Mayer-Whittington, Clerk
U.S. District Court, District of Columbia
JUL 10 2007
Received Mail Room