Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RHETT W. PEASE**
_____
      Plaintiff(s)

v.                                         Civil Action No. **07-599 (EGS)**

**CECELIA BURKE, et al.**
_____
      Defendant(s)

RE:  JANELL PEASE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 9, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 20th day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                    Deputy Clerk