AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:   1:07-CV-00599-EGS

TO: (Name and address of Defendant)

**TERRELL FLENNIKEN**
100 East Main, Suite 305
Brenham, Texas 77803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                   MAY 21 2007
_____                           _____
CLERK                                                     DATE

(By) DEPUTY CLERK  /s/ Jackie Francis