IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Rhett Webster Pease, | } |
| v. | } CIVIL ACTION NO. 1:07-CV-00599-EGS |
| OFFICE OF CHILD SUPPORT ENFORCEMENT, LEE COUNTY TEXAS, OFFICE OF THE ATTORNEY GENERAL OF TEXAS, JANELL PEASE, RIQUE BOBBITT, LISA TEINERT, TERRELL FLENNIKEN, ROBERT ORAZCO, OFFICE OF THE SHERIFF LEE COUNTY, TEXAS, LISA ANN HUBACEK | } REQUEST FOR THE CLERK TO FILE AN ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT AGAINST JANELL PEASE |

Leave to file is GRANTED.

_/s/_ EMMET G. SULLIVAN
Judge, U.S. District Court
DATE: 8/3/07

COMES NOW Rhett Webster Pease, plaintiff in the above styled and numbered cause of action and moves the clerk of the court to enter default judgment against Robert Orazco and Lisa Ann Hubacek and would show the court the following:

### REQUEST FOR ENTRY OF DEFAULT BY CLERK

1. Robert Orazco and Lisa Ann Hubacek were mailed a request for waiver of service and were made aware of the current cause of action on April 5, 2007.

2. Orazco and Hubacek were served with a copy of the amended complaint and a copy of the summons on June 11, 2007. See attached copy of affidavit of Zacharee Larsen, which is attached to and incorporated into this motion as plaintiff's exhibit, "A and B".

3. Hubacek and Orazco have been made well aware of this cause of action and have defaulted.

### REQUEST FOR DEFAULT JUDGMENT

4. Plaintiff incorporates paragraphs 1 through 3 in this request for default judgment and moves this court to enter default judgment against Robert Orazco and Lisa Ann Hubacek for the following:

    a. Judge Towslee did not follow statutory procedure and denied Plaintiff a divorce hearing before a fair and unbiased lawgiver after being disqualified; said order is void;

    b. Plaintiff has been held to the standard of a protective order without any evidence supporting said punishment; said actions are a violation of his civil liberties;

    c. Plaintiff has been subjected to the pains and penalties of a vexatious litigant order with the requisite evidence; said actions are a violation of his civil liberties;

    d. Plaintiff has been held to child support order that is not substantiated and was made without any hearing or opportunity for plaintiff to be heard: said debt is fictitious; said actions are violation of his civil liberties; Orazco and Hubacek have imprisoned Pease for 18 days.

    e. Plaintiff entered into a legal binding contract with Janell Pease concerning the custody of the children of the marriage and Janell Pease is in default on said contract; said default has caused the children of Janell Pease to be father-less without any need what so ever;

    f. $3,500,000.00 punitive damages as stated in the first amended complaint;

    g. Any and all unliquidated damages;

    h. Costs of this suit;

    I. Any and all other relief to which the court believes plaintiff is entitled.

    Respectfully,

Rhett Webster Pease
%1032 PR7039
Lexington, Texas [78947]

(512) 835-0218

## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that a true and correct copy of the foregoing motion for default judgment against Robert Orazco and Lisa Ann Hubacek was sent to the following parties and their attorney's on this the 27th day of July, 2007, by either first class mail or by certified mail:

Janell Pease
530A Cutty Trail
Lakeway, Texas 78734 Certified

PATTON BOGGS, Attorneys for Lee County, Texas
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201

Rique Bobbitt
105 East Main
Cameron, Texas 76520

Robert Orazco
103 North Main
Bryan Texas 77803

Lisa Ann Hubacek
300 East 26th Street, Suite 116A
Bryan, Texas 77803

Cecilia Burke
370 L'Enfant Promenade, SW
Washington, DC 20447

Terrell Flenniken, hand delivered on the 13th of July, 2007 Lee County, District Courthouse

## Affidavit of Zacharee Larsen

STATE OF TEXAS
COUNTY OF TRAVIS

On this day, Zacharee Larsen appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

"My name is Zacharee Larsen. I am more than 18 years of age and capable of making this affidavit.

On June 11, 2007, I did thereby deliver to ROBERT ORAZCO a true and correct copy of the Plaintiff's First Amended Complaint along with an original summons at his 103 South Main Street, Bryan, Texas his place of business, said summons was delivered to Prisilla.

Further affiant sayeth not."

_____
Zacharee Larsen

SWORN TO and SUBSCRIBED before me by Zacharee Larsen on this the 26th day of July, 2007.

RUSSELL MORTLAND
MY COMMISSION EXPIRES
September 22, 2008

_____
Notary Public in and for
the State of Texas

## Affidavit of Zacharee Larsen

STATE OF TEXAS
COUNTY OF TRAVIS

On this day, Zacharee Larsen appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

"My name is Zacharee Larsen. I am more than 18 years of age and capable of making this affidavit.

On June 11, 2007, I did thereby deliver to LISA ANN HUBACEK a true and correct copy of the Plaintiff's First Amended Complaint along with an original summons at her office at 300 East 26th Street, Suite 116A, Bryan, Texas his place of business, said summons was delivered to Lisa Ann Hubacek.

Further affiant sayeth not."

_____
Zacharee Larsen

SWORN TO and SUBSCRIBED before me by Zacharee Larsen on this the 26th day of July, 2007.

_____
Notary Public in and for
the State of Texas

RUSSELL MORTLAND
MY COMMISSION EXPIRES
September 22, 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:    1:07-CV-00599-EGS

TO: (Name and address of Defendant)

ROBERT ORAZCO
103 North Main
Bryan, Texas 77803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY 21 2007
CLERK                                       DATE

(By) DEPUTY CLERK



AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rhett Webster Pease

**SUMMONS IN A CIVIL CASE**

V.

OFFICE OF CHILD SUPPORT ENFORCEMENT, CECELIA BURKE, GREG ABBOTT, COUNTY OF LEE, RIQUE BOBBITT, JANELL PEASE, TERRELL FLENNIKEN, ROBERT ORAZCO, LISA TEINERT, LISA ANN HUBACEK AND THE OFFICE OF THE SHERIFF, LEE COUNTY, TEXAS

CASE NUMBER:   1:07-CV-00599-EGS

TO: (Name and address of Defendant)

LISA ANN HUBACEK
300 East 26th Street, Suite 116A
Bryan, Texas 77803

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rhett Webster Pease
c/o 1032 P.R. 7039
Lexington, Texas [78947]

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY 2 1 2007
_____            _____
CLERK                                       DATE
_Jackie Frances_
(By) DEPUTY CLERK