RECEIVED

# UNITED STATES DISTRICT COURT

AUG 1 3 2007

WASHINGTON, DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Rhett Webster Pease, | } | |
| | } | |
| v. | } | CIVIL ACTION NO. 1:07-CV-00599-EGS |
| | } | |
| OFFICE OF CHILD SUPPORT | } | |
| ENFORCEMENT, LEE COUNTY | } | PLAINTIFF'S REQUEST FOR COST |
| TEXAS, OFFICE OF THE ATTORNEY | } | ASSOCIATED WITH SERVICE OF |
| GENERAL OF TEXAS, JANELL PEASE | } | PROCESS |
| RIQUE BOBBITT, LISA TEINERT | } | |
| TERRELL FLENNIKEN, ROBERT | } | |
| ORAZCO, OFFICE OF THE SHERIFF | } | |
| LEE COUNTY, TEXAS, LISA ANN | } | |
| HUBACEK | } | |

## PLAINTIFF'S REQUEST FOR RETURN OF COSTS

Pursuant to FRCP 4(d)(2)(G)(last paragraph), the court must impose the cost of service on any defendant for refusing to waive service. The cost of service includes the actual cost of formal service, the cost of the motion to collect costs, and reasonable attorneys fees for the motion. FRCP 4(d)(5).

Plaintiff requests that the court impose the costs against each and every defendant who breached their duty and refused to waive service in the amount of $250.00.

Plainitiff also had to pay the District Clerk of Lee County $10,000.00 to prosecute this case and requests that this court order said Clerk to return said cost. Attached is a true and correct copy of the bond which was posted in order that Plaintiff be able to prosecute this case which is made part of this request by reference.

Plaintiff also had an additional $1400.00 in costs including phone calls from jail in order to prosecute the case and loss of income.

Attached to this motion is a copy of the waiver of service and the postal receipt showing

that the waiver was sent and received.

## PRAYER

Plaintiff requests that this court issue an order ordering LISA TEINERT to pay to Rhett

Webster Pease $11,600.00; and

ordering ROBERT ORAZCO to pay to Rhett Webster Pease $250.00; and

ordering TERRELL FLENNIKEN to pay to Rhett Webster Pease $250.00;and

ordering LISA ANN HUBACEK to pay to Rhett Webster Pease $250.00; and

ordering JANELL PEASE to pay to Rhett Webster Pease $250.00;

and all other relief to which this court believes Plaintiff is entitled.

With all due respect,

Rhett Webster Pease
%1032 PR7039
Lexington, Texas [78947]
(512) 835-0218


## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that a true and correct copy of the foregoing

Request for Return of Costs was sent to the following parties and their attorney's on this

the 9th day of August, 2007, by either first class mail or by certified mail:

PATTON BOGGS, Attorneys for Lee County, Texas
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201

Rique Bobbitt

105 East Main
Cameron, Texas 76520

Robert Orazco
103 North Main
Bryan Texas 77803

Lisa Ann Hubacek
300 East 26th Street, Suite 116A
Bryan, Texas 77803

Cecilia Burke
370 L'Enfant Promenade, SW
Washington, DC 20447

Terrell Flenniken
100 East Main, Suite 305
Brenham, Texas 77803

Thomas J. Turner
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

Janell Pease
530 A Cutty Trail
Lakeway, Texas 78736

_____
Rhett Webster Pease



Received from Dessie Maria Andrews, as surety, a cashier's check in the amount of $10,000.00, in payment of cash only bond posted for the appearance of Rhett Webster Pease in Cause No. 12380, In the Interest of Webster Pease and Brennan Pease, filed in Lee County, Texas.

Dated June 9, 2007

By _____
Office of Lee County Sheriff

CAUSE NUMBER *12380*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *21ST JUDICIAL DISTRICT COURT* |
| *WEBSTER C PEASE* | § | |
| *BRENNAN C PEASE* | § | OF |
| CHILDREN | § | *LEE* COUNTY, TEXAS |

### RESET ORDER

On the **8** day of **June** , 200**7** came on to be heard the above case set for hearing.

Obligor *RHETT WEBSTER PEASE* did/did not appear in person (and by attorney)

Obligee *JANELL PEASE* did/did not appear.

IT IS ORDERED that the hearing on the above entitled cause is recessed until **July 27 2007** at 9:00 a.m. in the IV-D Master's Courtroom. The Court further ORDERS Obligor and Obligee to appear at said time and place without further notice. The Court ORDERS that failure to appear may result in a capias for his or her arrest. The Court also ORDERS that a default judgment may be taken against Obligor and/or Obligee.

The hearing is recessed for the following reason:

**to allow obligor to produce proof of removal to federal court**

Signed this **8** day of **June** , **2007**

_____
ASSOCIATE JUDGE PRESIDING

_____
ROBERT L. OROZCO
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
Texas Bar No. 15311300
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

_____
Janell Pease