# UNITED STATES DISTRICT COURT
## WASHINGTON, DISTRICT OF COLUMBIA

| | |
|---|---|
| Rhett Webster Pease, } | |
| } | |
| v. } | CIVIL ACTION NO. 1:07-CV-00599-EGS |
| } | |
| OFFICE OF CHILD SUPPORT } | |
| ENFORCEMENT, LEE COUNTY } | PLAINTIFF'S RESPONSE |
| TEXAS, OFFICE OF THE ATTORNEY } | TO DEFENDANT OFFICE OF |
| GENERAL OF TEXAS, JANELL PEASE} | THE ATTORNEY GENERAL |
| RIQUE BOBBITT, LISA TEINERT } | OF TEXAS MOTION TO DISMISS |
| TERRELL FLENNIKEN, ROBERT } | |
| ORAZCO, OFFICE OF THE SHERIFF } | |
| LEE COUNTY, TEXAS, LISA ANN } | |
| HUBACEK } | |

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PEASE'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

As a response to the Office of the Defendant Attorney General Motion to Dismiss Plaintiff, Rhett Webster Pease, (hereinafter me, I, mine), would show this Court the following:

### INTRODUCTION

I, Rhett Webster Pease, claim that I was denied access to the law due to numerous violations and omissions of ministerial duties by the Lee County District Clerk, who refused to file any of my motions or answers into the Lee County District court, allegedly on the order of a Lee County District Court Judge. There is no Texas law which sanctions said actions and all actions taken by the actors were with the intent of commercial enrichment. I have not had any contact with my two sons for over a year and there is no doubt that both they and I have been severely damaged by a rogue Judge, his aides and STATE OF TEXAS agencies. I have been thrown in jail six times

for non-existent crimes that are never prosecuted to a conclusion and I have been jailed three times for a debt that does not exist. Further, it is clear that the reason for these damages is that I am claiming my sovereign rights. There is no evidence that my bona fide signature appears on any contract by which I could or would acquiesce those rights.

There is no evidence that I hold any licenses nor any other agreements that would impair or infringe on my Creator bestowed unalienable rights. If the Office of the Attorney General believes I have surrendered any of my unalienable rights, let it produce the evidence.

I have brought this claim pursuant to the Foreign Sovereign Immunities Act of 1976, Public Law 94-583, 90 STAT. 2891, (hereinafter "FSIA") and the Attorney General did not argue said diversity jurisdiction and instead attempted to argue a non-existent 1983 case. This suit is in response to the Office of the Attorney General intervening itself into a court case, thereby prosecuting and persecuting me, and refusing to recognize, acknowledge or honor the fact that I have unalienable rights.

PERSONAL JURISDICTION

The Office of the Attorney General takes block grants and oversees the Title IV-D Social Security Act program and it wants this Court to believe that it does not have sufficient ties to the jurisdiction of the District of Columbia. Said allegation is frivolous and without any truth in fact. The OAG would be non existent without the direct funding from DC. It is a fact that the number one money maker for the Office of the Attorney General is child support collection as the "official Title IV-D child support collection

agency for Texas." It is a fact that the OAG is rewarded with grants for submission of child support registries.

The Office of Child Support Enforcement originates from the Department of Health and Human Services subdivision of the same name in Washington, D.C.. 28 USC, Part IV, Chapter 97 § 1601, clearly states that states are not immune from suit in a foreign court and that claims of immunity should be decided by United States courts. The State of Texas was not sued in this case, as argued, only the Office of Child Support Enforcement, an administrative agency of STATE OF TEXAS, because of its commercial dealings that affected me, it entered into suit against me, by means of uttered instruments, to collect a debt that could not be proved (fictitious).

## 12(b)1 REBUTTAL

The OAG's argument is: "Section 1983 is the only vehicle through which a plaintiff can pursue a claim for damages for alleged violations of the United States Constitution." The OAG then goes on to argue that it has immunity under §1983.

