# UNITED STATES DISTRICT COURT
## WASHINGTON, DISTRICT OF COLUMBIA

| | |
|---|---|
| Rhett Webster Pease, } | |
| } | |
| v. } | CIVIL ACTION NO. 1:07-CV-00599-EGS |
| } | |
| OFFICE OF CHILD SUPPORT } | |
| ENFORCEMENT, LEE COUNTY } | |
| TEXAS, OFFICE OF THE ATTORNEY } | **RECEIVED** |
| GENERAL OF TEXAS, JANELL PEASE} | |
| RIQUE BOBBITT, LISA TEINERT } | OCT 2 2 2007 |
| TERRELL FLENNIKEN, ROBERT } | |
| ORAZCO, OFFICE OF THE SHERIFF } | NANCY MAYER WHITTINGTON, CLERK |
| LEE COUNTY, TEXAS, LISA ANN } | U.S. DISTRICT COURT |
| HUBACEK } | |

MOTION FOR DEFAULT JUDGMENT AGAINST JANELL PEASE

Plaintiff Rhett Webster Pease, per Federal Rule of Procedure 55(b)(1), moves the Clerk of this Court for judgment by default against Defendant Janell Pease because she failed to timely answer or otherwise respond to Plaintiff's First Amended Complaint.

Rhett Webster Pease does hereby certify that the following facts are within his personal knowledge and are true and correct.

On June 21, 2007, Rhett Webster Pease filed his First Amended Complaint which asked that he receive from Janell Pease judgment in the amount of $500,000.00 for punitive damages, because of the actions taken by Janell Pease that deprived plaintiff of his parental rights and access to Webster Cameron Pease and Brennan Cutler Pease.

Additionally, plaintiff requested a declaratory judgment that the original decree of divorce be declared void on the grounds that the Judge who executed said decree had been disqualified, resulting in no hearing in the divorce. No evidence exists in the trial court record that would

support the decree, and plaintiff has been banned from filing into the case by the District Court Judge, resulting in a denial of due process. The records reflects that Plaintiff has entered into a contract with Janell Pease and requests a declaratory judgment from this court that the agreement is an enforceable contract.

Plaintiff asks that the terms of the contractual agreement be incorporated into the Court's judgment by default in order to be enforceable in any court.

As shown by the docket sheet in this case and the affidavit of service on 6/9/2007, Janell Pease was served with the summons and complaint by proper service at her dwelling or usual place of abode. The return of service was filed on 6/21/2007 and the docket entry shows the answer date for Janell Pease was 6/29/2007. According to the docket sheet, Janell Pease failed to timely file an answer to Plaintiff's First Amended Complaint, and is therefore in default. See attached entry of default on 7/20/2007. Plaintiff has not received an answer or other responsive pleading from Janell Pease or any attorney representing her. On information and belief, Janell Pease is not incompetent, is not a minor, and is not on active duty in the United States armed forces.

For these reasons, Plaintiff Rhett Webster Pease seeks a default judgment against Defendant Janell Pease and further requests such other relief as the Court deems proper. A proposed default judgment is being submitted with this motion.

Executed under penalty of perjury

Rhett Webster Pease
% 1032 PR 7039
Lexington, Texas 78947

## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that a true and correct copy of the foregoing motion was sent to the following parties and their attorney's on this the 19th day of October, 2007, by first class mail :

PATTON BOGGS, Attorneys for Lee County, Texas
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201

Robert Orazco
103 North Main
Bryan Texas 77803

Thomas J. Turner
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

_____
Rhett Webster Pease

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RHETT W. PEASE**
_____
      Plaintiff(s)

Civil Action No. __07-599 (EGS)__

v.

**CECELIA BURKE, et al.**
_____
      Defendant(s)

RE: JANELL PEASE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 9, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this __20th__ day of ___July___, __2007__ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
            Deputy Clerk

# UNITED STATES DISTRICT COURT
WASHINGTON, DISTRICT OF COLUMBIA

| | |
|---|---|
| Rhett Webster Pease, | } |
| | } |
| v. | } CIVIL ACTION NO. 1:07-CV-00599-EGS |
| | } |
| OFFICE OF CHILD SUPPORT ENFORCEMENT, LEE COUNTY TEXAS, OFFICE OF THE ATTORNEY GENERAL OF TEXAS, JANELL PEASE RIQUE BOBBITT, LISA TEINERT TERRELL FLENNIKEN, ROBERT ORAZCO, OFFICE OF THE SHERIFF LEE COUNTY, TEXAS, LISA ANN HUBACEK | } |

## ORDER OF DEFAULT JUDGMENT AGAINST JANELL PEASE

CAME TO BE CONSIDERED on this the _____ day of _____, 2007, Plaintiff's Motion for Default Judgment against defendant JANELL PEASE. This action having been commenced on March 28, 2007 by the filing of the Complaint and the plaintiff having requested that defendant, JANELL PEASE waive service on April 5, 2007. JANELL PEASE did not waive service and the record reflects that she was served with a copy of the Summons and Complaint on June 9, 2007, by personal service, and the recr4od further reflects that defendant has not answered the Complaint, and the time for answering the Complaint has expired. The Court therefore finds that JANELL PEASE, has defaulted and the Motion for default judgment is GRANTED.

IT IS THEREFORE ORDERED that the plaintiff have judgment against defendant and it is hereby declared that the state court order titled "FINAL DECREE OF DIVORCE", in cause number 12380 in the 21st Judicial District of Lee County, Texas, is void for lack of evidence that would support the decree and because the Judge executing said decree

did so after being disqualified;

IT IS FURTHER ORDERED that the parenting agreement executed by Rhett Webster Pease and JANELL PEASE is an enforcable contract and Rhett Webster Pease may enforce said contract in State court;

IT IS ALSO ORDERED that defendant JANELL PEASE is liable to plaintiff for conspiring to deny Plaintiff, Rhett Webster Pease his parental rights. Defendant JANELL PEASE is liable to the plaintiff for punative damages in the amount of $500,000.00 for the extreme emotional damage that she has caused to Rhett Webster Pease and her own children for the deprivation of said rights;

JANELL PEASE is also liable to Rhett Webster Pease for all costs of this court and all other relief to which this Court feels Rhett Webster Pease is entitled.


Dated: Washington, D.C.


_____         _____
                                       UNITED STATES DISTRICT JUDGE



This document was entered on the docket on:_____