# UNITED STATES DISTRICT COURT
## WASHINGTON, DISTRICT OF COLUMBIA   RECEIVED

| | | |
|---|---|---|
| Rhett Webster Pease | } | CAUSE NUMBER   FEB 2 2 2008 |
| | } | |
| V. | } | 1:07-cv-00599-EGS   NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| | } | |
| OFFICE OF CHILD SUPPORT | } | NOTICE OF VIOLATION |
| ENFORCEMENT, LEE COUNTY | } | DURING SUIT. LIQUIDATED |
| TEXAS, OFFICE OF THE ATTORNEY | } | DAMAGES AND MOTION FOR |
| GENERAL OF TEXAS, JANELL PEASE | } | PARTIAL JUDGMENT PENDING |
| RIQUE BOBBITT, LISA TEINERT, | } | TRIAL |
| TERRELL FLENNIKEN, ROBERT | } | **CONSTITUTIONAL CRISIS** |
| OROZCO, OFFICE OF THE SHERIFF, | } | |
| LEE COUNTY, TEXAS, LISA ANN | } | **EMERGENCY RELIEF REQUIRED** |
| HUBACEK. | } | ADMIRALTY CLAIM |

TO THE HONORABLE JUDGE OF THIS COURT,

I, Rhett Webster Pease, do hereby give testimony as to the truth and would show under penalty of perjury, the following; should said claims not be rebutted under penalty of perjury within 10, ten days of said claim, said claim is due and payable.

COMES NOW, Rhett Webster Pease and would show the liquidated damages for Social Security fraud perpetuated by Lisa Ann Hubacek, Lee County, Texas Attorney General, Robert Orozco, Lee County Sheriff, Rodney Meyer and Janell Pease against Pease and the damages that have resulted. Said defendants have bled Pease dry and must have funds to continue.

Offer to contract was previously offered to defendants and they willingly and gleefully entered into a conspiracy to hold Rhett Webster Pease as a U.S. Citizen against his will. Pease has determined that a Social Security number and a Social Security card belong to the United States government located in Washington in the District of Columbia. While the administrative court has numerous territorial offshoots of the authority issued

from the District of Columbia. Social Security issues are authorized and originate from the district in which this Court resides and issues associated with the unlawful use thereof should be adjudicated in this court. Not to mention this is the only court available to me due to the fact that the Western District Court exceeded it's jurisdiction and acted as a FED court and re-evicted me on a bogus writ of possession that was previously allegedly issued.

This suit was brought originally for the Social Security fraud perpetuated by Teinert, Hubacek, Orozco and Janell Pease, see attached order signed by Hubacek with the blessing of the other defendants. See attached exhibit labeled Pease's First Exhibit of Social Security Fraud and Perpetuation of an Utterance "I". Please also note the Social Security Statement showing that the court had no evidence to implement any security instrument for the United States, labeled, Pease's evidence that order for support is void for lack of evidence, "II", said document is labeled Pease's Evidence Of The Fraud.. Said evidence II does not support said evidence "I", nor does it support any debt.

In addition I would show this court that "I" was appealed and Teinert objected to the indigency based on the theory of Hubacek. Hubacek stated that, "even though I was not employed and had borrowed all that I could, she found me in criminal contempt without so much as an affidavit in support in the **entire** record. All actions taken against me were mere rumors. See "III", labeled "Evidence of Fraud by Clerk".

I finally managed to get a job doing medical billing and Hubacek declares that I am better serving the needs of the State of Texas in jail, rather than being able to support my children and orders me to jail to discuss jurisdiction, rather than allowing me to have an income and support my children. Said decision has cost me more than $60,000.00

in judgments against me by my former employer and a $160,000.00 loss on my silver account. I would have been more than able to support my children had Hubacek not taken revenge on me, See "IV", titled Hubacek debates federal jurisdiction. This was the exact attitude of Flenniken, another defendant who filed fraudulent documents into the record that would purport to simulate legal process and create utterances that have criminal consequences against Pease, see attached Plaintiff's exhibit, "V", labeled fraudulent securities (utterances). Flenniken does not order the arrest, but merely signs the front page on both documents, simulating legal process. The amount in the orders for the capiases do not match the order on the bonds and the underlying claim is based on no evidence. At all times mentioned, the District Clerk was the captain of this ship and denied Pease the right to file in, is the only person who questioned Peases ability to pay, denied Pease appeal on the first order and is responsible for the fraudulent orders. It is clear that the District Clerk issued utterances that have held Pease to a crime in violation of her duty afer notice. She has at all times refused to allow Pease to file into the suit, yet continues to hold Pease to the venue of Lee County, when his children have lived in Travis County, Texas for a year and a half. At all times Teinert has denied Pease any defense and held Pease to a crime without an affidavit. No verified claim is on file at all for the Attorney General. None at all.

### PEASE JAILED UNDER SOCIAL SECURITY CONTRACT WHICH HE IN NO WAY PARTICIPATES DUE TO THE FRAUD DAMAGES LIQUIDATED

The Attorney General claims that after three years of making claim that Pease had the ability to pay child support, decided to implement the void order by capias. Said capiases along with the original imprisonment of Pease by Hubacek have resulted in

three different cash bonds being extorted from Pease in the amounts of $5,000.00, $10,000.00 and $2,968.68 for payment of the uttered debt. Pease claims damages in the amount of three times the total of the bonds, $54,000.00.

Pease can also show that Lisa Teinert and Lee County contracted to jail Pease for twenty days pursuant to the Social Security contract. Said damages are liquidated at $20,000,000.00.

Teinert continues to refuse to allow Pease access to the court by not transferring the case, but she also continues to hold Pease accountable.

## PRAYER

WHEREAS PREMISES CONSIDERED, Pease requests this court to issue a partial order for judgment in the amount of $20,054,000.00 against Lee County, Lisa Ann Hubacek, Lisa Teinert, Robert Orozco, The Office of the Texas Attorney General, Janell Pease and Terrell Flenniken, both jointly and severely and that interest accrue from the date of the judgment.

And all other relief to which Pease is entitled.

## DECLARATION OF Rhett Webster Pease

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this claim for partial damages along with the attachments are true and correct.

Presented to this court by,

Rhett Webster Pease
c/o 1032 PR 7039
Lexington, Texas [78947]
(512) 835-0218

## CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that I have sent a true and correct copy of my Motion for Partial Liquidated Damaged to the following defendants at the mentioned addresses by First Class Mail on this the 19th day of February, 2008:

JANELL PEASE
530A CUTTY TRAIL
LAKEWAY, TEXAS 78734

PATTON & BOGGS
Cass Weiland
FAX 214 758-1550

THOMAS J.  TURNER, TEXAS ATTORNEY GENERAL'S OFFICE
300 WEST 15TH STREET
AUSTIN, TEXAS 78701

LISA TEINERT,
LEE COUNTY DISTRICT CLERK
289 SOUTH MAIN
GIDDINGS, TEXAS 78942
FAX 979-542-2444

Rhett Webster Pease

# EXHIBIT "I"

# FIRST EXHIBIT OF
# SOCIAL SECURITY FRAUD
# AND PERPETUATION
# OF UTTERANCE

.

CAUSE NO. 12380

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| Rhett Webster Pease<br>AND<br>JANELL PEASE | §<br>§<br>§<br>§ | |
| AND IN THE INTEREST OF: | §<br>§ | LEE COUNTY, TEXAS |
| Brennan Cutler Pease,<br>Webster Cameron Pease,<br>AND Zacharee Clinton Larsen | §<br>§<br>§<br>§ | 21st JUDICIAL DISTRICT |

NOTICE TO COURT OF STATUS

COMES NOW Rhett Webster Pease, petitioner in the above styled and numbered cause and gives this court notice of status and offer to contract which is attached to and incorporated into this notice and attached is an affidavit of inability to pay. In addition this court is given notice that due to the lack of the return of my weight machine, I was unable to work for the last half of May the entire month of June and most of July. In addition due to the slanderous allegations made by the respondent and her attorney, I am unemployable.

Respectfully submitted,

Rhett Webster Pease
P.O. Box 255
Lexington, TX 78947
(512) 497-8897

**F I L E D**

AUG 2 9 2003   10:07 AM

DISTRICT CLERK
LEE COUNTY, TEXAS

DEPUTY

CERTIFICATE OF SERVICE

I, Rhett Webster Pease do hereby certify that a true and correct copy of the foregoing motion has been delivered via registered mail return receipt requested to the respondent, Janell Pease on this the 29th day of August, 2003, by serving her attorney.

_____
Rhett Webster Pease

Declaration of Status

I, Rhett Webster Pease, do hereby state the following:

I do not now, nor have I ever knowingly, willingly nor intentionally received any benefits from the United States, or this State.

I can not be held liable for any contracts to which I have not been a knowledgable, informed party.

I do not consent to this State making things other than gold or silver a legal tender.

I am not party to a criminal conspiracy nor can I be held to illegal contracts.

I deny the presumption that I can be held to a compelled benefit.

I claim all right, title and interest to all my property. If my property has been seized, I demand return of said property.

I am non-territorial to the United States or this State.

I am not a party to a public trust.

This NOTICE of my Declaration of Status is the only permanent manner available to me to provide the general public wide notice of my status, and I derive no other benefit from this publication in the Public Record, or use of Notary, nor do I accept any other benefit or contract conditioned from this act.

OFFER TO CONTRACT

Notice is hereby given of this offer to contract for the use of the name RHETT WEBSTER PEASE or any alias derived from said name, and/or the number 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 for the sum of $1,000,000.00 per usage. Any use of the name or number will be presumed to be an acceptance of this contract.

