```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

|                          |   |                              |
|--------------------------|---|------------------------------|
| RHETT W. PEASE,          | ) |                              |
|                          | ) |                              |
|           Plaintiff,     | ) |                              |
|                          | ) | Civil Action No. 07-599 (EGS)|
|           v.             | ) |                              |
|                          | ) |                              |
| CECELIA BURKE, *et al.*, | ) |                              |
|                          | ) |                              |
|           Defendants.    | ) |                              |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion issued on March 7, 2008, it is hereby

**ORDERED** that defendants' motion to dismiss the complaint (docket entry no. [14] and [18]) are **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's remaining motions (docket entry no. [12], [19], [20], [23], and [25]) are **DENIED** as moot; and it is

**FURTHER ORDERED** that plaintiff's complaint with respect to Cecelia Burke and Rique Bobbitt shall be **DISMISSED** for want of prosecution; and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
           **United States District Judge**
           **March 7, 2008**