Immunity and subject matter jurisdiction are two distinct and different legal theories. This is the problem in the first place! The OAG does not recognize that I gave notice to the original trial court upon learning of the issuance of a Final Decree of Divorce, granted against me *in absentia*, a contract that I neither signed nor to which I gave consent, that its order was void. The Attorney General of Texas has not produced any evidence that I have waived any of my sovereign rights, by contract or other means, pursuant to 28 USC, Part IV, Chapter 97, §§ 1610, 1611. The OAG

does not have any evidence that the corporate entity, RHETT WEBSTER PEASE, alleged to owe the fictitious debt, derived any income whatsoever, yet the OAG just extorted $15,000.00 from my friends and family to secure my liberty and continues to attempt to extort even more money without any evidence of income.

It is also clear that according to the Statutes at Large, 90 Stat. 2892, attached hereto and incorporated herein, which enacted 28 USC, Part IV, Chapter 97, § 1603, that the Office of the Attorney General as an agency, is a person who can be sued.

## 12(b)2 and 12(b)6 REBUTTAL

The OAG recites and asks for relief pursuant to Rules 12(b)2 and 12(b)6. The standard for a 12(b)6 cannot look beyond the pleadings and in fact admits to the pleadings. In this case the request for relief of dismissal by the OAG should be denied because they fail to state an argument and thereby waive any 12(b)6 claims. In addition, the OAG, by bringing the 12(b)6 claim waives the right to argue diversity of citizenship and admits to jurisdiction pursuant to the FSIA.

The OAG also asks for relief pursuant to F.R.C.P. 12(b)2 and claims that the OAG is the State of Texas, which has not been sued in this case. The OAG is not the State of Texas, it is an administrative **agency** of the STATE OF TEXAS. This suit is brought because the OAG has entered into commerce with the Office of Child Support Enforcement to enforce Title IV-D Social Security Act rules and regulations. The OAG

is paid handsomely for this work and continues to collect ever more funds using the names of Texas children.

## CONCLUSION

The OAG derives funds from the District of Columbia, Washington, D.C., through various federal agencies in order to enforce Title IV-D rules and regulations. This enforcement also includes a duty to adhere to federal guidelines in order to continue to receive funding. In this case the OAG has not only not adhered to federal guidelines, it has violated international law in order to participate in commerce. The Law of Nations recognizes that when one has unalienable rights, it is a crime to trespass against those rights. The OAG is silent on the issue of my unalienable rights, and by its silence acquiesces to the fact that I have been endowed by my Creator with unalienable rights.

There is no evidence in this court or in the records of the district court of Lee County Texas that I have contracted with a state or federal agency to engage in commerce. There is no evidence in this court or in the district court of Lee County Texas that I have ever agreed to the diminishment or liening of my unalienable rights.

The OAG has waived any and all immunity and is acting strictly in commerce to acquire orders for child support, (uttered instruments) and collect on the orders using draconian measures.

## PRAYER

Wherefore, Rhett Webster Pease requests that this Court acknowledge that Pease is sovereign unto himself and endowed with unalienable rights and that he has standing to sue for damages associated with agency interference with his standing and

With all due respect,



Rhett Webster Pease
%1032 PR7039
Lexington, Texas [78947]
(512) 835-0218

## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that a true and correct copy of the foregoing Plaintiff's Response to Defendant OAGT's Motion to Dismiss was sent to the following parties and their attorney's on this the 9th day of August, 2007, by either first class mail or by certified mail:

PATTON BOGGS, Attorneys for Lee County, Texas
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201

Rique Bobbitt
105 East Main
Cameron, Texas 76520

Robert Orazco
103 North Main
Bryan Texas 77803

Lisa Ann Hubacek
300 East 26th Street, Suite 116A
Bryan, Texas 77803

Cecilia Burke
370 L'Enfant Promenade, SW
Washington, DC 20447

Terrell Flenniken
100 East Main, Suite 305
Brenham, Texas 77803

370 L'Enfant Promenade, SW
Washington, DC 20447

Terrell Flenniken
100 East Main, Suite 305
Brenham, Texas 77803

Thomas J. Turner
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

_/s/ Rhett Webster Pease_
Rhett Webster Pease