Rhett Webster Pease

Texas State    }
               }ss
Travis County }

SWORN AND SUBSCRIBED before me, a notary public for the State of Texas on this the 25th day of August, 2003.

RUSSELL MORTLAND
Notary Public, State of Texas
My Commission Expires
August 30, 2004

Notary – State of Texas

CASE NO. 12,380

## CIVIL DOCKET — DIVORCE

| UMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION AND PARTY DEMANDING JURY | DATE OF FILING |
|---|---|---|---|---|

Case No. 12,380

**NAMES OF PARTIES:** Pease

IN THE MATTER OF THE MARRIAGE OF
RHETT WEBSTER PEASE
VS
JANELL PEASE

AND IN THE INTEREST OF
BRENNAN CUTLER PEASE
WEBSTER CAMERON PEASE
ZACHAREE CLINTON LARSEN   DEFT.

PLTF.

**ATTORNEYS:** PRO SE

**KIND OF ACTION AND PARTY DEMANDING JURY:** DIVORCE

**DATE OF FILING:** MONTH 05  DAY 05  YEAR 03

JURY FEE, $
PAID BY
JURY NO.

MINUTE BOOK  VOL.  PAGE

PROCESS

### ORDERS OF COURT

**DATE OF ORDERS:** DAY 5  YEAR 05   (8 5 05)

MH cont'd = Also, Mr. Pease given credit for $2000 of direct pmts to Ms. Pease. Total credit = 6437.50. Arrears = 6456.23 @ 200/mo

Deg 9/1/05. Finding that Mr. Pease has free rent, free car to use, free food provided to him, and absolutely no expense. He trips to borrowing money on several occasions from various people.

Ct finds that despite his unemploymt, he has resources to pay $200/mo in arrears. Mod of cs not before the ct. Admonished Mr. Pease abt filing application w/ AG for reduction of cs to determine whether he qualifies. Contempt — 180 days — deg'd to 11/4/05. Signed order of W/holding. Patt

30  2005   Signed Order of Dismissal of Appeal & Enforcmt Order. A.P. Platt's Order ADT

NCP Name:   *RHETT WEBSTER PEASE*
CP Name:    *JANELL PEASE*
OAG Number: **0010460611**

CAUSE NUMBER *12380*

| IN THE INTEREST OF | § | IN THE *21ST JUDICIAL DISTRICT COURT* |
|---|---|---|
| *WEBSTER C PEASE* | § | |
| *BRENNAN C PEASE* | § | OF |
| CHILDREN | § | *LEE* COUNTY, TEXAS |

### ORDER ENFORCING CHILD SUPPORT OBLIGATION

On the **5** day of **September, 2005** the Court held a hearing in this cause.

The ATTORNEY GENERAL OF TEXAS appeared by an ASSISTANT ATTORNEY GENERAL.

*JANELL PEASE, mother* of the children, social security number *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*, number *15958568*, hereinafter referred to as Obligee,

- ☑ appeared in person (and by attorney _____)
- [ ] agreed to the entry of these orders as evidenced by her signature;
- [ ] although duly notified, did not appear.

*RHETT WEBSTER PEASE, father* of the children, social security number *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*, number _____, hereinafter referred to as Obligor,

- ☑ appeared in person (and by attorney _____)
- [ ] agreed to the entry of these orders as evidenced by his signature;
- [ ] although duly notified, did not appear;
- [ ] although duly and properly cited and notified, did not appear and wholly made default. At the request of the ATTORNEY GENERAL OF TEXAS, the Court severed the contempt action and then heard other issues raised by pleadings on file, including the request for a judgment and for income withholding.

The Court finds that it has jurisdiction of the parties and the subject matter of this suit, and that the following orders are in the best interest of the children.

A record of the proceedings was:

- [ ] waived by the parties with the consent of the court.
- ☑ made by audio recording.

**FILED**

SEP 30 2005  *10:09 AM*

~~DISTRICT CLERK~~
LEE COUNTY, TEXAS

DEPUTY

VOLUME **75** PAGE **2262**

PAGE **1** OF **7**

ORDER ENFORCING CHILD SUPPORT OBLIGATION

## CHILDREN

The following children are the subject of this suit:

| Name | Sex | DOB | SSN | Birthplace |
|------|-----|-----|-----|-----------|
| WEBSTER C PEASE | M | 8/3/1993 | 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 | AUSTIN, TRAVIS, TX |
| BRENNAN C PEASE | M | 8/24/2001 | 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 | AUSTIN, TRAVIS, TX |

## PRIOR ORDER

The Court FINDS that on *8/25/2003* the Court ordered *RHETT WEBSTER PEASE* to pay current child support o *$443.75 monthly*, beginning *8/15/2003* and *monthly* thereafter.

## JUDGMENT ON ARREARS

The Court FINDS and CONFIRMS that *RHETT WEBSTER PEASE* is in arrears in the amount of $ 6156 23 as of July 30, 2005. This includes all unpaid child support and any balance owed on previously confirmed arrearages or retroactive support judgments as of the specified date. The judgment for this amount is a cumulative judgment.

The Court GRANTS and RENDERS judgment against *RHETT WEBSTER PEASE* and in favor of the ATTORNEY GENERAL OF TEXAS in the amount of $ 6156 23 , with interest as provided by law at the rate of 6% per annum, for collection and distribution according to law.

The Court ORDERS *RHETT WEBSTER PEASE*, Obligor, to pay said child support judgment by paying $ ~~on or before the day of~~ ~~and by paying~~ N $ 200.00 each month beginning the 1st day of September, 2005, payable on or before that date and on or before the same day of each month thereafter until the arrearage is paid in full, or on the termination of current support for any child the subject of this suit.

Thereafter, the Court ORDERS Obligor to pay said child support judgment by paying $ 308.75 each month on or before the same day of each month until the arrearage is paid in full, or on the termination of current child support for any child the subject of this suit.

If *RHETT WEBSTER PEASE* has not paid the judgment in full by the date his current child support obligation ends, the Court ORDERS him to pay the remainder of said judgment by paying $ 6437 5 each month on or before the same day of each month until the arrearage is paid in full. The withholding order authorized herein shall include such payments, but nothing herein shall prohibit the use of other collection methods authorized by law.

## NOTICE TO OBLIGOR

Past due support is not an installment debt and the entire judgment is now due and owing. The ATTORNEY GENERAL OF TEXAS may take whatever enforcement remedies deemed necessary including any remedies required by federal or state laws to collect this judgment, even if regular periodic payments on this judgment are being made.

VOLUME 75 PAGE 2263
PAGE ___ OF ___

*RHETT WEBSTER PEASE* is placed on notice that should he fail to pay current child support, or toward the arrearage as ordered herein, the ATTORNEY GENERAL OF TEXAS may pursue an action to suspend any or all licenses he may have.

Pursuant to Texas Family Code § 157.269, the Court retains jurisdiction over this matter until all current support and all support arrearages, including interest and any applicable fees and costs, have been paid.

## PAYMENT OF SUPPORT, ATTORNEY FEES AND COSTS

The Court ORDERS *RHETT WEBSTER PEASE* to pay all support to the registry of the court:

Texas Child Support Disbursement Unit
P O Box 659791
San Antonio, TX 78265-9791

for distribution according to law.  All payments shall be identified by:

Obligor name *RHETT WEBSTER PEASE*,
Obligee name *JANELL PEASE*,
ATTORNEY GENERAL OF TEXAS case number *0010460611*,
cause number *12380*, and
the date on which the withholding occurred.

~~The Court FINDS that *RHETT WEBSTER PEASE* should pay attorney fees for the enforcement of child support~~ obligation directly to the ATTORNEY GENERAL OF TEXAS. The Court GRANTS JUDGMENT against *RHETT WEBSTER PEASE* and in favor of the ATTORNEY GENERAL OF TEXAS in the amount of $_____ and ORDERS him to pay the attorney fees on or before the _____ day of _____,

_____ directly to:

Texas Child Support Disbursement Unit
P O Box 245993
San Antonio, TX 78224-5993

The ATTORNEY GENERAL OF TEXAS may enforce this order for attorney fees in the agency's own name.

The Court ORDERS *RHETT WEBSTER PEASE* to pay court costs of $ _____ to the District Clerk of *LEE* County, Texas, on or before the _____ day of _____, _____ directly to:

LISA THINERT
PO BOX 176
GIDDINGS, TX 78942

## INCOME WITHHOLDING

The Court ORDERS, pursuant to Texas Family Code Chapter 158, any employer of *RHETT WEBSTER PEASE*, current or subsequent, to withhold income from the disposable earnings of *RHETT WEBSTER PEASE* for the children's support as set out in the ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT entered herein.  Any income withheld from *RHETT WEBSTER PEASE*'s disposable earnings for child support and paid according to this order shall be credited against his child support obligation, but shall not discharge any of his child support obligation that exceeds the amount so credited.

VOLUME\_\_\_\_\_**75**\_\_\_ PAGE **2264**

PAGE **3** OF **7**

ORDER ENFORCING CHILD SUPPORT OBLIGATION

In addition, the Court further ORDERS any employer of *RHETT WEBSTER PEASE*, current or subsequent, to withhold income from the disposable earnings of *RHETT WEBSTER PEASE* for the payment of court ordered attorney fees.

The Court ORDERS the Clerk of the Court, upon request, to cause a certified copy of the ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT, with a copy of Texas Family Code Chapter 158 attached, to be delivered to *RHETT WEBSTER PEASE*'s employer.

The Court ORDERS *RHETT WEBSTER PEASE* to provide any subsequent employer with a copy of the ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT entered herein.

## STATUTORY WARNINGS

FAILURE TO OBEY A COURT ORDER FOR CHILD SUPPORT OR FOR POSSESSION OF OR ACCESS TO A CHILD MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

FAILURE OF A PARTY TO MAKE A CHILD SUPPORT PAYMENT TO THE PLACE AND IN THE MANNER REQUIRED BY A COURT ORDER MAY RESULT IN THE PARTY NOT RECEIVING CREDIT FOR MAKING THE PAYMENT.

FAILURE OF A PARTY TO PAY CHILD SUPPORT DOES NOT JUSTIFY DENYING THAT PARTY COURT-ORDERED POSSESSION OF OR ACCESS TO A CHILD. REFUSAL BY A PARTY TO ALLOW POSSESSION OF OR ACCESS TO A CHILD DOES NOT JUSTIFY FAILURE TO PAY COURT-ORDERED CHILD SUPPORT TO THAT PARTY.

EACH PERSON WHO IS A PARTY TO THIS ORDER IS ORDERED TO NOTIFY EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY OF ANY CHANGE IN THE PARTY'S CURRENT RESIDENCE ADDRESS, MAILING ADDRESS, HOME TELEPHONE NUMBER, NAME OF EMPLOYER, ADDRESS OF EMPLOYMENT, DRIVER'S LICENSE NUMBER, AND WORK TELEPHONE NUMBER. THE PARTY IS ORDERED TO GIVE NOTICE OF AN INTENDED CHANGE IN ANY OF THE REQUIRED INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY ON OR BEFORE THE 60TH DAY BEFORE THE INTENDED CHANGE. IF THE PARTY DOES NOT KNOW OR COULD NOT HAVE KNOWN OF THE CHANGE IN SUFFICIENT TIME TO PROVIDE 60-DAY NOTICE, THE PARTY IS ORDERED TO GIVE NOTICE OF THE CHANGE ON OR BEFORE THE FIFTH DAY AFTER THE DATE THAT THE PARTY KNOWS OF THE CHANGE.

THE DUTY TO FURNISH THIS INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY CONTINUES AS LONG AS ANY PERSON, BY VIRTUE OF THIS ORDER, IS UNDER AN OBLIGATION TO PAY CHILD SUPPORT OR ENTITLED TO POSSESSION OF OR ACCESS TO A CHILD.

FAILURE BY A PARTY TO OBEY THE ORDER OF THIS COURT TO PROVIDE EACH OTHER PARTY, THE COURT AND, THE STATE CASE REGISTRY WITH CHANGE IN THE REQUIRED INFORMATION MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.



## NOTICE TO THE STATE CASE REGISTRY

As is required by the preceding section, any change of a party's residential address, mailing address, home telephone number, name of employer, address of employment, driver's license number, and work telephone number are to be reported by mail to the:

State Case Registry
Contract Services Section
MC 046S
P.O. Box 12017
Austin, TX 78711-2017

in addition to reporting the change(s) to the other parties and the Court.

### REVIEW

Pursuant to 42 USC 666(a)(10), a parent subject to a child support order, at least every three years, has the right to request a review of the ordered child support amounts by contacting the CHILD SUPPORT DIVISION of the ATTORNEY GENERAL OF TEXAS.

### NONDISCLOSURE FINDING

~~The Court FINDS, pursuant to Texas Family Code § 105.006(c),~~ _____ is likely to cause _____ or the child(ren) harassment, abuse, serious ~~harm or injury.~~

Therefore, the Court ORDERS _____'s and the child(ren)'s addresses and other identifying information not be disclosed, and _____ is not required to notify the other party or the Court when ~~there has been~~ a change in the information required to be provided pursuant to Texas Family Code § 105.006(c). _____ is required to inform the State Case Registry of ~~his/her current mailing address.~~

X _Samuel Hase_

ORDER ENFORCING CHILD SUPPORT OBLIGATION

## PUNITIVE CONTEMPT

The Court FINDS that *RHETT WEBSTER PEASE* failed to pay court-ordered child support as follows:

|  | ORDERED DUE DATE | ORDERED AMOUNT | AMOUNT PAID |
|---|---|---|---|
| Count 1 | 4-1-05 | 443.75 | 0.00 |
| Count 2 | 5-1-05 | 443.75 | 0.00 |
| Count 3 | 6-1-05 | 443.75 | 0.00 |
| Count 4 | _____ | 443.75 | 0.00 |

The Court FINDS that *RHETT WEBSTER PEASE* could have timely paid the above specified child support in full and that he is guilty of a separate act of contempt of court for each specified failure to do so.

The Court ORDERS *RHETT WEBSTER PEASE* committed to the county jail for 180 days for each separate act of contempt, said commitments to run concurrently.

## COERCIVE CONTEMPT

~~The Court FINDS that *RHETT WEBSTER PEASE* can pay the amounts listed below and ORDERS~~ him committed to the county jail until he pays:

1.  $ _____ in child support arrearages;
2.  $ _____ in attorney fees; and
3.  $ _____ in court costs.

## COMMITMENT

The Court ORDERS the Sheriff of *LEE* County to arrest *RHETT WEBSTER PEASE* and commit him to the county jail as ordered above, said commitments to run concurrently.

The Court ORDERS him to appear before this Court at 9:00 o'clock a.m., on the 4 day of November, 2005, to begin commitment to the county jail.

VOLUME 75 PAGE 2267

PAGE 6 OF 7

ORDER ENFORCING CHILD SUPPORT OBLIGATION

## ASSOCIATE JUDGE'S REPORT

The undersigned conducted a hearing in this cause and recommends the proposed order be adopted as the judgment of the Court. Notice of the substance of this report and of the right of appeal to the referring court was given to the parties participating in the hearing.

Signed this _5th_ day of _August_, 20 _05_.

_____
ASSOCIATE JUDGE PRESIDING

## ORDER ADOPTING ASSOCIATE JUDGE'S REPORT

The Court approves and adopts the above and foregoing orders as the order of the Court.

Signed this _30th_ day of _Sept._, 20 _05_.

_____
JUDGE PRESIDING

APPROVED

_____
Office of the Attorney General
*PAMELA PITTMAN TUCKER TX BAR NO. 00784768*
*ROBERT L. OROZCO TX BAR NO. 1531130*
*NORBERT C. MAHNKE TX BAR NO. 12836770*
*CHRISTOPHER ELLIOTT TX BAR NO. 06535350*
*PO BOX 5700*
*BRYAN, TX 77805-5700*
Telephone No. *(979)823-0080*
Toll Free 1-800-687-8270
Fax No. *(979)823-0220*

_____          _____
          **OBLIGEE**                                      **OBLIGOR**

VOLUME _75_  PAGE _2268_

PAGE _7_ OF _7_

ORDER ENFORCING CHILD SUPPORT OBLIGATION

**ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT**

☒ Original ☐ Amended ☐ Termination

State ___ **Texas** _____

Co./City/Dist. of 21ST JUDICIAL DISTRICT COURT, LEE County

Tribunal/Case Number ___ 12380 ___

Employer's/Withholder's Name

Employer's/Withholder's Address

RE: Employer/Withholder's Federal EIN Number (if known)
PEASE, RHETT WEBSTER
Employee's/Obligor's Name (Last, First, MI)
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
Employee's/Obligor's Social Security Number
0010460611
Employee's/Obligor's Case Identifier
PEASE, JANELL
Obligee Name (Last, First, MI)

| Child(ren)'s Name(s) | DOB | SSN |
|---|---|---|
| WEBSTER C PEASE | 8/3/1993 | 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 |
| BRENNAN C PEASE | 8/24/2001 | 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 |

**FILED**

SEP 30 2005  10:09 AM

_(signature)_
DISTRICT CLERK
DEPUTY

☒ If checked, you are required to enroll the child(ren) identified above in any health insurance coverage available to the employee's/obligor's through his/her employment.

**ORDER INFORMATION:** This Order/Notice is based on the support order from **TX**.
You are required by law to deduct these amounts from the employee's/obligor's income until further notice.

$ __443.75__ __MONTHLY__ current child support
$ __200.00__ __"__ past-due child support - Arrears 12 weeks or greater? ☐ yes ☐ no
$ _____ _____ current medical support
$ _____ _____ past-due medical support
$ _____ _____ spousal support
$ _____ _____ other (specify) _____
for a total of $ __643.75__ __monthly__ to be forwarded to the payee below.
You do not have to vary your pay cycle to be in compliance with the support order. If your pay cycle does not match the ordered payment cycle, withhold one of the following amounts:
$ __148.32__ per weekly pay period.                  $ __321.87__ per semimonthly pay period (twice a month).
$ __297.11__ per biweekly pay period (every two weeks).   $ __643.75__ per monthly pay period.

**REMITTANCE INFORMATION:** When remitting payment, provide the pay date/date of withholding and the case identifier. If the employee's/obligor's principal place of employment is Texas, begin withholding no later than the first pay period following the date on which this Order/Notice was delivered to the employer. Send payment on the same day of the pay date/date of withholding. The total-withheld amount, including your fee, cannot exceed __50__ % of the employee's/obligor's aggregate disposable weekly earnings.

If the employee's/obligor's principal place of employment is not Texas, for limitations on withholding, applicable time requirements, and any allowable employer fees, follow the laws and procedures of the employee's/obligor's principal place of employment (see #4 and #10, ADDITIONAL INFORMATION TO EMPLOYERS AND OTHER WITHHOLDERS).

If remitting payment by EFT/EDI, call _____ before first submission. Use this FIPS code: _____
Bank routing code: _____                  Bank account number: _____

Make check payable to (Payee and Case Identifier): OFFICE          Send check to:  Texas Child Support Disbursement Unit
OF THE ATTORNEY GENERAL /AG # 0010460611, Cause #                    P O Box 659791
12380                                                                 San Antonio, TX 78265-9791

Authorized by ___ _(signature)_ ___                          Date: __8-5-05__
Print Name and Title of Authorized Official(s) __LISA A. Hubacek, Assoc. Judge__

VOLUME __75__ PAGE __2270__

**IMPORTANT:** The person completing this form is advised that the information on this form may be shared with the obligor.

## Affidavit of Rhett Webster Pease

STATE OF TEXAS
COUNTY OF TRAVIS

On this day, Rhett Webster Pease appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

"My name is Rhett Webster Pease. I am more than 21 years of age and capable of making this affidavit.

I appeared at a hearing before Lisa Ann Hubacek and Robert Orazco on or about the 8th day of June, 2007.

Previously, I was at a hearing wherein Hubacek and Orazco, both with pecuniary interest in the outcome of the proceeding, denied me the right to a hearing and in fact, claimed that I had an income and used a Social Security number, when the only witnesses, Janell Pease and myself both stated that I did not use a Social Security number.

Hubacek with a pecuniary interest claimed that I could pay an additional $200 over the $435. I explained to her that this was not a financial difficulty, it was a financial impossibility. She none the less ordered me to pay more and found me in contempt of court.

No hearing ever took place to determine any income and in fact I disqualified the Judge, who ignored the disqualification and proceeded with a judgment up and until the time that I disputed holding and using a Social Security card.  At that time the Judge, after having issued a capias, withdrew same and the attorneys for Janell Pease stated that the debt was uncollectible.

The court has no evidence of income and cannot prove that any income was had by Rhett Webster Pease. It is clear that Rhett Webster Pease loves his children and it is only through a fraudulent court order that he cannot be a loving, supportive parent to his children.

At the hearing on June 8th, 2007, Hubacek ruled that Rhett Webster Pease was indigent, but then ordered Pease back to jail until July 27, 2007 at which time she stated that she would find Pease in contempt of court.

At all times mentioned Pease has supported his children and it is only through the manipulation of the Texas Attorney General and the clerk of the district court that Pease is not able to see his children.

Pease is being held to adultery with no evidence, an impossible child

support order and has been at all times denied any hearing to determine marital property and Janell Pease has fraudulently deprived Rhett Webster Pease of his rightful property under the watchful eye of Rique Bobbitt. Janell Pease has at all times mentioned perpetuated welfare fraud by refusing to list all assets received and by claiming domestic violence without any substantiating affidavit.

None of this is in the best interest of the children.

Both Janell Pease and Rhett Webster Pease have entered into a parenting agreement, which Janell Pease is in default on. Janell Pease has continued to endanger the children. Has abandoned her own child to Rhett Webster Pease to raise and has refused to allow Rhett Webster Pease access to his children.

Janell Pease has further made numerous fraudulent criminal reports against Rhett Webster Pease, none of which ever went to trial.

Janell Pease has given her child opiates and blamed Rhett Webster Pease, Janell Pease has been found guilty of child endangerment, yet she is still the custodial parent in violation of the best interest of the children.


Further affiant sayeth not."

_____
Rhett Webster Pease


SWORN TO and SUBSCRIBED before me by Rhett Webster Pease on this the 15th day of June, 2007.


_____
Notary Public in and for
the State of Texas



RUSSELL MORTLAND
MY COMMISSION EXPIRES
September 22, 2008

# EXHIBIT "II"

# Pease's EVIDENCE OF THE FRAUD

# Your Social Security Statement

**Prepared especially for Rhett W. Pease**

July 16, 2007

www.socialsecurity.gov

*See inside for your personal information* ➡

```
000007951  01 MB   0.360 X0011
RHETT W. PEASE
PO BOX 255
LEXINGTON TX 78947-0255
```

## What's inside...

Your Estimated Benefits ............................................... 2

Your Earnings Record ................................................. 3

Some Facts About Social Security ............................... 4

If You Need More Information...................................... 4

To Request This *Statement* In Spanish ...................... 4
*(Para Solicitar Una Declaración en Español)*

# What Social Security Means To You

We are pleased to send you the *Social Security Statement* you requested. This *Statement* can help you better plan for your financial future. It gives you estimates of your Social Security benefits under current law and updates your latest reported earnings.

Please read this *Statement* carefully. If you see a mistake, please let us know. That's important because your benefits will be based on our record of your lifetime earnings. We recommend you keep a copy of your *Statement* with your financial records.

## Social Security is for people of all ages...

It's more than a retirement program. Social Security also can provide benefits if you become disabled and help support your family when you die.

## Work to build a secure future...

Social Security is the largest source of income for most elderly Americans today, but Social Security was never intended to be your only source of income when you retire. You also will need other savings, investments, pensions or retirement accounts to make sure you have enough money to live comfortably when you retire.

Saving and investing wisely are important not only for you and your family, but for the entire country. If you want to learn more about how and why to save, you should visit *www.mymoney.gov*, a federal government website dedicated to teaching all Americans the basics of financial management.

## About Social Security's future...

Social Security is a compact between generations. For decades, America has kept the promise of security for its workers and their families. Now, however, the Social Security system is facing serious financial problems, and action is needed soon to make sure the system will be sound when today's younger workers are ready for retirement.

In 2017 we will begin paying more in benefits than we collect in taxes. Without changes, by 2041 the Social Security Trust Fund will be exhausted* and there will be enough money to pay only about 75 cents for each dollar of scheduled benefits. We need to resolve these issues soon to make sure Social Security continues to provide a foundation of protection for future generations.

## Social Security on the Net...

Visit *www.socialsecurity.gov* on the Internet to learn more about Social Security. You can read our publications, use the *Social Security Benefit Calculators* to calculate future benefits or use our easy online forms to apply for benefits.

Michael J. Astrue
Commissioner

\* These estimates are based on the intermediate assumptions from the Social Security Trustees' Annual Report to the Congress.

071607B.00X 07951

# Your Earnings Record

| Years You Worked | Your Taxed Social Security Earnings | Your Taxed Medicare Earnings |
|---|---|---|
| 1978 | $ 4,171 | $ 4,171 |
| 1979 | 5,075 | 5,075 |
| 1980 | 4,778 | 4,778 |
| 1981 | 9,898 | 9,898 |
| 1982 | 15,457 | 15,457 |
| 1983 | 0 | 0 |
| 1984 | 2,866 | 2,866 |
| 1985 | 11,518 | 11,518 |
| 1986 | 8,810 | 8,810 |
| 1987 | 14,470 | 14,470 |
| 1988 | 6,685 | 6,685 |
| 1989 | 13,702 | 13,702 |
| 1990 | 18,497 | 18,497 |
| 1991 | 22,258 | 22,258 |
| 1992 | 4,474 | 4,474 |
| 1993 | 429 | 429 |
| 1994 | 367 | 367 |
| 1995 | 336 | 336 |
| 1996 | 1,235 | 1,235 |
| 1997 | 15,738 | 15,738 |
| 1998 | 54,273 | 54,273 |
| 1999 | 4,072 | 4,072 |
| 2000 | 14,423 | 14,423 |
| 2001 | 6,030 | 6,030 |
| 2002 | 0 | 0 |
| 2003 | 0 | 0 |
| 2004 | 0 | 0 |
| 2005 | 0 | 0 |
| 2006 | Not yet recorded | |

You and your family may be eligible for valuable benefits:

When you die, your family may be eligible to receive survivors benefits.

Social Security may help you if you become disabled—even at a young age.

A young person who has worked and paid Social Security taxes in as few as two years can be eligible for disability benefits.

Social Security credits you earn move with you from job to job throughout your career.

**Total Social Security and Medicare taxes paid over your working career through the last year reported on the chart above:**

| Estimated taxes paid for Social Security: | | Estimated taxes paid for Medicare: | |
|---|---|---|---|
| You paid: | $14,247 | You paid: | $3,349 |
| Your employers paid: | $14,247 | Your employers paid: | $3,349 |

**Note:** You currently pay 6.2 percent of your salary, up to $97,500, in Social Security taxes and 1.45 percent in Medicare taxes on your entire salary. Your employer also pays 6.2 percent in Social Security taxes and 1.45 percent in Medicare taxes for you. If you are self-employed, you pay the combined employee and employer amount of 12.4 percent in Social Security taxes and 2.9 percent in Medicare taxes on your net earnings.

# Help Us Keep Your Earnings Record Accurate

You, your employer and Social Security share responsibility for the accuracy of your earnings record. Since you began working, we recorded your reported earnings under your name and Social Security number. We have updated your earnings record each time your employer (or you, if you're self-employed) reported your earnings.

Remember, it's your earnings, not the amount of taxes you paid or the number of credits you've earned, that determine your benefit amount. When we figure that amount, we base it on your average earnings over your lifetime. If our records are wrong, you may not receive all the benefits to which you're entitled.

**Review this chart carefully** using your own records to make sure our information is correct and that we've recorded each year you worked. You're the only person who can look at the earnings chart and know whether it is complete and correct.

Some or all of your earnings from **last year** may not be shown on your *Statement*. It could be that we still were processing last year's earnings reports when your *Statement* was prepared. Your complete earnings for last year will be shown on next year's *Statement*. **Note:** If you worked for more than one employer during any year, or if you had both earnings and self-employment income, we combined your earnings for the year.

**There's a limit on the amount of earnings on which you pay Social Security taxes each year.** The limit increases yearly. Earnings above the limit will not appear on your earnings chart as Social Security earnings. (For Medicare taxes, the maximum earnings amount began rising in 1991. Since 1994, **all** of your earnings are taxed for Medicare.)

**Call us right away at 1-800-772-1213** (7 a.m.–7 p.m. your local time) if any earnings for years **before last year** are shown incorrectly. If possible, please have your W-2 or tax return for those years available. (If you live outside the U.S., follow the directions at the bottom of page 4.)

071607B 00X 07951

# EXHIBIT "III"

# EVIDENCE
# OF FRAUD
# BY CLERK

1          P R O C E E D I N G S

2          FRIDAY, NOVEMBER 16, 2007

3                    (Open court, parties present).

4                    (At the conclusion of a portion of this

5               hearing which is not transcribed for

6               purposes of this record, the following

7               testimony took place).

8                    MR. PEASE:  Your Honor, could I call Lisa

9     Teinert to the stand?

10                   THE COURT:  You may.

11                   MR. PEASE:  Thank you.

12                   THE COURT:  She may testify from right

13    where she is, as far as I'm concerned, if the court

14    reporter can hear.

15                   LISA TEINERT,

16    having been first duly sworn, testified as follows:

17                   DIRECT EXAMINATION

18    BY MR. PEASE:

19        Q.  Ms. Teinert, could you state your name and your

20    pro -- what you do, please?

21        A.  My name is Lisa Teinert.  I am currently the Lee

22    County District Clerk.

23        Q.  Did you have orders from Judge Flenniken to not

24    file my paperwork in until he reviewed it?

25        A.  There is a court order in another case that

1  names you a vexatious litigant, yes.

2      Q.  It names me a vexatious litigant, that's

3  correct.  And so your interpretation of vexatious

4  litigant means that you can't file into other cases,

5  right?

6      A.  Any new litigation without the permission of the

7  administrative judge of the district.

8      Q.  Right.  And the vexatious litigant was signed

9  after the divorce was filed; is that correct?

10     A.  I don't know the exact date; I would have to

11  review that in the records, the orders.

12     Q.  Okay.  So when did -- you cited me, I believe I

13  was served on January 17th of this year for motion, for a

14  child support issue, an order enforcing child support

15  obligation; is that correct?

16     A.  I believe there is an order enforcing in the

17  file, yes.  I recall --

18     Q.  But there was a citation issued on January 17th;

19  is that correct?

20     A.  I would have to refer to the file to see if

21  that, what date that was.

22           MR. PEASE:  Let me find -- Your Honor, can

23  I approach?

24           THE COURT:  Yes, sir.

25     Q.  (By Mr. Pease) I believe this is the paperwork

1    on that.

2        A.    This is a service copy of a citation that was

3    served upon you on January 17th of 2007, and it appears

4    to have the motion for enforcement of child support order

5    attached thereto.    September 29th, 2006 is when that

6    motion was filed.

7        Q.    Thank you very much.    And I filed an answer and

8    Judge Flenniken said that, to mark it received, is that

9    correct, on February 22nd?

10       A.    There again, without referring to the folder, I

11   couldn't give you the exact date; but, yes, I do recall

12   that there was a document that he instructed us to mark

13   filed -- received.

14       Q.    Received, not filed?

15       A.    That's correct.

16       Q.    Can I -- thank you.

17             MR. PEASE:    So, Your Honor, I was -- I have

18   been unable to file anything.

19             One more, before we go on.

20       Q.    (By Mr. Pease) On or about the 19th of May or

21   after the 19th of May of 2006, I attempted to file a

22   protective order in this court protecting me from Janell

23   filing anymore frivolous law enforcement causes against

24   me, and you told me I couldn't file that; is that

25   correct?

7

1        A.   I don't recall that.

2        Q.   Have you ever told me that I couldn't file

3   paperwork because of the vexatious litigant order?

4        A.   Yes, sir, that is correct.

5        Q.   Thank you very much.

6             MR. PEASE:  Now, Your Honor, I have been

7   estopped from filing into this case until I sued them in

8   district court in Washington D. C., at which point I was

9   allowed to file in.

10            Now, once I saw that I was allowed to file

11  in, the first thing that I filed in this thing was take

12  it over there where I can get a fair hearing in Travis

13  County; let's put in motion for change of venue.

14            Now, the motion for change of venue, I came

15  over here on July 13th and Judge Flenniken, sitting right

16  there, arrested me on the exact same thing that I am

17  being arrested for again today - that's a mayor's

18  warrant - and if I'm not allowed to file into the case,

19  Your Honor, how is it that I can defend myself?

20            THE COURT:  Do you have some more

21  testimony?

22            MR. PEASE:  Yes, I do, Your Honor.

23        Q.   (By Mr. Pease) Have I not spoken to you

24  personally and said that I would like to see my kids?

25        A.   Yes, sir.

1    Q.    And so is there not -- one more thing:  Is there

2   not attached to the last page of the motion to disqualify

3   a verification?

4           THE WITNESS:  May I refer to the file, Your

5   Honor?

6           THE COURT:  Of course.

7    A.    Could you give me the date that that motion to

8   disqualify was filed?

9    Q.    (By Mr. Pease) August 29th of 2003.

10          MR. PEASE:  Your Honor, can I approach?

11          THE COURT:  Well, why don't you let her

12  respond to the question?

13          MR. PEASE:  Yes, Your Honor.

14          THE COURT:  I am aware that I am allowing

15  some informality to go on here.  If any party over here

16  at the other counsel table, Mr. Orozco or Ms. Pease, wish

17  to take this witness on cross after he finishes his

18  questions, then you are welcome to do that.

19   A.    I'm sorry, I am not finding a document

20  specifically entitled motion to disqualify.  Is that the

21  specific title?

22   Q.    (By Mr. Pease) Motion to Disqualify Judge

23  Towslee for Prejudice and Bias is the actual title, and

24  it was filed on August 29th -- excuse me, August 1st of

25  2003.  This was the -- the certification was on August

```
 1   29th -- excuse me, August 1st of 2003.  I have a
 2   certified copy of it right here.
 3        A.   I found it.  And what was your question, once
 4   more?
 5        Q.   Is the last page of that motion a page of legal
 6   verification?
 7        A.   Yes, it is.
 8        Q.   Thank you very much.
 9             MR. PEASE:  No further questions for this
10   witness, Your Honor.
11             MR. OROZCO:  The State has no questions,
12   Your Honor.
13             MS. PEASE:  I don't either.
14                  *  *  *  *  *
15             (At the conclusion of a portion of this
16             hearing which is not transcribed for
17             purposes of this record, the following
18             testimony took place).
19             THE COURT:  Anything else from your side,
20   sir?
21             MR. PEASE:  Yeah, I would like to call Jeff
22   Rogers to the stand, please.
23             THE COURT:  Who would that be?
24             MS. PEASE:  My fiance.
25             THE COURT:  Will he be able to add
```

1  STATE OF TEXAS     *

2  COUNTY OF LEE      *

3      I, Joan Wilson, Deputy Official Court Reporter in

4  and for the 21st Judicial District Court, Lee County,

5  State of Texas, do hereby certify that the above and

6  foregoing contains a true and correct transcription of

7  excerpt portions of evidence and other proceedings

8  requested by parties to be included in this volume of the

9  Reporter's Record, in the above-styled and numbered

10 cause, all of which occurred in open court or in chambers

11 and were reported by me.

12     I further certify that this Reporter's Record of the

13 proceedings truly and correctly reflects the exhibits, if

14 any, admitted by the respective parties.

15     I further certify that the total cost for the

16 preparation of this Reporter's Record is $110 and was

17 paid by Ms. Dessie Andrews.

18     WITNESS MY OFFICIAL HAND this the 11th day of

19 December, 2007.

20     _____
       JOAN WILSON, Texas CSR #2465
21     Expiration Date: 12/31/2008
       P. O. Box 1032
22     Manor, Texas 78653
       Phone: (512) 507-5626

23

24

25

Rhett Webster Pease
P.O. Box 255
Lexington, Texas 78947

Lisa Teinert
P.O. Box 176
Giddings, TX 78942

February 20, 2007

RE: FEDERAL ORDER ON INABILITY TO PAY

Ms. Teinert,

Please find enclosed my apology to the court along with a federal order determining me to be without the ability to pay.

Please file the original and return the copy to me in the stamped enclosed envelope.

Thank you

Rhett Webster Pease

Exhibit "C" 2 pages

Rec'd 2/21/07
9:36AM.
late mail

entered

2/22/07 Shown to Judge Flenniken
was instructed to mark
it rec'd.   DPM

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAR 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Rhett Webster Pease, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  **06 0539** |
| | ) |
| United States of America, *et al.*, | ) |
| | ) |
| Defendant. | ) |

ORDER

For the reasons stated in the accompanying Memorandum, it is this **20** day of March

2006,

ORDERED that plaintiff's application to proceed *in forma pauperis* [# 2] is

GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice for lack of subject

matter jurisdiction.

_____
United States District Judge

4

# *Lee County District Clerk*

## *Lisa Teinert*



Dora Muniz, Chief Deputy
Shelia Kmoch, Deputy
~~Virginia Causey, Deputy~~
Lisa Exner, Office Assistant

November 10, 2005

Mr. Rhett W. Pease
P. O. Box 255
Lexington, Texas  78947

RE:    Cause No. 12,380
       In the Interest of Brennan Cutler Pease and Webster Cameron Pease, Children

Dear Mr. Pease:

The Third Court of Appeals has informed me that the finding of indigence on your previous appeal does not carry forward and apply to your new notice of appeal.

Please contact our office as soon as possible to make arrangements for payment of the preparation of the clerk's record.

Thank you for your assistance.

Sincerely,

Lisa Teinert

Post Office Box 176, 289 South Main, Giddings, Texas 78942
Phone   (979) 542-2947
Fax      (979) 542-2444



OFFICE *of the* ATTORNEY GENERAL
GREG ABBOTT

MAY 2, 2007

LEE CO. SHERIFF
ATTN: CINDY
P.O. BOX 98
GIDDINGS, TX  78942

RE: **RHETT WEBSTER PEASE**
CAUSE : 12380
JURISDICTION CO: LEE

Dear Sheriff/Constable:

Enclosed is an ORDER FOR ISSUANCE OF CAPIAS/CAPIAS issued by the  District Clerk in the above entitled and numbered cause to be heard by said Court. This is for your records and for entry into your computer of outstanding warrants pursuant to Family Code Section (157.102) Please arrest **RHETT WEBSTER PEASE** who is apparently located in your county at the address(es) shown on attached additional information.  It would be greatly  appreciated if you would contact this office as soon as the above individual is arrested.

Please show your fees on the return (or in a separate bill) so that your fees may be recorded as part of the Court costs.

If you have any questions concerning this matter, please feel free to contact this office.

Sincerely yours,

/S/ ROBERT OROZCO

ROBERT OROZCO
Assistant Attorney General

/vlk

Enclosure

**IF YOU HAVE ANY QUESTIONS CONCERNING THE ABOVE, PLEASE CONTACT VICKY KOTRLA AT (979)823-0080 OR 1-800-789-8544.**

RECEIVED
MAY 25 2007
TIME_____

EXHIBIT "IV"

HUBACEK DEBATES
FEDERAL
JURISDICTION

NCP Name:   *RHETT WEBSTER PEASE*
CP Name:    *JANELL PEASE*
OAG Number: **0010460611**

**CAUSE NUMBER** *12380*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *21ST DISTRICT COURT* |
| *WEBSTER C PEASE* | § | |
| *BRENNAN C PEASE* | § | OF |
| CHILDREN | § | *LEE* COUNTY, TEXAS |

**ORDER TO APPEAR AND SHOW CAUSE**

On this date the application for hearing on the matters presented in the pleading on file in this cause was presented to the Court.

This matter has been referred to the Associate Judge appointed pursuant to Texas Family Code Chapter 201, Subchapter B.

The Court ORDERS *RHETT WEBSTER PEASE* to appear, before this Court *LEE COUNTY DISTRICT COURT BUILDING, 289 MAIN, GIDDINGS, TX* on the *2nd* day of *February, 2007*, at *9:00* o'clock *A.* M., and to respond to the pleading served with this order. **Failure to appear as ordered may result in issuance of a Capias for the arrest of** *RHETT WEBSTER PEASE*, **entry of a default order, or both.** The Court ORDERS the clerk of this court to cause a copy of this order and the pleading to be served on *RHETT WEBSTER PEASE.*

*RHETT WEBSTER PEASE* has been requested to produce, at or prior to said hearing: (a) his IRS federal tax returns for the past two years with all schedules included with the returns and all W-2s and 1099s attached to such returns, (b) any and all W-2 statements, all 1099s, and all documents showing income received by Respondent from any source for the two tax years preceding the date of filing of this action, (c) all payroll stubs, vouchers, records of commissions and all other written records or evidence of income received by him within the last six months, (d) the most recent Social Security Administration Form SSA-7005, showing his income history, sent to him three months before his last birthday, (e) statements of accounts for all checking or saving accounts in which he has held an interest within the last six months, (f) all evidence (policies, premium schedules, records of premiums paid, etc.) of health insurance available at his place of employment that may provide coverage for dependent children, (g) copies of loan applications made within the last six months, (h) current statement of benefits and account balances for all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested, including but not limited to employer- or union-sponsored defined benefit or defined contribution plans and individual retirement accounts (IRAs), and (i) summary plan description of all retirement, pension, or profit-sharing plans in which the respondent has accrued or may accrue benefits, regardless if such benefits have vested.

Signed this _4th_ day of _December_, _2006_

_____
ASSOCIATE JUDGE PRESIDING

# Exhibit "B" 1page

VS. NO. _____

| DATE OF ORDERS MONTH / DAY / YEAR | ORDERS OF COURT | MINUTE BOOK VOL. | PAGE | PR |
|---|---|---|---|---|
| 09 30 05 | Order Enforcing Child Support Obligation | 15 | 2312-69 | |
| 11 4 05 | Mr. Pene FTA. Issued Commitment Order | 15 | 3260-66 | |
| 11 18 05 | Clerk's Motion to Rule for Costs | 15 | 3260-66 | |
| 12 09 05 | Order Ruling Costs | 15 | 3207 | |
| 12 08 06 | Reset Order | 15 | 3377 | |
| 8 3 07 | FTA capias w/ 5000 cb. Pett | | | |
| 2 22 07 | Order for Issuance of Capias | 18 | 137w | |
| 4 13 07 | Ms. Pene appeared pro se. Mr. Pene FTA although duly notified (see State's exh #1). Issued FTA capias w/ $10,000 cb. Signed | 79 | 21/bl | |
| 4 13 07 | Order re: cb. Pett | | | |
| 4 13 07 | Order Regarding Cash Bond | 79 | 357-8 | |
| 6 8 07 | reset to 7/27/07 to allow Mr. Pene to present evidence that the case had been removed to federal court. Pett | 79 | 12/9 | |
| 7 27 07 | Mr. Pene FTA. Capias w/ 2948.86 cb. Order Re: cb. Pett | | | |

NCP Name:   *RHETT WEBSTER PEASE*
CP Name:    *JANELL PEASE*
OAG Number: **0010460611**

**CAUSE NUMBER** *12380*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *21ST JUDICIAL DISTRICT COURT* |
| *WEBSTER C PEASE* | § | |
| *BRENNAN C PEASE* | § | OF |
| CHILDREN | § | *LEE* COUNTY, TEXAS |

**RESET ORDER**

On the _8_ day of _June_, 200_7_ came on to be heard the above case set for hearing.

Obligor *RHETT WEBSTER PEASE* did/(did) not appear in person (and by attorney)

Obligee *JANELL PEASE* did/(did) not appear.

IT IS ORDERED that the hearing on the above entitled cause is recessed until _July 2 2007_ at 9:00 a.m. in the IV-D Master's Courtroom. The Court further ORDERS Obligor and Obligee to appear at said time and place without further notice. The Court ORDERS that failure to appear may result in a capias for his or her arrest. The Court also ORDERS that a default judgment may be taken against Obligor and/or Obligee.

The hearing is recessed for the following reason:

_to allow obligor to produce proof of removal to federal court_

Signed this _8_ day of _June_, _2007_

_[signature]_
ASSOCIATE JUDGE PRESIDING

_[signature]_
ROBERT L. OROZCO
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
Texas Bar No. 15311300
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

_[signature: Janell Pease]_

**Exhibit "●" 1 page**

# EXHIBIT "V"

# FRAUDULENT SECURITIES (UTTERANCES)

NCP Name: _Rhett Webster Pease_
OAG Number: _0010460671_

CAUSE NUMBER _12380_

IN THE INTEREST OF
_Webster C. Pease_
_Brennan C. Pease_          § IN THE _21ot Judicial District_
§ _Court_ OF
§ _Lee_ COUNTY, TE**FILED**
CHILDREN

## ORDER FOR ISSUANCE OF CAPIAS

On the _2nd_ day of _February_, 200_7_, the Court held a hearing in this cause. ~~FEB 2 2 2007 10:50AM~~
DIST JUDGE

The ATTORNEY GENERAL OF TEXAS appeared by an ASSISTANT ATTORNEY GENERAL.
DISTRICT CLERK
LEE COUNTY, TEXAS

The Court finds that
DEPUTY

a.   _Rhett Webster Pease_, Obligor, was duly served with notice to appear at the designated date, time and place for a hearing on a Motion For Enforcement;

b.   Obligor failed to appear;

c.   a capias should be ordered for the arrest of _Rhett Webster Pease_

d.   the pleadings on file with the Court allege child support arrears of $._12,416.38_, and _JaH_

e.   the presumption pursuant to Texas Family Code § 157.101 has been rebutted and a reasonable **cash bond** would be $_5000.00_   _JaH_

The Court ORDERS the clerk of this court to issue a capias, directed to any peace officer of any county within the State of Texas, commanding said peace officer to arrest _Rhett Webster Pease_, and confine him/her in the county jail until he/she can be brought before the Court to answer the allegations of the motion.  If Obligor is arrested outside of this county, he/she shall be detained by the arresting authorities until such time as he/she can be transferred to the county jail of this County.

The Court ORDERS the arresting or detaining authorities to release Obligor upon the posting of a **cash bond** in the amount of $_5000.00_.  If a cash bond is posted by Obligor or by anyone for him/her, the money shall be deposited in the registry of this Court and the bond shall be subject to forfeiture or assignment to pay child support arrears as provided in Texas Family Code Chapter 157, Subchapter C.

The Court ORDERS Obligor to contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and to appear at the next regularly scheduled ~~FILED~~ State Judge's Docket if he/she is released on bond.
ASSOC JUDGE

_Signed 2.22.07._
FEB 1 5 2007   9:30AM
_Judge Presiding_

DISTRICT CLERK
LEE COUNTY, TEXAS

**Exhibit "D" 2 pages**

DEPUTY

RECOMMENDED:

_____
ASSOCIATE JUDGE PRESIDING

2-2-07
_____
DATE

APPROVED:

_____
Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahkne SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

APPROVED AND ORDERED:

_____
JUDGE PRESIDING

_____
DATE

ORDER FOR ISSUANCE OF CAPIAS

Page 2 of 2

NCP Name: **Rhett Webster Pease**
OAG Number: **00104666611**

### CAUSE NUMBER 12380

IN THE INTEREST OF
**Webster Pease**
**Brennan Pease**
CHILDREN

§ IN THE **21st District Court**
§
§       OF
§ **Lee**       COUNTY, TEXAS

### CAPIAS
TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:
YOU ARE HEREBY COMMANDED to arrest **Rhett Webster Pease**      , for failing to appear at a hearing regarding a motion for enforcement and to confine him/her in the county jail of **Lee** County until he/she can be brought before the above stated Court to answer the allegations of the motion. If you arrest Obligor outside of **LEE** County, you shall detain him/her until such time as he/she can be transferred to the county jail of **LEE** County.

You shall release Obligor upon the posting of a **cash bond** in the amount of $ **2500.00**      . If Obligor is released from custody, he/she shall contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and appear before the next regularly scheduled IV-D Associate Judge's Docket. **You are directed to notify the Attorney General by telephone at (979) 823-0080 or by fax at (979) 823-0220 upon Obligor's arrest.**
ISSUED under my hand and seal of court this 23RD day of FEBRUARY , 200 7 .

Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahnkd SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
State Bar No.
PO BOX 5700
BRYAN TX 77805-5700
Phone (979)823-0080
Toll Free 1(800) 687-8270
Fax (979)823-0220
Attorney for Petitioner

LISA TEINERT      , District Clerk
LEE      County, Texas
LEE COUNTY DISTRICT CLERK
P. O. BOX 176      2
GIDDINGS TX 78942

By: **PSHAUN JORDAN**      , Deputy

### SERVICE RETURN
This capias was received on the _____ day of _____ 200____ at ___:___ .m.  It was
[ ]      executed on the _____ day of _____ 200 ___ at _____ o'clock ___m., by
arresting _____ _____ _____ and confining him/her/its in the county jail of
_____ County to await the further orders of the Court.
[ ]      Not executed because: _____
[ ]      Efforts to find Obligor and information as to his/her whereabouts: _____

FEES: Serving one (1) copy      SHERIFF/CONSTABLE _____ County, Texas
Total $ _____      By: _____, Deputy



NCP Name: **Rhett Webster Pease**
OAG Number: **001046611**

CAUSE NUMBER **12380**

IN THE INTEREST OF
**Webster Pease**
**Brennan Pease**
CHILDREN

§   IN THE **21st District Court**

§   OF

§   **Lee** COUNTY, TEXAS

## CAPIAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED to arrest **Rhett Webster Pease**, for failing to appear at a hearing regarding a motion for enforcement and to confine him/her in the county jail of **Lee** County until he/she can be brought before the above stated Court to answer the allegations of the motion. If you arrest Obligor outside of **Lee** County, you shall detain him/her until such time as he/she can be transferred to the county jail of **Lee** County.

You shall release Obligor upon the posting of a **cash bond** in the amount of $ ~~2500.00~~ **5000.00 JT**. If Obligor is released from custody, he/she shall contact the ATTORNEY GENERAL OF TEXAS on the day of his/her **03-05-0** release from jail and appear before the next regularly scheduled IV-D Associate Judge's Docket. **You are directed to notify the Attorney General by telephone at (979) 823-0080 or by fax at (979) 823-0220 upon Obligor's arrest.**
ISSUED under my hand and seal of court this 23RD day of FEBRUARY, 200 7.

Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahnkd SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
State Bar No.
PO BOX 5700
BRYAN TX 77805-5700
Phone (979)823-0080
Toll Free 1(800) 687-8270
Fax (979)823-0220
Attorney for Petitioner

_____LISA TEINERT_____, District Clerk
_____LEE_____ County, Texas
LEE COUNTY DISTRICT CLERK
P. O. BOX 176        2
GIDDINGS TX 78942

By: _____PSHAUN JORDAN_____, Deputy

## SERVICE RETURN

This capias was received on the _____ day of _____ 200____ at ___:___ .m. It was
[ ]   executed on the _____ day of _____ 200___ at _____ o'clock ___m., by arresting _____ _____ _____ and confining him/her/its in the county jail of _____ County to await the further orders of the Court.

[ ]   Not executed because: _____

[ ]   Efforts to find Obligor and information as to his/her whereabouts: _____

FEES: Serving one (1) copy    SHERIFF/CONSTABLE _____ County, Texas
Total $ _____    By: _____, Deputy

CORRECTED COPY Exhibit "G" 5 pages

Return to Court Copy

Entered

NCP Name: Rhett Webster Pease
OAG Number: 0010416061

CAUSE NUMBER 12380

IN THE INTEREST OF     §   IN THE 21st District Court
Webster Pease               §             OF
Brennan Pease
CHILDREN           §    Lee       COUNTY, TEXAS

### ORDER FOR ISSUANCE OF CAPIAS

On the 13th day of April, 2007, the Court held a hearing in this cause.

The ATTORNEY GENERAL OF TEXAS appeared by an ASSISTANT ATTORNEY GENERAL.

The Court finds that

a.   Rhett Webster Pease, Obligor, was duly served with notice to appear at the designated date, time and place for a hearing on a Motion For Enforcement;

b.   Obligor failed to appear;

c.   a capias should be ordered for the arrest of Rhett Webster Pease;

d.   the pleadings on file with the Court allege child support arrears of $ 12,416.38; and   as of 8/22/2006

e.   the presumption pursuant to Texas Family Code § 157.101 has been rebutted and a reasonable **cash bond** would be $ 10,000.00.

The Court ORDERS the clerk of this court to issue a capias, directed to any peace officer of any county within the State of Texas, commanding said peace officer to arrest Rhett Webster Pease, and confine him/her in the county jail until he/she can be brought before the Court to answer the allegations of the motion. If Obligor is arrested outside of this county, he/she shall be detained by the arresting authorities until such time as he/she can be transferred to the county jail of this County.

The Court ORDERS the arresting or detaining authorities to release Obligor upon the posting of a **cash bond** in the amount of $ 10,000.00. If a cash bond is posted by Obligor or by anyone for him/her, the money shall be deposited in the registry of this Court and the bond shall be subject to forfeiture or assignment to pay child support arrears as provided in Texas Family Code Chapter 157, Subchapter C.

The Court ORDERS Obligor to contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and to appear at the next regularly scheduled IV-D Associate Judge's Docket if he/she is released on bond.

**FILED**

APR 27 2007   9:40am
late mail

DISTRICT CLERK
ORDER FOR ISSUANCE OF CAPIAS

DEPUTY

Signed April 25, 2007.

Judge Presiding

Page 1 of 2

RECOMMENDED:

_____
ASSOCIATE JUDGE PRESIDING

4|13|07
_____
DATE

APPROVED AND ORDERED:

_____
JUDGE PRESIDING

_____
DATE

APPROVED:

_____
Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahkne SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

ORDER FOR ISSUANCE OF CAPIAS

THE STATE OF TEXAS } This is to certify that this
COUNTY OF LEE
is a true copy of the original

MAY        2007        of   2




LISA TEINERT
DISTRICT CLERK
LEE COUNTY, TEXAS

APR-13-2007 10:15 FROM:TEX ATT.EY GENERAL 9798250220

NCP Name: Rhett Webster Pease
OAG Number: 00104400611

CAUSE NUMBER 12380

IN THE INTEREST OF

Webster C Pease
Brennan C Pease

CHILDREN

§  IN THE 21st District Court
§            OF
§   Lee   COUNTY, TEXAS

## CAPIAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS - GREETINGS:

YOU ARE HEREBY COMMANDED to arrest ___Rhett Webster Pease___, for failing to appear at a hearing regarding a motion for enforcement and to confine him/her in the county jail of ___Lee___ County until he/she can be brought before the above stated Court to answer the allegations of the motion. If you arrest Obligor outside of ___Lee___ County, you shall detain him/her until such time as he/she can be transferred to the county jail of ___Lee___ County.

You shall release Obligor upon the posting of a **cash bond** in the amount of $ __10,000.00__. If Obligor is released from custody, he/she shall contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and appear before the next regularly scheduled IV-D Associate Judge's Docket. **You are directed to notify the Attorney General by telephone at (979) 823-0080 or by fax at (979) 823-0220 upon Obligor's arrest.**
ISSUED under my hand and seal of court this 13th day of April, 200 7.
                                                 1st    May

Pamela Tucker SBN 00784768
Robert Orozco SBN 15311300
Norb Mahmkd SBN 12836770
Jeannine Haws SBN 24034475
ASSISTANT ATTORNEY GENERAL
State Bar No.
PO BOX 5700
BRYAN TX 77805-5700
Phone (979)823-0080
Toll Free 1(800) 687-8270
Fax (979)823-0220
Attorney for Petitioner

___Lisa Teinert___, District Clerk
___Lee___ County, Texas
P. O. Box 176
289 S Main
Giddings, Texas  78942

By: _____ Deputy
        Dora P. Muniz

## SERVICE RETURN

This capias was received on the __8__ day of __May__ 200 7 at __8:00 a.__m. It was
[ ]   executed on the ____ day of _____ 200 ___ at _____ o'clock ____ m., by
       arresting _____ and confining him/her/its in the county jail of
       _____ County to await the further orders of the Court.

[ ]   Not executed because: _____

[ ]   Efforts to find Obligor and information as to his/her whereabouts: _____

FEES:  Serving one (1) copy   SHERIFF/CONSTABLE _____ County, Texas
Total $ _____              By: _____, Deputy

## RECEIVED

**MAY 0 8 2007**

TIME_____

**Return to Court Copy**

NCP Name:   *RHETT WEBSTER PEASE*
CP Name:    *JANELL LARSEN PEASE*
OAG Number: 0010460611

**CAUSE NUMBER** *12380*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *21ST DISTRICT COURT* |
| *WEBSTER CAMERON PEASE* | § | |
| *BRENNAN CUTLER PEASE* | § | OF |
| CHILDREN | § | *LEE* COUNTY, TEXAS |

**ORDER REGARDING CASH BOND**

On the ___11___ day of ___January___, 20 _08_ the Court held a hearing in this cause.

The ATTORNEY GENERAL OF TEXAS appeared by an ASSISTANT ATTORNEY GENERAL.

*JANELL LARSEN PEASE, mother* of the children, hereinafter referred to as Obligee,

[✓]   appeared in person (and by attorney _____);

[ ]   agreed to the entry of these orders as evidenced by her signature;

[ ]   although duly notified, did not appear.

*RHETT WEBSTER PEASE, father* of the children, hereinafter referred to as Obligor,

[ ]   appeared in person (and by attorney _____);

[ ]   agreed to the entry of these orders as evidenced by his signature;

[✓]   although duly notified, did not appear.

The Court finds that it has jurisdiction of the parties and the subject matter of this suit, and that the following orders are in the best interest of the children.

A record of the proceedings was:

[ ]   waived by the parties with the consent of the court.

[✓]   made by audio recording.

FILED

JAN 11 2008 *12:48p.m.*

DISTRICT CLERK
LEE COUNTY, TEXAS

DEPUTY

THE STATE OF TEXAS }
COUNTY OF LEE }   This is to certify that this
Is a true copy of the original

JAN 30 2008   *dm*

LISA TEINERT
DISTRICT CLERK
LEE COUNTY, TEXAS

VOLUME ___81___ PAGE _____

The Court finds that a cash bond of $7968.86 was posted for the benefit of *RHETT WEBSTER PEASE*.

The Court finds that *RHETT WEBSTER PEASE* is in arrears $ 5784.39 as of January 11,

2008 in the payment of court-ordered child support.

The Court ORDERS the District Clerk to release the proceeds of the cash bond, pursuant to Texas Family Code

Chapter 157, Subchapter C, and ORDERS the proceeds of the cash bond, up to the amount of child support arrearage,

paid through the registry of the court:

Texas Child Support Disbursement Unit
P O Box 659791
San Antonio, TX 78265-9791

for distribution according to law.

All payments shall be identified by:

Obligor name: *RHETT WEBSTER PEASE*

Obligee name: *JANELL LARSEN PEASE*

Office of the Attorney General case number:  0010460611

Cause Number: *12380*

The Court ORDERS any amounts in excess of the child support arrearage paid to *RHETT WEBSTER PEASE*.

Signed this 11th day of January, 2008.

_____
ASSOCIATE JUDGE PRESIDING


_____
ROBERT L. OROZCO
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
Texas Bar No. 15311300
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

_____
JANELL PEASE



THE STATE OF TEXAS } This is to certify that this
COUNTY OF LEE } is a true copy of the original

JAN 30 2008

VOLUME _____ PAGE _____

LISA TEINERT
DISTRICT CLERK
LEE COUNTY, TEXAS

LEE COUNTY DISTRICT CLERK
LISA TEINERT
TRUST FUND #2
PO BOX 176
GIDDINGS, TX 78942

**First National Bank**    1033
409/542-1200 • P.O. Box 269 • Giddings, Texas 78942
Member FDIC

88-471/1131

DATE  January 14, 2008

PAY
TO THE
ORDER OF  Texas Child Support Disbursement Unit————————————— $ 2968.86

LEE COUNTY
TEXAS  **2968** DOLS **86** CTS

——————————————————— DOLLARS

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNTS

Cause No. 12 380 - In the Interest of Webster C.
Pease, Brennan C. Pease, Children
OR: Rhett Webster Pease
OE: Janell Larsen Pease
AG #0010460611

**VOID AFTER 90 DAYS**

*Lisa Teinert*

⑈0010 33⑈ ⑈1131047 2⑈ ⑈10 0148 6⑈

01.14.08
Mailed to:

Texas Child Support Disbursement  Unit
P.O. Box 659791
San Antonio, TX  78265-9791

THE STATE OF TEXAS
COUNTY OF LEE } This is to certify that this
is a true copy of the original

JAN 30 2008



LISA TEINERT
DISTRICT CLERK
LEE COUNTY, TEXAS

NCP Name: __Rhett W. Pease__
OAG Number: __00104-60611__

CAUSE NUMBER __12,380__

IN THE INTEREST OF                              § IN THE __21st District Court__

__Webster C. Pease__                            FILED
__Brennan C. Pease__             FEB 11 2008  __10:00 AM__
                                 _____  __Vale mail__      OF
                                 DISTRICT CLERK
CHILDREN                         LEE COUNTY, TEXAS
                                                § __Lee__         COUNTY, TEXAS

ORDER FOR ISSUANCE OF CAPIAS

On the __11__ day of __January__, __2008__, the Court held a hearing in this cause.
The ATTORNEY GENERAL OF TEXAS appeared by an ASSISTANT ATTORNEY GENERAL.
The Court finds that

a.  __Rhett Webster Pease__, Obligor, was duly served with notice to appear at the designated date, time and place for a hearing on a Motion For Enforcement;

b.  Obligor failed to appear;

c.  a capias should be ordered for the arrest of __Rhett Webster Pease__;

d.  the pleadings on file with the Court allege child support arrears of __12416.38__; and

e.  the presumption pursuant to Texas Family Code § 157.101 has been rebutted and a reasonable cash bond would be $ __2800.00__.

The Court ORDERS the clerk of this court to issue a capias, directed to any peace officer of any county within the State of Texas, commanding said peace officer to arrest __Rhett Webster Pease__ and confine him/her in the county jail until he/she can be brought before the Court to answer the allegations of the motion. If Obligor is arrested outside of this county, he/she shall be detained by the arresting authorities until such time as he/she can be transferred to the county jail of this County.

The Court ORDERS the arresting or detaining authorities to release Obligor upon the posting of a __cash bond__ in the amount of $ __2800.00__. If a cash bond is posted by Obligor or by anyone for him/her, the money shall be deposited in the registry of this Court and the bond shall be subject to forfeiture or assignment to pay child support arrears as provided in Texas Family Code Chapter 157, Subchapter C.

The Court ORDERS Obligor to contact the ATTORNEY GENERAL OF TEXAS on the day of his/her release from jail and to appear at the next regularly scheduled IV-D Associate Judge's Docket if he/she is released on bond.

ORDER FOR ISSUANCE OF CAPIAS

Page _____ of _____

Feb-11-2008  11:20am   From-Lee Co.District Clerk          +9795422444        T-817  P.003/003  F-827

RECOMMENDED:

ASSOCIATE JUDGE PRESIDING

1-11-08
DATE

APPROVED AND ORDERED:

JUDGE/PRESIDING

2/8/08
DATE

APPROVED:

PAMELA TUCKER SBN 00784768
ROBERT OROZCO SBN 15311300
NORB MAHNKE SBN 12836770
JEANNINE M. HAWS 24034475
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
PO BOX 5700
BRYAN, TX 77805-5700
Telephone No. (979)823-0080
Toll Free 1-800-687-8270
Fax No. (979)823-0220

ORDER FOR ISSUANCE OF CAPIAS

Page _____ of _____

## Affidavit of Rhett Webster Pease

STATE OF TEXAS
COUNTY OF TRAVIS

On this day, Rhett Webster Pease appeared before me, the undersigned notary public, and after I administered an oath to him, upon his oath, he said:

"My name is Rhett Webster Pease. I am more than 21 years of age and capable of making this affidavit.

On July 13, 2007, I appeared at a hearing to transfer venue in the child support case in the State court, because I could not get a fair trial in Lee County, Texas, due to the fact that all of the officers are being sued.

The case was called by Terrell Flenniken, who has been served in this cause of action. Flenniken instructed me that he thought that I had filed some suit, somewhere against him and he stated that he was recusing himself.

After recusing himself, he stated in open court that he had a warrant for my arrest from Travis County, Texas and that he remanded me into the custody of the Lee County Sheriff's Office. I was immediately jailed and served with a civil process. I asked to see a copy of the warrant and Deputy Sheriff York informed me that they did not have a warrant, only a teletype.

It is apparent that Flenniken has complete and total contempt for the federal cause of action and continues to flagrantly abuse his power.

After spending the night in jail, the magistrate, Nick Hester stated that the Sheriff had no paper work and allowed me to bond out for $2500.00. Upon release from jail, I found that the Lakeway Police Department issued a teletype, stating that they had an arrest warrant.

Further affiant sayeth not."

_____
Rhett Webster Pease

SWORN TO and SUBSCRIBED before me by Rhett Webster Pease on this the 19th day of July, 2007.

_____
Notary Public in and for
the State of Texas

RUSSELL MORTLAND
MY COMMISSION EXPIRES
September 22, 2008